**Bowman Fetzer**

| | |
|---|---|
| **From:** | Pedro Galeas <pedro@galeaslaw.com> |
| **Sent:** | Tuesday, September 11, 2018 9:36 AM |
| **To:** | Bowman Fetzer |
| **Subject:** | FW: Certified mail confirmation |
| **Attachments:** | 20180904105847871.pdf |

Bowman, attached is the certified mail receipt for the records that were sent to your office on August 31. Please let me know the status. Thanks.

Pedro

**From:** Christina Jones <cjones@guardiancare-no.com>
**Sent:** Tuesday, September 4, 2018 11:02 AM
**To:** Pedro Galeas <pedro@galeaslaw.com>
**Subject:** Certified mail confirmation

Hi Pedro,

Please find the attached certified copy receipt for the medical records you requested to be sent to the following address.

--

**Christina Jones**
4241 Veterans Memorial Blvd, Suite 12
Metairie, LA 70006
Phone: 504-356-6767
Fax: 504-356-6770
Cjones@guardiancare-no.com

1

