LUCINDA LAGARDE THOMAS on 09/13/2018

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   JUDY WILLIAMS, ET AL         CIVIL ACTION NO.
 5                                18-2472 c/w 18-6113
 6            VERSUS              SECTION:  A/3
 7                                MAGISTRATE:  DEK
 8   IQS INSURANCE RISK
 9   RETENTION GROUP, INC.,
10   SOUTHERN REFRIGERATED
11   TRANSPORT, INC. AND
12   DARNELL ARTIN
13
14
15
16
17         VIDEOTAPED DEPOSITION OF LUCINDA LAGARDE
18   THOMAS, 107 WESTWOOD DRIVE, HOUMA, LOUISIANA
19   70363, taken at the NUGENT KEATING PERSONAL
20   INJURY LAW FIRM, 3300 CANAL STREET, SUITE 100,
21   NEW ORLEANS, LOUISIANA 70119, in the
22   above-entitled cause on the 13th day of
23   September, 2018.
24
25
```

EXHIBIT B

```
 1         Q.    Sprint?
 2         A.    -- Sprint.
 3         Q.    There you go.  All right.  Did you
 4   keep your same number?
 5         A.    Yes.
 6         Q.    Good for you.  And what is that
 7   number?
 8         A.    (985) 860-4199.
 9         Q.    Got you.  All right.  When did you
10   switch to Sprint?
11         A.    Probably six months ago.
12         Q.    Okay.  Just a better deal?
13         A.    Uh-huh (affirmatively).
14         Q.    Okay.  Okay.  Did you call anybody
15   from the scene on your cell phone?
16         A.    Yeah.
17         Q.    Who did you call?
18         A.    I called my husband.
19         Q.    You called Anthony?  Was it Anthony?
20         A.    Anthony.
21         Q.    Yeah.  All right.  He was at work at
22   the time or at home at the time?
23         A.    He was at work.
24         Q.    All right.  So you called --
25         A.    Well, I guess he was there.  I
```