MARY FRANCES WADE on 09/13/2018

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    JUDY WILLIAMS, ET AL        CIVIL ACTION NO.
 5                                18-2472 c/w 18-6113
 6              VERSUS            SECTION: A/3
 7                                MAGISTRATE: DEK
 8    IQS INSURANCE RISK
 9    RETENTION GROUP, INC.,
10    SOUTHERN REFRIGERATED
11    TRANSPORT, INC. AND
12    DARNELL ARTIN
13
14
15
16
17         VIDEOTAPED DEPOSITION OF MARY FRANCES WADE,
18    209 ST. MALO STREET, HOUMA, LOUISIANA 70363,
19    taken at the NUGENT KEATING PERSONAL INJURY LAW
20    FIRM, 3300 CANAL STREET, SUITE 100, NEW ORLEANS,
21    LOUISIANA 70119, in the above-entitled cause on
22    the 13th day of September, 2018.
23
24
25
```



EXHIBIT C

```
 1        A.   No.
 2        Q.   Okay.  And when did you first notice
 3   the truck that you ultimately collided with?
 4        A.   The bump, like the connection.
 5        Q.   Okay.  So at the collision?
 6        A.   Yeah.
 7        Q.   Okay.  So you didn't see it before
 8   that?
 9        A.   No.
10        Q.   Okay.
11        A.   I was playing in my phone, actually,
12   the whole time --
13        Q.   I figured that.
14        A.   -- so --
15        Q.   Which I was going to ask you, and
16   now is as good of a time as any.  Your cell phone
17   provider is who?
18        A.   Boost Mobile.
19        Q.   Booth?
20        A.   Boost.
21        Q.   Boost?  Oh, Boost?  Oh, yeah.
22        A.   Yeah.
23        Q.   Okay.  And your phone number?
24        A.   (985) 346-1990.
25        Q.   And you've had that number for how
```

```
 1   long?
 2        A.   About 12 years.
 3        Q.   Okay.  All right.  So you were
 4   Facebooking or playing, doing whatever, I don't
 5   know.
 6        A.   Candy Crush.
 7        Q.   Okay.  Okay.  Playing on your phone
 8   and were not looking up.  I get it.
 9        A.   (Shakes head negatively.)
10        Q.   And the first time you realized that
11   the truck is there is at impact?
12        A.   Yes.
13        Q.   Okay.  And at impact do you know --
14   well, scratch that.
15             When you look up, what do you see?
16   I mean, in other words, where are y'all in
17   relation to the truck?
18        A.   I saw the white back of the truck.
19        Q.   The trailer?
20        A.   Yeah.
21        Q.   Was he -- you heard me describe
22   "articulating" to Ms. Thomas, which is that
23   tractor-trailer (indicating) is fully straight,
24   right?
25        A.   Uh-huh (affirmatively).  Yes.
```