CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 10-11083      DIVISION " "      SECTION:

DAMIAN LABEAUD AND FELICIA MCGOWAN

**VERSUS**

AMERICAN INTERNATIONAL GROUP, INC. D/B/A NATIONAL UNION INSURANCE CO., LANDSTAR RANGER INC. AND DONNIE SUMLING

FILED: _____     _____
                                    DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of Damian LaBeaud and Felicia McGowan, persons of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana, respectfully represent:

1.

Defendant, Donnie Sumling, is a person of the full age of majority and a resident of the Parish of Washington, State of Louisiana.

2.

Defendant, Landstar Ranger, Inc., is a foreign corporation authorized to do and doing business in this Parish and State, who employed Donnie Sumling, who was in the course and scope of his employment at the place and time of the motor vehicle accident which forms the basis for this petition. As such, Landstar Ranger, Inc. is responsible for the negligent acts and omissions under the legal doctrine of <u>respondent superior</u>.

3.

Defendants, American International Group, Inc. d/b/a National Union Insurance Company is a foreign corporation authorized to do and doing business in this Parish and State. At all times pertinent hereto, American International Group, Inc. d/b/a National Union Insurance Company had in full force and effect a policy of commercial vehicular liability insurance issued to defendant, Landstar Ranger, Inc. and its vehicles and employees for the allegations contained in this petition, and is made a party defendant herein under the provisions of LSA R.S. 22:655.

4.

On or about September 2, 2010, petitioner Damian LaBeaud was operating a rental vehicle with a guest passenger, Felicia McGowan. A motor vehicle accident occured Elysian Fields Street at or near the intersection of North Peters in Orleans Parish. Suddenly and without warning, defendant, Donnie Sumling who was operating a vehicle owned and/or under the control of

EXHIBIT F

Landstar Ranger, Inc., made a reckless maneuver and collided with the vehicle in which Mr. LaBeaud and his guest passenger, Felicia McGowan, occupied.

5.

The acts of fault, gross and wanton negligence, and lack of skill by defendant, Donnie Sumling, which were the proximate cause of the collision and damages were as follows:

- a. Failing to see what he should have seen;
- b. Failing to keep a proper lookout;
- c. Failing to maintain control of his vehicle;
- d. Failing to apply the brakes properly on his vehicle so as to bring it to a stop before colliding with petitioner's vehicle;
- e. Other negligent acts and omissions to be proven at the trial of this matter.

7.

As a result of the above occurrence, petitioners, Damian LaBeaud and Felicia McGowan, suffered the following severe injuries:

- a. Shoulder and neck pain;
- b. Lumbosacral pain; and
- c. Other injuries that maybe reflected in doctors reports and invoices.

8.

The injuries caused and aggravated by the described accident has caused petitioners prolonged pain and suffering, extending to the present date, and will continue to cause petitioners future pain, suffering and medical expenses.

9.

Petitioners, Damian LaBeaud and Felicia McGowan, list their damages as follows:

- a. Past, present and future medicals;
- b. Physcial Pain and suffering, past, present and future;
- c. Emotional trauma, past, present and future;
- d. Mental anguish, past, present and future; and
- e. Loss wages and/or lost earning capacity.

WHEREFORE, petitioners, Damian LaBeaud and Felicia McGowan, pray that there be judgment herein in their favor and against defendants, American International Group, Inc. d/b/a National Union Insurance Company, Landstar Ranger, Inc. and Donnie Sumling, **in solido**, for damages in the full and true amount deemed appropriate by the trier of fact, together with legal interest from date of judicial demand until finally paid, for all costs of these proceedings, and for other such and further legal and equitable relief as the Court shall deem necessary and proper.

