CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO. 18-5463  DIVISION "G"  SECTION 11  DOCKET NO. ""

DAMIAN LABEAUD

VERSUS

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

FILED: _____   _____
                                  DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of Damian LaBeaud, an adult resident and domiciliary of the Parish of Orleans, respectfully represents:

1.

Allstate Fire and Casualty Insurance Company, defendant, is a foreign insurance corporation doing business in the State of Louisiana.

2.

On or about September 23, 2017, at approximately 9:58 a.m., Damian LaBeaud was operating a 2013 Honda Accord, owned by Trimekia Ware and operated by Damian LaBeaud with the express permission and consent of Ms. Ware, along Simon Bolivar Avenue in the Parish of Orleans, whereupon her vehicle was struck suddenly, violently and without warning by a Honda Accord whose owner and operator fled the scene.



EXHIBIT H

3.

The collision was caused solely and proximately by the negligence and want of care of the unknown driver in the following non-exclusive particulars:

    a.    failing to see what a reasonable driver would have seen;

    b.    operating a motor vehicle in a careless, inattentive and reckless manner;

    c.    failing to keep a proper lookout;

    d.    failing to avoid a collision;

    e.    failing to obey traffic controls;

    f.    running a red light;

    g.    travelling too quickly under the circumstances; and

    h.    all other elements of negligence, acts and omissions to be proved at trial.

4.

As a direct result of the unknown driver's negligence and want of care, Damian LaBeaud suffered bodily injuries, pain and suffering, mental anguish, loss of enjoyment of life, medical expenses, loss of earnings and permanent disability all of which warrant an award in his favor for compensatory damages in an amount insufficient to permit trial by jury.

5.

At all times material hereto, Allstate Fire and Casualty Insurance Company maintained a policy of insurance insuring Damian LaBeaud and the vehicle owned by Trimekia Ware. whereunder it obligated itself to compensate operators and occupants of vehicle for damages suffered as the result of the negligence of uninsured or underinsured motorists.

6.

At all times material hereto, the unknown driver and/or owner of the vehicle which struck Ms. LaBeaud's vehicle was an uninsured motorist.

7.

Notwithstanding amicable demand and submission of due proofs of loss, Allstate Fire and Casualty Insurance Company has arbitrarily, capriciously and without cause failed and refused to tender to petitioner a reasonable amount as compensation for her damages, all of which violates the letter, spirit and intent of the covenants contained in the policy issued to Damian LaBeaud, and entitles petitioner to recover statutory penalties and reasonable attorney fees.

WHEREFORE, Damian LaBeaud, petitioner, prays that Allstate Fire and Casualty Insurance Company, defendant, be served with this petition, and that after due proceedings there be judgment casting defendant liable unto petitioner for compensatory damages together with statutory penalties, attorney fees, legal interest, all costs and for all general and equitable relief.

Respectfully submitted,

**NUGENT KEATING**

D. PATRICK KEATING (#27825)
SIMONE R. NUGENT (#34409)
3300 Canal Street, Suite 100
New Orleans, LA 70119
Telephone: (504) 513-3333
Facsimile No.: (877) 565-2570
Counsel for Petitioner

**PLEASE SERVE:**

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO.  DIVISION " "  DOCKET NO. " "

DAMIAN LABEAUD

VERSUS

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

FILED: _____    _____
DEPUTY CLERK

## INTERROGATORIES

Pursuant to LCCP Articles 1421 et seq., plaintiff propounds the following interrogatories to defendants to be answered under oath, within the time delays allowed by the Louisiana Code of Civil Procedure.

**INTERROGATORY NO. 1:**

Kindly identify by name, home address, occupation, job title and telephone number the following persons:

a. all persons who claim to have witnessed the accident which is the subject of this lawsuit;

b. all persons from whom defendants, their agents, attorneys or employees have taken any statement, whether orally or in writing;

c. all persons whom defendants will call to testify at the trial of this matter;

d. all persons who claim to have any knowledge pertaining to any issue raised by pleadings filed by any party;

e. all persons controlling, possessing or having access to any exhibit or tangible item which defendants will seek to introduce into evidence or which defendants will display to the trier of fact or any witness at the trial of this matter; and

f. all persons who have furnished information used in answering these interrogatories.



**INTERROGATORY NO. 2:**

Kindly identify by name, home address, business address, occupation, telephone number and field of alleged expertise all expert witnesses:

    a.    whom defendants have consulted in connection with any issue raised by pleadings filed by any party; and

    b.    whom defendants will call to testify at the trial of this matter.

