FILED
2016 JUL 14 P 1:19

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 16-7003                                                                 DIVISION "L"

SECTION 6

CHRISTOPHER MAURICE AND DAMIAN LABEAUD

VERSUS

HALLMARK SPECIALTY INSURANCE COMPANY, HAMPTON TRANSPORTATION, LLC AND ROOSEVELT HAMPTON

FILED:_____                        _____
                                                        DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of plaintiffs, **CHRISTOPHER MAURICE AND DAMIAN LABEAUD**, persons of the full age of majority and resident of Orleans Parish, respectfully represents:

1.

Defendants are:

**HALLMARK SPECIALTY INSURANCE COMPANY,** a domestic / foreign insurer licensed to and doing business in the State of Louisiana;

**HAMPTON TRANSPORTATION, LLC,** a domestic / foreign insurer licensed to and doing business in the State of Louisiana; and

**ROOSEVELT HAMPTON,** a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana.

2.

Defendants are liable and indebted to Plaintiffs for such damages as are reasonable in the premises, including property damage, past physical pain and suffering, future physical pain, including but not limited to: lumbar and cervical herniations and bulges as well as bilateral shoulder injuries, past mental pain and suffering, future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body,



loss of consortium together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following

3.

On or about **December 4, 2015** an accident occurred on Old Gentilly Rd. near its intersection with France Rd. in Orleans Parish, Louisiana. A vehicle owned and driven by **CHRISTOPHER MAURICE**, in which **DAMIAN LABEAUD** was a guest passenger, was lawfully traveling on Old Gentilly Rd. At or about the same time, a vehicle owned by **HAMPTON TRANSPORTATION, LLC** and operated by Defendant **ROOSEVELT HAMPTON** was also traveling on Old Gentilly Rd. **ROOSEVELT HAMPTON** negligently made a wide turn from the right lane and entered the lane of travel occupied by the **MAURICE** vehicle and struck the vehicle occupied by Plaintiffs, causing them severe and disabling injuries.

4.

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendant, **ROOSEVELT HAMPTON**, which is attributed to but not limited to the following non-exclusive particulars:

a) Making an improper turn;

b) Failure to yield;

c) Failure to see what a reasonable driver should have seen;

d) Failure to keep a good and careful lookout;

e) Failure to maintain reasonable and proper control while operating the vehicle;

f) Driving at a speed greater than was reasonable and prudent under the circumstances;

g) Operating the vehicle in a careless and reckless manner without regard for the safety of others; and

h) Any and all other acts of negligence which may be proven at the trial of this matter.

5.

As a result of the foregoing and as per applicable Louisiana Law including, but not limited to, the Doctrines of Respondiat Superior, principal and agent, employer-employee, vehicle owner with responsibility for maintenance and upkeep, and/or master-servant, **HAMPTON TRANSPORTATION, LLC** is a proper party-defendant, and the negligence and/or liability of defendant **ROOSEVELT HAMPTON** is attributable to it.

6.

At all relevant times, **HALLMARK SPECIALTY INSURANCE COMPANY** provided a policy of liability insurance on the vehicle owned by **HAMPTON TRANSPORTATION, LLC** and operated by Defendant **ROOSEVELT HAMPTON**, on the date of this accident. As a result of the foregoing and as per applicable Louisiana Law including, but not limited to, the Doctrines of Respondiat Superior, principal and agent, insurer and insured, the Louisiana Direct Action Statute, LSA-R.S. 22:655, and/or master-servant, said **HALLMARK SPECIALTY INSURANCE COMPANY** has been named herein as party-defendant, and is answerable and/or responsible for the negligence and/or liability of defendants, **ROOSEVELT HAMPTON AND HAMPTON TRANSPORTATION, LLC.**

7.

On information and belief, at all relevant times **ROOSEVELT HAMPTON** was acting in the course and scope of employment with **HAMPTON TRANSPORTATION, LLC**, or acting on a mission or errand or on behalf of **HAMPTON TRANSPORTATION, LLC**, thus rendering **HAMPTON TRANSPORTATION, LLC** liable to plaintiffs along with all other named defendants.

Therefore, Petitioners pray that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioners and against the defendants, jointly and in solido in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, rental expenses, property

damage, loss of use and/or depreciation of vehicle, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, loss of consortium, loss of enjoyment of life, and penalties and attorney's fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners pray for all general and equitable relief.

Respectfully submitted:

*[signature]*

Brian King, La. Bar #24817
Jason F. Giles, La. Bar #29211
Anthony J. Milazzo, III, La. Bar #29631
Justin Reese, La. Bar #33635
The King Firm, LLC
2912 Canal Street, Second Floor
New Orleans, LA 70119
Phone 504-909-5464


**PLEASE SERVE:**

**HAMPTON ROOSEVELT**
Through the Louisiana Long-Arm Statute:
2800 Dante
New Orleans, LA 70118

**HAMPTON TRANSPORTATION**
Through their Registered Agent for Service
Hampton Roosevelt
2800 Dante
New Orleans, LA 70118

**HALLMARK SPECIALTY INSURANCE COMPANY**
Through their Registered Agent for Service
Louisiana Secretary of State

4

# THE KING FIRM

**Attorneys:**
Brian King
Jason Giles
Anthony D. Milazzo, III
Justin A. Reese
Jimmy Courtenay
Michael Simonson

Phone: 504-909-5464
Fax: 800-901-6470

Writer's Email:
jreese@kinginjuryfirm.com

July 12, 2016

Clerk of Court, Civil District Court
421 Loyola Ave.
New Orleans, LA 70112

**RECEIVED**

JUL 14 2016

CLERK OF COURT
CIVIL DISTRICT COURT

Re:  *Christopher Maurice, et al v. Hallmark Security Ins. Co., et al*
     Date of accident    December 4, 2015

Dear Clerk:

Enclosed please find a Petition for Damages, in regards to the above-reference accident, which I ask that you please file and return a clocked-in copy at your earliest convenience. Also, please find two checks, in the amounts of $514.00 and $139.36, to cover the filing and service costs.

Should you have any questions or concerns please do not hesitate to contact my office.

Sincerely,

Justin Reese

2912 Canal Street, Second Floor
New Orleans, Louisiana 70119