FILED
2015 DEC -1 A 11: 15
DALE N. ATKINS
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
506-407-0000

NO. 15-11372

DAMIAN LABEAUD, SABRINA RANDOLPH AND JAMARA LEWIS

VERSUS

SECTION 16

THE HERTZ CORPORATION (in its capacity as a self-insured un-insured/under-insured motorist carrier) AND HERTZ VEHICLES LLC (in its capacity as a self-insured un-insured/under-insured motorist carrier)

DATE: 12/1/2015
RECEIPT#: 529695

FILED: _____  DEPUTY CLERK

| | PRICE | PAID | BAL |
|---|---|---|---|
| PETITION FOR DAMAGES | 444.50 | 444.50 | 0.00 |
| IGC | | | |
| | 24.00 | 24.00 | 0.00 |
| INDIGENT LEGAL FEE | | | |
| | 10.00 | 10.00 | 0.00 |
| BUILDING FUND FEE | | | |
| | 25.00 | 25.00 | 0.00 |
| | 0.50 | 0.50 | 0.00 |
| REQUEST FOR TRIAL BY JURY | | | |
| | 780.00 | 780.00 | 0.00 |
| SUPREME COURT - PROCESSING FEE | | | |
| | 10.00 | 10.00 | 0.00 |

TOTAL PAID CASE # 201511372: $1294.00

RECEIPT TOTAL $1,294.00

AMOUNT RECEIVED $1,294.00
CHANGE DUE $0.00

Check #137780 Amt. $1,294.00

**PETITION FOR DAMAGES**

The Petition of **DAMIAN LABEAUD, SABRINA RANDOLPH AND JAMARA LEWIS**, persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, respectfully represents:

I.

Made defendants herein is:

**THE HERTZ CORPORATION** (in its capacity as a self-insured un-insured/under-insured motorist carrier), a domestic/foreign corporation authorized to do and doing business in the State of Louisiana; and

**HERTZ VEHICLES LLC** (in its capacity as a self-insured un-insured/under-insured motorist carrier), a domestic/foreign corporation authorized to do and doing business in the State of Louisiana; and

II.

Defendants are liable and indebted unto Petitioners for such damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past, present, and future mental pain and suffering, past, present, and future medical expenses, loss of past and future earnings, loss of future earning capacity, past and future loss of enjoyment of life, permanent disability to the body, loss of consortium, and penalties and attorneys' fees together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:




EXHIBIT J

III.

On or about **December 5, 2014**, an accident occurred at or near the intersection of Almonaster Avenue and Comus Court in the Parish of Orleans, State of Louisiana, wherein the vehicle owned and operated by JOHN DOE failed to yield and struck the rear passenger side of the vehicle owned by **THE HERTZ CORPORATION AND/OR HERTZ VEHICLES LLC** and operated by ULES LABEAUD, wherein **DAMIAN LABEAUD, SABRINA RANDOLPH AND JAMARA LEWIS** were guest passengers.

IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the unknown driver, JOHN DOE, which is attributed to, but not limited to, the following non-exclusive particulars:

a) Failure to yield;

b) Disregarding a traffic control;

c) Careless operation;

d) Failure to see what he should have seen;

e) Failure to keep a good and careful lookout;

f) Driving at an excessive rate of speed or at a speed greater than was reasonable and prudent under the circumstances;

g) Failure to maintain a safe distance from other vehicles;

h) Operating his vehicle in a careless and reckless manner without regard for the safety of others;

i) Failure to maintain reasonable and proper control of the vehicle which he was operating;

j) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and

k) Any and all other acts of negligence which may be proven at the trial of this matter.

V.

As a result of the subject accident and negligence of the above-referenced unknown

driver, JOHN DOE, Petitioners, **DAMIAN LABEAUD, SABRINA RANDOLPH AND JAMARA LEWIS**, suffered severe and disabling injuries and are entitled to recover such damages as are reasonable in the premises.

VI.

Upon information and belief, the unknown driver, JOHN DOE, fled the scene and is unknowable and unable to be located. At all relevant times, **THE HERTZ CORPORATION AND/OR HERTZ VEHICLES LLC** provided a self-insured policy of un-insured/under-insured motorist coverage on the vehicle owned by **THE HERTZ CORPORATION AND/OR HERTZ VEHICLES LLC** and operated by ULES LABEAUD on the date of this accident, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendants, **THE HERTZ CORPORATION AND/OR HERTZ VEHICLES LLC**, liable unto Petitioners.

**WHEREFORE**, Petitioners pray that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioners and against the defendants, **THE HERTZ CORPORATION (in its capacity as a self-insured un-insured/under-insured motorist carrier) AND HERTZ VEHICLES LLC (in its capacity as a self-insured un-insured/under-insured motorist carrier)**, in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, past, present, and future medical expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, past and future loss of enjoyment of life, loss of consortium, and penalties and attorneys' fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners further pray for a trial by jury and for all general and equitable relief as the Court deems fit.

Case 2:18-cv-02472-WBV-DMD Document 103-10 Filed 02/11/19 Page 4 of 4

Respectfully submitted,

**LAW OFFICES OF EDWARD J. WOMAC, JR. & ASSOCIATES, LLC**

_____
**EDWARD J. WOMAC, JR. #02195**
**JONATHAN R. MARLOWE #31854**
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
jmarlowe@edwardwomac.com

**PLEASE SERVE:**

**THE HERTZ CORPORATION**
**(in its capacity as a self-insured un-insured/under-insured motorist carrier)**
Through Its Agent for Service of Process
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**HERTZ VEHICLES LLC**
**(in its capacity as a self-insured un-insured/under-insured motorist carrier)**
Through Its Agent for Service of Process
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816