

**Damian LaBeaud** updated his cover photo.

Jul 20, 2014 at 12:51 AM



 6

