FILED

2016 APR 13 P 3:01

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

CIVIL DISTRICT COURT

STATE OF LOUISIANA

NO. 16-3758　　　　　　　　　　　　　　　　　　DIVISION "M"

JASPER ROCKWOOD, DAMIAN LABEAUD, TELISHA KENNEDY AND TROY MCKINNIS

SECTION 13

VERSUS

MARTEN TRANSPORT, LTD. AND CLIFTON DRUMMER, III

FILED: _____

_____
DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of JASPER ROCKWOOD, DAMIAN LEBEAUD, TELISHA KENNEDY AND TROY MCKINNIS, persons of the full age of majority and residents of Orleans Parish, respectfully represents:

1.

Defendants are:

MARTEN TRANSPORT, LTD., a domestic / foreign insurer licensed to and doing business in the State of Louisiana; and

CLIFTON DRUMMER, III, a person of the full age of majority and resident of Orleans Parish, State of Louisiana.

2.

Defendants are liable and indebted to Plaintiffs for such damages as are reasonable in the premises, including property damage, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, loss of consortium together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following

EXHIBIT M

3.

On or about **August 7, 2015** an accident occurred Old Gentilly Road near Desire Parkway in New Orleans. A vehicle owned and operated by **JASPER ROCKWOOD** was lawfully traveling on Old Gentilly Road. **DAMIAN LEBEAUD, TELISHA KENNEDY AND TROY MCKINNIS** were passengers in the vehicle operated by **JASPER ROCKWOOD**. A vehicle owned by **MARTEN TRANSPORT, LTD.** and operated by Defendant **CLIFTON DRUMMER, III** was also traveling Old Gentilly Rd. **CLIFTON DRUMMER, III** negligently made an improper turn and struck the vehicle occupied by Plaintiffs, causing them severe and disabling injuries.

4.

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendant, **CLIFTON DRUMMER, III**, which is attributed to but not limited to the following non-exclusive particulars:

a) Making an improper turn;

b) Failure to yield;

c) Failure to see what a reasonable driver should have seen;

d) Failure to keep a good and careful lookout;

e) Failure to maintain reasonable and proper control while operating the vehicle;

f) Driving at a speed greater than was reasonable and prudent under the circumstances;

g) Operating the vehicle in a careless and reckless manner without regard for the safety of others;

h) Any and all other acts of negligence which may be proven at the trial of this matter.

5.

As a result of the above referenced accident and negligence of the defendant, **JASPER ROCKWOOD, DAMIAN LEBEAUD, TELISHA KENNEDY AND TROY MCKINNIS** suffered severe and disabling injuries and are entitled to recover such damages as are reasonable in the premises.

6.

At all relevant times, **MARTEN TRANSPORT, LTD.** provided a policy of self-insurance on the vehicle owned by **MARTEN TRANSPORT, LTD.** and operated by Defendant **CLIFTON DRUMMER, III**, on the date of this accident, which provided coverage for the type of loss sued upon, thus rendering **MARTEN TRANSPORT, LTD.**, liable to Petitioners with the other named defendants.

7.

On information and belief, at all relevant times **CLIFTON DRUMMER, III** was acting in the course and scope of employment with **MARTEN TRANSPORT, LTD.**, or acting on a mission or errand or on behalf of **MARTEN TRANSPORT, LTD.**, thus rendering **MARTEN TRANSPORT, LTD.** liable to Plaintiffs along with all other named defendants.

Therefore, Petitioners pray that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioners and against the defendants, jointly and in solido in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, rental expenses, property damage, loss of use and/or depreciation of vehicle, past and future medical expenses, loss of past and future earnings; loss of future earning capacity, permanent disability of the body, loss of consortium, loss of enjoyment of life, and penalties and attorney's fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners pray for all general and equitable relief.

Respectfully submitted,

_____
Brian King, La. Bar #24817
Jason F. Giles, La. Bar #29211
Anthony J. Milazzo, III, La. Bar #29631
James E. Courtenay, La. Bar #31681
The King Firm, LLC
2912 Canal Street, Second Floor
New Orleans, LA 70119
Phone 504-909-5464
Fax 800-901-6470


**PLEASE SERVE:**

**CLIFTON DRUMMER, III**
7608 Berg St.
New Orleans, LA 70128

**MARTEN TRANSPORT, LTD.**
Through their Registered Agent for Service of Process:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

# THE KING FIRM

Partners:
Brian King
Jason Giles
Anthony J. Milazzo, III

Phone: 504-909-5484
Fax: 800-901-6470

Writer's email:
jgiles@kinginjuryfirm.com

April 8, 2016

Clerk of Court, Civil District Court
421 Loyola Ave.
New Orleans, LA 70112

**RECEIVED**
APR 13 2016
CLERK OF COURT
CIVIL DISTRICT COURT

Re: *Jasper Rockwood, et al v. Marten Transport, et al*
Date of accident   August 7, 2015

Dear Clerk:

Enclosed please find a Petition for Damages, in regards to the above-reference accident, which I ask that you please file and return a clocked-in copy at your earliest convenience. Also, please find two checks, in the amounts of $514.00 and $69.36, to cover the filing and service costs.

Should you have any questions or concerns please do not hesitate to contact my office.

Sincerely,

Jason F. Giles

**RECEIVED**
APR 13 2016
CLERK OF COURT
CIVIL DISTRICT COURT

c/mailed
4/25/16

2912 Canal Street, Second Floor
New Orleans, Louisiana 70119