CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 17-4303      DIVISION "L"    SECTION 6

TIYON LANE, SABRINA RANDOLPH on behalf of the minor child GERALD RANDOLPH, and SABRINA RANDOLPH on behalf of the minor child JAMONICA RANDOLPH

VERSUS

GREAT WEST CASUALTY COMPANY, COVINGTON SPECIALTY INSURANCE COMPANY, PROGRESSIVE TRANSPORTATION SERVICE, INC., EUGENE MONROE, CHRISTINE STOKES, and GOVERNMENT EMPLOYEES INSURANCE COMPANY

FILED: _____     _____ DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of TIYON LANE, SABRINA RANDOLPH on behalf of the minor child GERALD RANDOLPH, and SABRINA RANDOLPH on behalf of the minor child JAMONICA RANDOLPH, a person of the full age of majority and resident of Orleans Parish, respectfully represent:

1.

Defendants are:

GREAT WEST CASUALTY COMPANY, a domestic / foreign insurer licensed to and doing business in the State of Louisiana;

COVINGTON SPECIALTY INSURANCE COMPANY, a domestic / foreign insurer licensed to and doing business in the State of Louisiana;

PROGRESSIVE TRANSPORTATION SERVICE, INC., a domestic / foreign corporation licensed to and doing business in the State of Louisiana;

EUGENE MONROE, a person of the full age of majority and resident of Dallas County, Texas;


VERIFIED

EXHIBIT O

**CHRISTINE STOKES**, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana; and

**GOVERNMENT EMPLOYEES INSURANCE COMPANY**, a domestic / foreign insurer licensed to and doing business in the State of Louisiana.

2.

Defendants are liable and indebted to Plaintiffs for such damages as are reasonable in the premises, including property damage, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, loss of consortium together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following:

3.

On or about **May 12, 2016**, an accident occurred at the intersection of St. Claude Avenue and Elysian Fields Avenue in New Orleans. A vehicle owned and operated by **CHRISTINE STOKES** was lawfully traveling Northbound on Elysian Fields Avenue in the rightmost turning lane, preparing to make a right onto St. Claude Avenue. A vehicle owned by **PROGRESSIVE TRANSPORTATION SERVICE, INC.** and operated by **EUGENE MONROE** was traveling Northbound on Elysian Fields Avenue in the middle lane of travel. **EUGENE MONROE** negligently made a right turn into the path of the **STOKES** and struck the vehicle occupied by Plaintiffs, causing them severe and disabling injuries.

4.

In the alternative, on or about **May 12, 2016**, an accident occurred at the intersection of St. Claude Avenue and Elysian Fields Avenue in New Orleans. A vehicle owned by **PROGRESSIVE TRANSPORTATION SERVICE, INC.** and operated by **EUGENE MONROE** was traveling Northbound on Elysian Fields Avenue in the middle lane of travel. As the **MONROE** vehicle made a right turn, a vehicle owned and operated by **CHRISTINE STOKES** entered the path of the **MONROE** vehicle and struck the side of same.

5.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the Defendant **EUGENE MONROE and/or CHRISTINE STOKES**, which is attributed to, but not limited to, the following non-exclusive particulars:

a) Failure to yield;

b) Improper lane usage;

c) Failure to see what a reasonable driver should have seen;

d) Failure to keep a good and careful lookout;

e) Failure to maintain reasonable and proper control while operating the vehicle;

f) Driving at a speed greater than was reasonable and prudent under the circumstances;

g) Operating the vehicle in a careless and reckless manner without regard for the safety of others;

h) Any and all other acts of negligence which may be proven at the trial of this matter.

6.

As a result of the above referenced accident and negligence of the Defendants, **TIYON LANE, GERALD RANDOLPH, and JAMONICA RANDOLPH** suffered severe and disabling injuries and are entitled to recover such damages as are reasonable in the premises.

7.

At all relevant times, **GREAT WEST CASUALTY COMPANY** and/or **COVINGTON SPECIALTY INSURANCE COMPANY** provided policies of liability insurance on the vehicle owned by **PROGRESSIVE TRANSPORTATION SERVICE, INC.** and operated by **EUGENE MONROE** on the date of this accident, which provided coverage for the type of loss sued upon, thus rendering **GREAT WEST CASUALTY COMPANY** and **COVINGTON SPECIALTY INSURANCE COMPANY** liable to Petitioners with the other named Defendants.

8.

At all relevant times, **GOVERNMENT EMPLOYEES INSURANCE COMPANY** provided a policy of liability insurance on the vehicle owned and operated by **CHRISTINE STOKES** on the date of this accident, which provided coverage for the type of loss sued upon, and/or provided available coverage including med-pay, thus rendering **GOVERNMENT EMPLOYEES INSURANCE COMPANY**, liable to Petitioners with the other named Defendants.

9.

On information and belief, at all relevant times **EUGENE MONROE** was acting in the course and scope of employment with **PROGRESSIVE TRANSPORTATION SERVICE, INC.** or acting on a mission or errand or on behalf of **PROGRESSIVE TRANSPORTATION SERVICE, INC.**, thus rendering **PROGRESSIVE TRANSPORTATION SERVICE, INC.** liable to Petitioners along with all other named Defendants.

10.

**SABRINA RANDOLPH** is the mother of the minor children **GERALD RANDOLPH** and **JAMONICA RANDOLPH** and has the authority to bring this action on behalf of her minor children under Code of Civil Procedure articles 4061.1, 4501, and 4502.

Therefore, Petitioners pray that Defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioners and against the Defendants, jointly and in solido in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, rental expenses, property damage, loss of use and/or depreciation of vehicle, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, loss of consortium, loss of enjoyment of life, and penalties and attorney's fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner prays for all general and equitable relief.

Respectfully submitted,

Brian King, La. Bar #24817
Jason F. Giles, La. Bar #29211
Anthony J. Milazzo, III, La. Bar #29631
The King Firm, LLC
2912 Canal Street
New Orleans, LA 70119
Phone 504-909-5464
Fax 800-901-6470
E-mail: bking@kinginjuryfirm.com

**PLEASE SERVE:**

**GREAT WEST CASUALTY COMPANY**
Through Its Registered Agent For Service:
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**COVINGTON SPECIALTY INSURANCE COMPANY**
Through Its Registered Agent For Service:
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**PROGRESSIVE TRANSPORTATION SERVICE, INC.**
Through Its Registered Agent For Service:
Terry J. Boffone
185 Garden Rd.
River Ridge, LA 70123

**EUGENE MONROE**
Through The Louisiana Long-Arm Statute:
5825 Marvin Loving Dr.
Garland, TX 75043

**CHRISTINE STOKES**
3612 Pakenham Dr.
Chalmette, LA 70043

**GOVERNMENT EMPLOYEES INSURANCE COMPANY**
Through Its Registered Agent For Service:
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809