

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2016-4982

DIVISION " F 7 "

### SABRINA RANDOLPH, BRANDON BATISTE, AND ANITA BATISTE

### VERSUS

### ENERGI INS SERVICES INCORPORATED, JOHN DOE AND NITRO TRANSPORT INCORPORATED

FILED: _____    _____
                                     DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of **SABRINA RANDOLPH, BRANDON BATISTE, AND ANITA BATISTE**, persons of the full age of majority and residents of Orleans Parish, respectfully represents:

1.

Defendants are:

**ENERGI INS SERVICES INCORPORATED**, a domestic / foreign insurer licensed to and doing business in the State of Louisiana;

**JOHN DOE**, a person of the full age of majority and believed to be a resident of Orleans Parish, State of Louisiana; and

**NITRO TRANSPORT INCORPORATED**, a domestic / foreign insurer licensed to and doing business in the State of Louisiana.

2.

Defendants are liable and indebted to Plaintiffs for such damages as are reasonable in the premises, including property damage, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, permanent disability to the body, and loss of consortium, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following:

3.

On or about **September 26, 2015,** an accident occurred on or about Elysian Fields Avenue and Saint Claude Avenue in Orleans Parish. A vehicle owned by **CANDY LEMIEUX** and operated by **SABRINA RANDOLPH** was traveling on north on Elysian Fields. **BRANDON BATISTE, AND ANITA BATISTE,** were passengers in the vehicle operated by **SABRINA RANDOLPH.** A vehicle owned by **NITRO TRANSPORT INC.,** and operated by Defendant **JOHN DOE** was also traveling north on Elysian Fields. **JOHN DOE** made a right turn from the middle lane onto Saint Claude Avenue and struck the vehicle occupied by Plaintiffs, causing them severe and disabling injuries.

4.

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendant, **JOHN DOE,** which is attributed to but not limited to the following non-exclusive particulars:

a) Improper turn;

b) Failure to yield;

c) Failure to see what a reasonable driver should have seen;

d) Failure to keep a good and careful lookout;

e) Failure to maintain reasonable and proper control while operating the vehicle;

f) Driving at a speed greater than was reasonable and prudent under the circumstances;

g) Operating the vehicle in a careless and reckless manner without regard for the safety of others;

h) Any and all other acts of negligence, which may be proven at the trial of this matter.

5.

At all relevant times, **ENERGI INS SERVICES, INC.** had a policy of liability insurance on the vehicle owned by **NITRO TRANPSORT, INC.** and operated by **JOHN DOE** on the date of this accident, which provided coverage for the type of loss

sued upon, thus rendering **ENERGI INSURANCE SERVICES, INC.**, liable to petitioners with the other named defendants.

6.

On information and belief, at all relevant times **JOHN DOE** was acting in the course and scope of employment with **NITRO TRANSPORT INC.**, or acting on a mission or errand for and/or on behalf of **NITRO TRANSPORT INC.**, thus rendering **NITRO TRANSPORT, INC.**, liable to plaintiff along with all other named defendants.

Therefore, Petitioners pray that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against the defendants, jointly and in solido in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, rental expenses, property damage, loss of use and/or depreciation of vehicle, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, loss of consortium, loss of enjoyment of life, and penalties and attorney's fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners pray for all general and equitable relief.

Respectfully Submitted,

*/s/ signature*

Arnona Rose, L.L.C.
Vincent R. Arnona (Bar No. 29070)
Donald L. Rose III (Bar No. 29407)
Toni R. Arnona (Bar No. 32323)
1130 Tchoupitoulas Street
New Orleans, LA 70130
Telephone: 504-556-4444
Facsimile: 504-556-444

**PLEASE SERVE:**

**ENERGI INS SERVICES INCORPORATED**
Through their Registered Agent for Service of Process:
COMMISSIONER OF INSURANCE
1702 NORTH THIRD STREET
BATON ROUGE, LA 70802

**JOHN DOE**
**Please withhold Service**

**NITRO TRANSPORT INCORPORATED**
Through their Registered Agent for Service of Process:
KIM ROBERTS
225 CANE BAYOU LANE
KENNER, LA 70065