FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO.      DIVISION " "      DOCKET NO. " "

ANGEL MATHIEU and CHEMEKA DOWNS

VERSUS

SCOTTSDALE INSURANCE COMPANY,
STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,
AND MANUEL GARRISON

FILED: _____    _____
                                                              DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of Angel Mathieu and Chemeka Downs, adult residents and domiciliaries of the Parish of Orleans, Louisiana, respectfully represents:

1.

Scottsdale Insurance Company, defendant, is a foreign insurance corporation doing business in the State of Louisiana.

2.

State Farm Fire and Casualty Insurance Company, defendant, is a foreign insurance corporation doing business in the State of Louisiana.

3.

Manuel Garrison, defendant, is, upon information and belief, an adult resident and domiciliary of Dover, Arkansas.

4.

On or about March 30, 2017, at approximately 5:37 p.m., Angel Mathieu was operating her 2008 Infiniti FX35 automobile in an westerly direction along Pontchartrain Expressway (US90-B) in the Parish of Orleans, Louisiana, whereupon her vehicle was struck violently, suddenly and without warning by a 2003 Peterbilt 387 automobile owned and operated by Manuel Garrison.


EXHIBIT Q

5.

At all times material hereto, Scottsdale Insurance Company, defendant, maintained in full force and effect a policy of insurance insuring Manuel Garrison for the liability and damages asserted herein.

6.

The collision was caused solely and proximately by the negligence and want of care of Manuel Garrison in the following non-exclusive particulars:

a. failing to see what a reasonable driver would have seen;

b. operating a motor vehicle in a careless, inattentive and reckless manner;

c. failing to keep a proper lookout;

d. failing to avoid a collision;

e. improper lane usage;

f. failure to yield;

g. failing to obey traffic controls, signage and signals; and

h. all other elements of negligence, acts and omissions to be proved at trial.

7.

As a result of negligence and want of care of Manuel Garrison, Angel Mathieu, suffered bodily injuries, pain and suffering, mental anguish, loss of enjoyment of life, medical expenses, loss of earnings and permanent disability, all of which warrant an award in his favor for compensatory damages in an amount sufficient to permit trial by jury.

8.

As a result of negligence and want of care of Manuel Garrison, Chemeka Downs, who was a passenger in Angel Mathieu's automobile, suffered bodily injuries, pain and suffering, mental anguish, loss of enjoyment of life, medical expenses, loss of earnings and permanent disability, all of which warrant an award in his favor for compensatory damages in an amount sufficient to permit trial by jury.

9.

At all times material hereto, State Farm Fire and Casualty Insurance Company maintained a policy of insurance insuring Angel Mathieu and her vehicle whereunder it obligated itself to compensate operators and occupants of Angel Mathieu's vehicle for damages suffered as the result of the negligence of uninsured or underinsured motorists.

10.

At all times material hereto, Manuel Garrison was underinsured motorist.

WHEREFORE, Angel Mathieu and Chemeka Downs, petitioners, pray that Scottsdale Insurance Company, Southern Ride Trucking, and Manuel Garrison, defendants, be served with this petition, and that after due proceedings there be judgment casting defendants jointly and solidarily liable unto petitioner for compensatory damages, legal interest, all costs and for all general and equitable relief which this Honorable Court is competent to grant.

Respectfully submitted,

**KEATING LAW GROUP**

D. Patrick Keating (#27825)
Simone R. Nugent (#34408)
3528 Holiday Drive, Ste. C
New Orleans, LA 70114
(504) 513-3333 (Phone)
(877) 565-2570 (Fax)
Counsel for Petitioner

**PLEASE SERVE:**

SCOTTSDALE INSURANCE COMPANY
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

AND

State Farm Fire and Casualty Insurance Company
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

AND

TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

MANUEL GARRISON
Via the Louisiana Long Arm Statute
4691 Buck Mountain
Dover, AK 72837