UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY WILLIAMS, MARY WADE & LUCINDA THOMAS | CIVIL ACTION NO. 18-2472<br>c/w 18-6113 |
| VERSUS | JUDGE ZAINEY |
| | MAGISTRATE DOUGLAS |
| IQS INSURANCE RISK RETENTION GROUP, INC., ET AL. | APPLIES TO: ALL CASES |

## NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT**, through undersigned counsel, come Defendants, Southern Refrigerated Transport, Inc. ("SRT"), IQS Insurance Risk Retention Group, Inc. and Eric Darnell Martin, who hereby notifies this Honorable Court that a copy of Exhibit K to Defendants Answer and Affirmative Defenses to Plaintiffs', Judy Williams and Mary Wade Second Supplemental and Amending Petition for Damages will be delivered manually to Judge Jay Zainey's chambers within twenty-four hours.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, APLC**

 */s/ C. Bowman Fetzer, Jr.*
**JAMES A. PRATHER (#20595) (T.A.)**
**C. BOWMAN FETZER, JR. (#34541)**
3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Telephone:  985-674-6680
Facsimile:  985-674-6681
*Counsel for Defendants*, *Southern Refrigerated Transport, Inc, IQS Insurance Risk Retention Group, Inc. and Eric Darnell Martin*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 12th day of February, 2019, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                                           */s/ C. Bowman Fetzer, Jr.*
                                           **C. BOWMAN FETZER, JR.**