Respectfully submitted,

By: _____
Richard V. Kohnke, Esq. (1166)
2917 Magazine Street, Suite 201
New Orleans, Louisiana 70115
Telephone: (504) 899-6864
Facsimile: (504) 899-6858

**PLEASE SERVE:**

**AMERICAN INTERNATIONAL GROUP, INC. D/B/A
NATIONAL UNION INSURANCE COMPANY
THROUGH THEIR AGENT FOR SERVICE OF PROCESS**
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

**LANDSTAR RANGER, INC.
THROUGH THEIR AGENT FOR SERVICE OF PROCESS**
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

**DONNIE SUMLING**
207 17th Avenue
Franklinton, Louisiana 70438

O:\CIVIL\LABEAUD, MCGOWAN\Petition for Damages.frm

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.   DIVISION " "   SECTION:

DAMIAN LABEAUD AND FELICIA MCGOWAN

VERSUS

AMERICAN INTERNATIONAL GROUP, INC. D/B/A NATIONAL UNION INSURANCE CO., LANDSTAR RANGER INC. AND DONNIE SUMLING

## REQUEST FOR NOTICE

**CLERK OF COURT**

**PARISH OF ORLEANS**

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial in the above-numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

We also request notice of signing of any final judgment of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of Louisiana Code of Civil Procedure.

Respectfully submitted:

Richard V. Kohnke, Esq., (#1166)
2917 Magazine Street, Suite 201
New Orleans, LA 70115
Telephone: (504) 899-6864
Facsimile: (504) 899-6858

O:\CIVIL\LABEAUD, MCGOWAN\Petition for Damages.frm

TO: COMMISSIONER OF INSURANCE
P.O. BOX 94214
BATON ROUGE, LA 70804

FROM: CLERK OF COURT, PARISH OF ORLEANS

RE: R.S. 9.2800.7                REPORTING FORM - PERSONAL INJURY

Section A shall be obtained by the Clerk of Court at the time suit is filed and submitted to the Commissioner of Insurance within 30 days of filing.
Section A shall be completed at the time Judgment becomes definitive.

A. INITIAL INFORMATION

1. Caption of Suit: LABEAUD, DAMIAN ET AL
   vs
   AMERICAN INTERNATIONAL GROUP, INC. ET AL

   a) Parish: ORLEANS            b) Docket No,: 2010-11083
   c) Judicial District: CDC     d) Filing Date: 10/29/2010
   e) Type Suit:
      1. X Auto - Bodily Injury       7. Professional Liability
      2. ___ Uninsured Motorist           a. Medical
      3. ___ Government Liability         b. Legal
      4. ___ General Liability            c. Architectural
      5. ___ Products Liability           d. Accounting
      6. ___ Redhibition                  e. Engineering
                                      8. Other

2. Nature of Injuries (If Ascertainable from Petition):

Section B shall be obtained by the Clerk of Court and submitted to the Commissioner of Insurance within 30 days of definitive judgment. (Section A (1)a - c must also be completed in order to accurately report.)

B. JUDGMENT INFORMATION

1. Judgment by Merit Trial:
   a) ___ Judge    ___ Jury
   b) ___ For the Plaintiff    ___ For the Defendant
   c) Judgment awarded, exclusive of interest and costs:
      1. ___ - 0 -
      2. ___ - 0 - but less than $10,000
      3. ___ $10,000 but less than $25,000
      4. ___ $25,000 but less than $50,000
      5. ___ $50,000 but less than $100,000
      6. ___ $100,000 but less than $250,000
      7. ___ $250,000 but less than $500,000
      8. ___ $500,000 but less than $750,000
      9. ___ $750,000 but less than $1,000,000
      10. ___ $1,000,000 but less than $2,000,000
      11. ___ $2,000,000 or more

2. Appeal Status
   a) ___ Appeal Entered    b) ___ No Appeal Entered

Section C shall be completed by the Clerk of Court and submitted to the Commissioner of Insurance within 30 days of dismissal.

Insurance within 30 days of dismissal.

C. DISMISSAL INFORMATION

1. Date of Dismissal: _____
2. ___ With Prejudice    ___ Without Prejudice

D. A processing fee of $10.00 shall be taxed as costs of court in each suit on which the information required by this section is submitted by the Clerk of Court. Upon rendering of judgment under Section B of this form or dismissal under Section C of this form, $5.00 shall be paid to the Commissioner of Insurance by the Clerk of Court and $5.00 shall be retained by the Clerk from the court costs paid in Section D.

CLERK OR DEPUTY CLERK _____

File Copy