**INTERROGATORY NO. 3:**

At the time of the accident at issue in this matter, were there any policies of insurance insuring your liability for the type of risk sued on herein? Please describe any such insurance policy, including primary, reinsurance, surplus line, umbrella or uninsured/underinsured (UM) insurance policies of which you have knowledge, express or implied, insuring defendants against damages to third persons and in full force and effect on the date in question, stating for each policy:

    a.    the name of the insurance company or club;

    b.    the address of the insurance company or club;

    c.    the name of all insureds;

    d.    the policy number;

    e.    the term of the policy;

    f.    what type of policy it was; and

    g.    the amount of coverage of the policy including policy limits and deductibles for personal injury, wrongful death, and property damage.

Respectfully submitted,

**NUGENT KEATING**

_____
D. PATRICK KEATING (#27825)
SIMONE R. NUGENT (#34409)
3300 Canal Street, Suite 100
New Orleans, LA 70119
Telephone: (504) 513-3333
Facsimile No.: (877) 565-2570
Counsel for Petitioner

**PLEASE SERVE WITH**
**ORIGINAL PETITION ON DEFENDANT**



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO.          DIVISION " "          DOCKET NO. " "

DAMIAN LABEAUD

VERSUS

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

FILED: _____      _____
                                                         DEPUTY CLERK

### REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

Plaintiff hereby requests that defendants produce and permit inspection of the following documents and things at the offices of undersigned counsel, or at such other time and place as might be agreed upon; that production of the said documents and things be supplemented on a continuing basis; and that defendants identify and number each document and thing in a formal written return signed under oath by defendants:

1.

A certified copy of all policies of insurance purporting to insure defendants or their vehicles at the time of the accident which is the subject of this lawsuit.

2.

All exhibits or other tangible items which defendants will seek to introduce into evidence at the trial of this matter, or which defendants will display to any witness or the trier of fact.

3.

All statements, whether written or recorded, taken from plaintiff or any other individual(s) pertaining to any issue raised by pleadings filed by any party.



4.

All medical reports, bills, test results, tax returns, W-2 forms, personnel records, social security records, unemployment records or other writings, documents and films pertaining to the physical or psychological state of plaintiff, apart from items which were furnished to defendants by plaintiff.

5.

All photographs, repair estimates, cancelled checks or other writing and things pertaining to the location or extent of property damage sustained by any vehicle involved in the accident which is the subject of this lawsuit.

6.

All reports and other writings prepared by any expert whom defendants will call to testify at the trial of this matter.

Respectfully submitted,

**NUGENT KEATING**

D. PATRICK KEATING (#27825)
SIMONE R. NUGENT (#34409)
3300 Canal Street, Suite 100
New Orleans, LA 70119
Telephone: (504) 513-3333
Facsimile No.: (877) 565-2570
Counsel for Petitioner

**PLEASE SERVE WITH
ORIGINAL PETITION ON DEFENDANT**



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO.　　　　　DIVISION " "　　　　　DOCKET NO. " "

DAMIAN LABEAUD

VERSUS

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

FILED: _____　　　_____
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### REQUEST FOR NOTICE OF TRIAL AND OF SIGNING OF JUDGMENT AND ORDER

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

We also request notice of the signing of any final judgment, the rendition of any interlocutory order or judgment or of any order or judgment refusing to grant a new trial, in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

**NUGENT KEATING**

D. PATRICK KEATING (#27825)
SIMONE R. NUGENT (#34409)
3300 Canal Street, Suite 100
New Orleans, LA 70119
Telephone: (504) 513-3333
Facsimile No.: (877) 565-2570
Counsel for Petitioner



 

**NUGENT KEATING**
PERSONAL INJURY LAW FIRM

Phone: 504.513.3333
Fax: 877.565.2570
Web: keatinglawgroup.com

3300 CANAL STREET | SUITE 100 | NEW ORLEANS, LA 70119

June 20, 2018

RECEIVED
JUN 22 2018
CLERK OF COURT
CIVIL DISTRICT COURT

Clerk of Court - CDC
421 Loyola Avenue, Room 402
New Orleans, Louisiana 70112

Re: *Damian LaBeaud vs. Allstate* **NEW SUIT**

Dear Sir/Madam:

Please find enclosed an original and two (2) copies of the Plaintiff's Petition, Interrogatories and Request for Production of Documents. Please file the original, forward a copy to the sheriff for service, and return a conformed copy to me in the enclosed self-addressed stamped envelope.

Further, we have enclosed our checks; $534.50 made payable to the Clerk and $119.35 made payable to the Orleans Civil Sheriff.

Sincerely,

Tammi Meyer
Paralegal to D. Patrick Keating

Enclosures


VERIFIED