# STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT

**TOTAL NUMBER OF VEHICLES INVOLVED:** 2

**DATE OF CRASH:** 06 06 2017
**TIME (0000):** 1230
**DISTRICT/ZONE:** 7C03
**TROOP:** (blank)
**LAT:** 30.01011°
**LONG:** 90.01856°
**PAGE #:** 01

**PARISH:** ORLEANS
**PARISH CODE:** 36
**Quadrant:** (none marked)
**Service Road:** (none marked)

**CITY OR TOWN:** NEW ORLEANS
**CITY CODE:** 1
**File #:** E-06577-17

**CRASH OCCURRED ON:** E (CITY STREET)
**HIGHWAY #:** 0-0
**MILEPOST:** (blank)
**ROADWAY NAME:** CHEF MENTEUR HWY
**DISTANCE:** 0 — AT INTERSECTION
**STREET/HIGHWAY:** DOWNMAN RD — AT INTERSECTION
**DISTANCE:** 0

### CONTRIBUTING FACTORS AND CONDITIONS

- **ROAD SURFACE:** B (WET), A (CONCRETE)
- **ROADWAY CONDITIONS:** A (NO ABNORMALITIES)
- **TYPE OF ROADWAY:** D (TWO-WAY ROAD WITH A PHYSICAL BARRIER)
- **ALIGNMENT:** A (STRAIGHT-LEVEL)
- **PRIMARY FACTOR:** A (VIOLATIONS)
- **SECONDARY FACTOR:** (blank)
- **WEATHER:** C (RAIN)
- **KIND OF LOCATION:** C (BUSINESS, MIXED RESIDENTIAL)
- **RELATION TO ROADWAY:** A (ON ROADWAY)
- **ACCESS CONTROL:** A (NO CONTROL)
- **LIGHTING:** A (DAYLIGHT)

### VEHICLE CONFIGURATION / CARGO BODY TYPE
(Cargo body marked: X – NO CARGO BODY)

### EMERGENCY SERVICES
AMBULANCE SERVICE — FIRE DEPARTMENT

**INVESTIGATING AGENCY:** NEW ORLEANS POLICE DEPARTMENT
**TIME OF NOTIFICATION:** 1330
**TIME OF ARRIVAL:** 1334
**INVESTIGATION COMPLETE Y/N:** X
**INVESTIGATING POLICE AGENCY:** B (CITY)
**DATE REPORT COMPLETED:** 0606
**BADGE #:** 860

**INVESTIGATING OFFICER'S NAME:** SPRIGGINS, DEBRA

Report Printed By (CWILLIAMS) on Tuesday, August 15, 2017
DPSSP 3105 (REV JAN 2005)




EXHIBIT A

# STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
### VEHICLE/PEDESTRIAN

COMPUTER NUMBER: 170606133446073
PAGE #: 02
F-06577-17

**VEH #** 1 OR PEDESTRIAN ☐

| CONF | CARGO BODY TYPE | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|---|---|---|---|---|---|---|---|
| P | B (see page 1 for selections) | 2017 | FREIGHTLINE | TR | 2 | 6 | 18 |

**V.I.N:** 3AKJGLDR9HSHR0869
**VEHICLE TOWED:** B (A YES / B NO / C LEFT AT SCENE)
**REMOVED BY:** 

**LICENSE PLATE:** YEAR 2018, STATE IN, NUMBER 250404, TYPE TRUCK
**GVWR/GCWR:** 80000
**REASON TOWED:** (A VEHICLE DAMAGE / B DRIVER ARRESTED / C INSURANCE VIOLATION / Z OTHER)

**TRAILER DESCRIPTION:** YEAR 2016, MAKE WABA, TYPE SE
**LICENSE PLATE:** STATE TN, NUMBER U61828B

**VEHICLE CLASSIFICATION:** COMMERCIAL/BUSINESS VEHICLE ☒  GOVERNMENT VEHICLE ☐  PERSONAL VEHICLE ☐

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE/BUSINESS, & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.

**US DOT #:** 276010
**CARRIER NAME:** SOUTHERN REFRIGERATED TRANSPORT
**MC/MX ("ICC") #:** 
**STREET ADDRESS:** 8055 N HWY 67
**CITY:** TEXARKANA  **STATE:** AR  **ZIP:** 71854
**INTERSTATE CARRIER Y/N:** X  **TRANSPORTING HAZARDOUS MATERIAL Y/N:** 
**CLASS:** .  **ID#:**   **PLACARDS DISPLAYED Y/N:**   **HAZ MAT RELEASED Y/N:**

**NAME (LAST FIRST MI) OF:** DRIVER ☒  PEDESTRIAN ☐
**ARTIN, , DARNELL E**
**DATE OF BIRTH:** 06291953
**STREET ADDRESS:** 129 LAFAYETTE 86
**TELEPHONE #:** 870-648-2634
**CITY:** BUCKNER  **STATE:** AR  **ZIP:** 71827

| POSI TION | EJEC TION | TRAFF EXSTN CATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|
| C | A | A | B | D | M | B | 63 | E |

**INSTRUCTED TO EXCHANGE INFORMATION?** Y/N X
**NAME OF FACILITY:** 
**TRANSPORTED TO MEDICAL FACILITY:** A YES / B NO / C REFUSED AID / Y UNKNOWN

**STATE:** AR  **CLASS:** A  **ENDORSEMENTS:**   **DRIVER'S LICENSE NUMBER:** 93258381

**PEDESTRIAN ONLY:** UPPER BODY CLOTHING LIGHT/DARK, LOWER BODY CLOTHING LIGHT/DARK, SEX, RACE, AGE, INJURY CODE

**OWNER'S NAME:** SOUTHERN REFRIGERATED TRANSP
**TELEPHONE #:** 870-216-4100
**STREET ADDRESS:** 8055 N HWY 67
**CITY:** TEXARKANA  **STATE:** AR  **ZIP:** 71854

**INSURANCE CO NAME:** IQS INSURANCE RISK RETEN
**POLICY NUMBER:** IQS17SRT02
**EXPIRATION DATE:** 04012018
**AGENT'S NAME/ADDRESS:** MARSH USA INC
**PHONE #:** 866-339-0492

### CODES

| SEATING POSITION | EJECTION | TRAPPED OR EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
|---|---|---|---|---|---|
| A - FRONT SEAT LEFT SIDE (MOTORCYCLE DRIVER)<br>B - FRONT SEAT-MIDDLE<br>C - FRONT SEAT-RIGHT SIDE<br>D - SECOND SEAT LEFT SIDE (MOTORCYCLE PASSENGER)<br>E - SECOND SEAT-MIDDLE<br>F - SECOND SEAT-RIGHT SIDE<br>G - THIRD ROW LEFT SIDE (MOTORCYCLE PASSENGER)<br>H - THIRD ROW-MIDDLE<br>I - THIRD ROW RIGHT SIDE<br>J - SLEEPER SECTION OF CAB (TRUCK)<br>K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>M - PASSENGER ON TRAIN OR STREETCAR<br>N - TRAILING UNIT<br>O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)<br>Y - UNKNOWN | A - NOT EJECTED<br>B - TOTALLY EJECTED<br>C - PARTIALLY EJECTED<br>Y - UNKNOWN | A - NOT TRAPPED<br>B - TRAPPED/EXTRICATED<br>C - TRAPPED/NOT EXTRICATED<br>Y - UNKNOWN | A - DEPLOYED<br>B - NON DEPLOYED<br>C - NON-DEPLOYED/SWITCH OFF<br>D - NOT APPLICABLE<br>Y - UNKNOWN | A - NONE USED-VEHICLE OCCUPANT<br>B - SHOULDER BELT ONLY USED<br>C - LAP BELT ONLY USED<br>D - SHOULDER AND LAP BELT USED<br>E - CHILD SAFETY SEAT IMPROPERLY USED<br>F - CHILD SAFETY SEAT USED<br>G - HELMET USED<br>Y - RESTRAINT USE UNKNOWN | A - FATAL<br>B - INCAPACITATING/SEVERE<br>C - NON-INCAPACITATING/MODERATE<br>D - POSSIBLE/COMPLAINT<br>E - NO INJURY |

Report Printed By (CWILLIAMS) on Tuesday, August 15, 2017
DPSSP 3106 (REV MAR 2005)

WRITE APPROPRIATE LETTER IN BLOCK

## CONTRIBUTING FACTORS AND CONDITIONS

F-06577-17

### VISION OBSCUREMENTS: N

A RAIN SNOW, ETC ON WINDSHIELD
B WINDSHIELD OTHERWISE OBSCURED
C VISION OBSCURED BY LOAD
D TREES BUSHES ETC
E BUILDING
F EMBANKMENT
G SIGN BOARDS
H HILLCREST
I PARKED VEHICLES
J MOVING VEHICLES
K BLINDED BY HEADLIGHTS
L BLINDED BY SUNGLARE
M DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N NO OBSCUREMENTS
Y UNKNOWN
Z OTHER

### VIOLATION: S

A EXCEEDING STATED SPEED LIMIT
B EXCEEDING SAFE SPEED LIMIT
C FAILURE TO YIELD
D FOLLOWING TOO CLOSELY
E DRIVING LEFT OF CENTER
F CUTTING IN IMPROPER PASSING
G FAILURE TO SIGNAL
H MADE WIDE RIGHT TURN
I CUT CORNER ON LEFT TURN
J TURNED FROM WRONG LANE
K OTHER IMPROPER TURNING
L DISREGARDED TRAFFIC CONTROL
M IMPROPER STARTING
N IMPROPER PARKING
O FAILED TO SET OUT FLAGS, FLARES
P FAILED TO DIM HEADLIGHTS
Q VEHICLE CONDITION
R DRIVER CONDITION
S CARELESS OPERATION
T IMPROPER BACKING
U NO VIOLATIONS
Y UNKNOWN
Z OTHER

### TRAFFIC CONTROL: E

A STOP SIGN
B YIELD SIGN
C RED SIGNAL ON
D YELLOW SIGNAL ON
E GREEN SIGNAL ON
F GREEN TURN ARROW ON
G RIGHT TURN ON RED
H LIGHT PHASE UNKNOWN
I FLASHING YELLOW
J FLASHING RED
K OFFICER, FLAGMAN
L RR CROSSING, SIGN
M RR CROSSING SIGNAL
N RR CROSSING, NO CONTROL
O WARNING SIGN (SCHOOL, ETC )
P SCHOOL FLASHING SPEED SIGN
Q YELLOW NO PASSING LINE
R WHITE DASHED LINE
S YELLOW DASHED LINE
T BIKE LANE
U CROSSWALK
V NO CONTROL
Y UNKNOWN
Z OTHER

### CONDITION OF DRIVER/PED: A

A NORMAL
B INATTENTIVE
C DISTRACTED
D ILLNESS
E FATIGUED
F APPARENTLY ASLEEP/BLACKOUT
G DRINKING ALCOHOL IMPAIRED
H DRINKING ALCOHOL - NOT IMPAIRED
I DRUG USE - IMPAIRED
J DRUG USE - NOT IMPAIRED
K PHYSICAL IMPAIRMENT (EYES EAR, LIMB)
Y UNKNOWN
Z OTHER

### DRIVER DISTRACTION: E

A CELL PHONE
B OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE ETC)
C OTHER INSIDE THE VEHICLE
D OTHER OUTSIDE THE VEHICLE
E NOT DISTRACTED
Y UNKNOWN

### REASON FOR MOVEMENT: L

A TO AVOID OTHER VEHICLE
B TO AVOID PEDESTRIAN
C TO AVOID ANIMAL
D TO AVOID OTHER OBJECT
E PASSING
F VEHICLE OUT OF CONTROL, NOT PASSING
G VEHICLE OUT OF CONTROL PASSING
H FOR TRAFFIC CONTROL
I DUE TO CONGESTION
J DUE TO PRIOR CRASH (COLLISION)
K DUE TO DRIVER CONDITION
L DUE TO DRIVER VIOLATION
M DUE TO VEHICLE CONDITION (FAILURE)
N DUE TO PAVEMENT CONDITION
O HIGH WIND
P NORMAL MOVEMENT
Y UNKNOWN
Z OTHER

### PEDESTRIAN ACTIONS

A CROSSING, ENTERING ROAD AT INTERSECTION
B CROSSING, ENTERING ROAD NOT AT INTERSECTION
C WALKING IN ROAD - WITH TRAFFIC
D WALKING IN ROAD - AGAINST TRAFFIC
E SLEEPING IN ROADWAY
F STANDING IN ROADWAY
G GETTING ON OR OFF OTHER VEHICLE
H PUSHING, WORKING ON VEHICLE IN ROAD
I OTHER WORKING IN ROADWAY
J PLAYING IN ROADWAY
K NOT IN ROADWAY
Y UNKNOWN
Z OTHER

### SEQUENCE OF EVENTS/HARMFUL EVENTS

NON COLLISION
A OVERTURN/ROLLOVER
B FIRE/EXPLOSION
C IMMERSION
D JACKKNIFE
E CARGO/EQUIPMENT LOSS OR SHIFT
F FELL/JUMPED FROM MOTOR VEHICLE
G THROWN OR FALLING OBJECT
H EQUIPMENT FAILURE (BLOWN TIRE BRAKE FAILURE ETC)
I SEPARATION OF UNITS IN TRANSPORT
J RAN OFF ROAD RIGHT
K RAN OFF ROAD LEFT
L CROSSED MEDIAN/CENTERLINE
M DOWNHILL RUNAWAY
N OTHER NON-COLLISION

COLLISION WITH PERSON, MOTOR VEHICLE, OR NON- FIXED OBJECT
O PEDESTRIAN
P PEDALCYCLE
Q RAILWAY VEHICLE (TRAIN, ENGINE)
R ANIMAL

S MOTOR VEHICLE IN TRANSPORT
T PARKED MOTOR VEHICLE
U STRUCK BY FALLING SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V WORK ZONE/MAINTENANCE EQUIPMENT
W OTHER NON-FIXED OBJECT

COLLISION WITH FIXED OBJECT
X IMPACT ATTENUATOR/CRASH CUSHION
Y BRIDGE OVERHEAD STRUCTURE
Z BRIDGE PIER OR SUPPORT
AA BRIDGE RAIL
BB CULVERT
CC CURB
DD DITCH
EE EMBANKMENT
FF GUARDRAIL FACE
GG GUARDRAIL END
HH CONCRETE TRAFFIC SUPPORT
II OTHER TRAFFIC BARRIER
JJ TREE (STANDING)
KK UTILITY POLE/LIGHT SUPPORT

LL TRAFFIC SIGN SUPPORT
MM TRAFFIC SIGNAL SUPPORT
NN OTHER POST POLE, OR SUPPORT
OO FENCE
PP MAILBOX
QQ OTHER FIXED OBJECT (WALL, BUILDING TUNNEL, ETC)
YY UNKNOWN

1st: S
2nd:
3rd:
4th:

MOST HARMFUL EVENT

### MOVEMENT PRIOR TO CRASH: H

A STOPPED
B PROCEEDING STRAIGHT AHEAD
C TRAVELING WRONG WAY
D BACKING
E CROSSED MEDIAN INTO OPPOSING LANE
F CROSSED CENTER LINE INTO OPPOSING LANE
G RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H CHANGING LANES ON MULTI-LANE ROAD
I MAKING LEFT TURN
J MAKING RIGHT TURN
K STOPPED PREPARING TO OR MAKING U-TURN
L MAKING TURN, DIRECTION UNKNOWN
M STOPPED PREPARING TO TURN LEFT
N STOPPED, PREPARING TO TURN RIGHT
O SLOWING TO MAKE LEFT TURN
P SLOWING TO MAKE RIGHT TURN
Q SLOWING TO STOP
R PROPERLY PARKED
S PARKING MANEUVER
T ENTERING TRAFFIC FROM SHOULDER
U ENTERING TRAFFIC FROM MEDIAN
V ENTERING TRAFFIC FROM PARKING LANE
W ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X ENTERING FREEWAY FROM ON RAMP
Y LEAVING FREEWAY VIA OFF RAMP
Z OTHER OR UNKNOWN

### VEHICLE CONDITION: K

A DEFECTIVE BRAKES
B DEFECTIVE HEADLIGHTS
C DEFECTIVE REAR LIGHTS
D DEFECTIVE SIGNAL LIGHTS
E ALL LIGHTS OUT
F DEFECTIVE STEERING
G TIRE FAILURE
H WORN OR SMOOTH TIRES
I ENGINE FAILURE
J DEFECTIVE SUSPENSION
K NO DEFECTS OBSERVED
Y UNKNOWN
Z OTHER

### VEHICLE LIGHTING: A

A HEADLIGHTS ON
B HEADLIGHTS OFF
C DAYTIME RUNNING LIGHTS
Y UNKNOWN

### TRAFFIC CONTROL CONDITIONS: A

A CONTROLS FUNCTIONING
B CONTROLS NOT FUNCTIONING
C CONTROLS OBSCURED
D LANE MARKING UNCLEAR OR DEFECTIVE
E NO CONTROLS
Y UNKNOWN

### ALCOHOL/DRUG INVOLVEMENT: A

ALCOHOL/DRUGS SUSPECTED
A NEITHER ALCOHOL NOR DRUGS
B YES-ALCOHOL
C YES-DRUGS
D YES-ALCOHOL AND DRUGS
Y UNKNOWN

ALCOHOL: B
A TEST REFUSED
B NO TEST GIVEN
C TEST GIVEN, RESULTS PENDING
D TEST GIVEN, BAC

0 . 9%

DRUGS: A
A TEST NOT GIVEN
B TEST GIVEN, RESULTS PENDING
C TEST REFUSED
D DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| | DIRECTION BEFORE CRASH | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED EST | POSTED | SKIDMARK DATA (FEET) FR | FL | RR | RL |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | | | | | | | | |
| E | NE SW CHEF | ON ROAD | UNK | UNK | 40 | 0 | 0 | C | 0 |

### DAMAGE TO VEHICLE

AREA DAMAGED: 1ST P

EXTENT OF DEFORMITY: 1ST E
A NONE
B VERY MINOR
C MINOR
D MINOR/MODERATE
E MODERATE
F MODERATE/SEVERE
G SEVERE
H VERY SEVERE
Y UNKNOWN

N- UNDER CARRIAGE
O- TOTAL
P- OTHER
Q- NONE
Y- UNKNOWN

2ND:
3RD:

CITATION NO: J891635  VEH ☒  PED ☐

R S OR ORD NO: 154-383

NOTICE OF INSURANCE VIOLATION ☐

DTS
INVESTIGATING OFFICER S INITIALS

# STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
### VEHICLE/PEDESTRIAN

F-06577-17

**VEH #** 2  OR  **PEDESTRIAN** ☐

| CONF | CARGO BODY TYPE | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|---|---|---|---|---|---|---|---|
| S | X (see page 1 for selections) | 2009 | CHEVROLET | AVALANCHE | 4 | 2 | 4 |

**VIN** 3GNEC22019G268044    **VEHICLE TOWED** B (A YES, B NO, C LEFT AT SCENE)    **REMOVED BY** ____

**LICENSE PLATE** YEAR 2019  STATE LA  NUMBER C304475  TYPE TRUCK    **GVWR/GCWR** 0

**REASON TOWED**: A VEHICLE DAMAGE / B DRIVER ARRESTED / C INSURANCE VIOLATION / Z OTHER

**TRAILER DESCRIPTION**: MAKE NONE

**VEHICLE CLASSIFICATION**: COMMERCIAL/BUSINESS VEHICLE ☐   GOVERNMENT VEHICLE ☐   PERSONAL VEHICLE ☐

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE/BUSINESS, & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.

US DOT # ____   CARRIER NAME ____   MC/MX ("ICC") # ____
STREET ADDRESS ____ CITY ____ STATE ____ ZIP ____
INTERSTATE CARRIER Y/N ____   TRANSPORTING HAZARDOUS MATERIAL Y/N ____   CLASS ____ ID# ____   PLACARDS DISPLAYED Y/N ____   HAZ MAT RELEASED Y/N ____

**NAME (LAST, FIRST, MI) OF** ☒ DRIVER ☐ PEDESTRIAN: THOMAS, LUCINDA, L

**STREET ADDRESS** 107 WESTWOOD DR   **TELEPHONE #** 985-860-4199
**CITY** HOUMA   **STATE** LA   **ZIP** 70363

**DATE OF BIRTH** 12081955

| POSITION | EJECT TION | TRAPPED/EXTRICATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|
| A | A | B | D | F | B | 6 | 1 | E |

**STATE** LA  **CLASS** E  **ENDORSEMENTS** ___  **DRIVER'S LICENSE NUMBER** 004080598

**INSTRUCTED TO EXCHANGE INFORMATION?** Y/N ☒   **NAME OF FACILITY** ____

**TRANSPORTED TO MEDICAL FACILITY**: A YES / B NO / C REFUSED AID / Y UNKNOWN

**PEDESTRIAN ONLY** — UPPER BODY CLOTHING LIGHT ☐ DARK ☐   LOWER BODY CLOTHING LIGHT ☐ DARK ☐   SEX ___ RACE ___ AGE ___ INJURY CODE ___

**OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME)** ☒ Same as Driver: THOMAS, LUCINDA, L   **TELEPHONE #** 985-860-4199
**STREET ADDRESS** 107 WESTWOOD DR
**CITY** HOUMA   **STATE** LA   **ZIP** 70363

**INSURANCE CO NAME** ALLSTATE (NOT AGENCY NAME)   **POLICY NUMBER** 1567442F1618C   **EXPIRATION DATE** 06162017
**AGENT'S NAME/ADDRESS** D BRUE   **PHONE #** 985-851-2584

## CODES

| SEATING POSITION | EJECTION | TRAPPED OR EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
|---|---|---|---|---|---|
| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER)<br>B - FRONT SEAT-MIDDLE<br>C - FRONT SEAT-RIGHT SIDE<br>D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER)<br>E - SECOND SEAT-MIDDLE<br>F - SECOND SEAT RIGHT SIDE<br>G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER)<br>H - THIRD ROW MIDDLE<br>I - THIRD ROW-RIGHT SIDE<br>J - SLEEPER SECTION OF CAB (TRUCK)<br>K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>M - PASSENGER ON TRAIN OR STREETCAR<br>N - TRAILING UNIT<br>O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)<br>Y UNKNOWN | A-NOT EJECTED<br>B-TOTALLY EJECTED<br>C-PARTIALLY EJECTED<br>Y- UNKNOWN | A- NOT TRAPPED<br>B- TRAPPED/EXTRICATED<br>C- TRAPPED/NOT EXTRICATED<br>Y- UNKNOWN | A- DEPLOYED<br>B- NON DEPLOYED<br>C- NON-DEPLOYED/SWITCH OFF<br>D- NOT APPLICABLE<br>Y- UNKNOWN | A- NONE USED-VEHICLE OCCUPANT<br>B- SHOULDER BELT ONLY USED<br>C- LAP BELT ONLY USED<br>D- SHOULDER AND LAP BELT USED<br>E- CHILD SAFETY SEAT IMPROPERLY USED<br>F- CHILD SAFETY SEAT USED<br>G- HELMET USED<br>Y- RESTRAINT USE UNKNOWN | A- FATAL<br>B- INCAPACITATING/SEVERE<br>C- NON-INCAPACITATING/MODERATE<br>D- POSSIBLE/COMPLAINT<br>E- NO INJURY |

Report Printed By (CWILLIAMS) on Tuesday, August 15, 2017
DPSSP 3108 (REV MAR 2005)

## CONTRIBUTING FACTORS AND CONDITIONS   F-06577-17

WRITE APPROPRIATE LETTER IN BLOCK

### VISION OBSCUREMENTS: N
A RAIN, SNOW, ETC ON WINDSHIELD
B WINDSHIELD OTHERWISE OBSCURED
C VISION OBSCURED BY LOAD
D TREES BUSHES ETC
E BUILDING
F EMBANKMENT
G SIGN BOARDS
H HILLCREST
I PARKED VEHICLES
J MOVING VEHICLES
K BLINDED BY HEADLIGHTS
L BLINDED BY SUNGLARE
M DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N NO OBSCUREMENTS
Y UNKNOWN
Z OTHER

### VIOLATION: U
A EXCEEDING STATED SPEED LIMIT
B EXCEEDING SAFE SPEED LIMIT
C FAILURE TO YIELD
D FOLLOWING TOO CLOSELY
E DRIVING LEFT OF CENTER
F CUTTING IN IMPROPER PASSING
G FAILURE TO SIGNAL
H MADE WIDE RIGHT TURN
I CUT CORNER ON LEFT TURN
J TURNED FROM WRONG LANE
K OTHER IMPROPER TURNING
L DISREGARDED TRAFFIC CONTROL
M IMPROPER STARTING
N IMPROPER PARKING
O FAILED TO SET OUT FLAGS FLARES
P FAILED TO DIM HEADLIGHTS
Q VEHICLE CONDITION
R DRIVER CONDITION
S CARELESS OPERATION
T IMPROPER BACKING
U NO VIOLATIONS
Y UNKNOWN
Z OTHER

### TRAFFIC CONTROL: E
A STOP SIGN
B YIELD SIGN
C RED SIGNAL ON
D YELLOW SIGNAL ON
E GREEN SIGNAL ON
F GREEN TURN ARROW ON
G RIGHT TURN ON RED
H LIGHT PHASE UNKNOWN
I FLASHING YELLOW
J FLASHING RED
K OFFICER, FLAGMAN
L RR CROSSING, SIGN
M RR CROSSING, SIGNAL
N RR CROSSING NO CONTROL
O WARNING SIGN (SCHOOL, ETC )
P SCHOOL FLASHING SPEED SIGN
Q YELLOW NO PASSING LINE
R WHITE DASHED LINE
S YELLOW DASHED LINE
T BIKE LANE
U CROSSWALK
V NO CONTROL
Y UNKNOWN
Z OTHER

### CONDITION OF DRIVER/PED: A
A NORMAL
B INATTENTIVE
C DISTRACTED
D ILLNESS
E FATIGUED
F APPARENTLY ASLEEP/BLACKOUT
G DRINKING ALCOHOL - IMPAIRED
H DRINKING ALCOHOL - NOT IMPAIRED
I DRUG USE  IMPAIRED
J DRUG USE - NOT IMPAIRED
K PHYSICAL IMPAIRMENT (EYES EAR LIMB)
Y UNKNOWN
Z OTHER

### DRIVER DISTRACTION: E
A CELL PHONE
B OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC)
C OTHER INSIDE THE VEHICLE
D OTHER OUTSIDE THE VEHICLE
E NOT DISTRACTED
Y UNKNOWN

### REASON FOR MOVEMENT: P
A TO AVOID OTHER VEHICLE
B TO AVOID PEDESTRIAN
C TO AVOID ANIMAL
D TO AVOID OTHER OBJECT
E PASSING
F VEHICLE OUT OF CONTROL, NOT PASSING
G VEHICLE OUT OF CONTROL, PASSING
H FOR TRAFFIC CONTROL
I DUE TO CONGESTION
J DUE TO PRIOR CRASH (COLLISION)
K DUE TO DRIVER CONDITION
L DUE TO DRIVER VIOLATION
M DUE TO VEHICLE CONDITION (FAILURE)
N DUE TO PAVEMENT CONDITION
O HIGH WIND
P NORMAL MOVEMENT
Y UNKNOWN
Z OTHER

### PEDESTRIAN ACTIONS:
A CROSSING, ENTERING ROAD AT INTERSECTION
B CROSSING, ENTERING ROAD NOT AT INTERSECTION
C WALKING IN ROAD – WITH TRAFFIC
D WALKING IN ROAD – AGAINST TRAFFIC
E SLEEPING IN ROADWAY
F STANDING IN ROADWAY
G GETTING ON OR OFF OTHER VEHICLE
H PUSHING, WORKING ON VEHICLE IN ROAD
I OTHER WORKING IN ROADWAY
J PLAYING IN ROADWAY
K NOT IN ROADWAY
Y UNKNOWN
Z OTHER

### SEQUENCE OF EVENTS/HARMFUL EVENTS

NON COLLISION
A OVERTURN/ROLLOVER
B FIRE/EXPLOSION
C IMMERSION
D JACKKNIFE
E CARGO/EQUIPMENT LOSS OR SHIFT
F FELL/JUMPED FROM MOTOR VEHICLE
G THROWN OR FALLING OBJECT
H EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE ETC)
I SEPARATION OF UNITS IN TRANSPORT
J RAN OFF ROAD RIGHT
K RAN OFF ROAD LEFT
L CROSSED MEDIAN/CENTERLINE
M DOWNHILL RUNAWAY
N OTHER NON-COLLISION

COLLISION WITH PERSON, MOTOR VEHICLE, OR NON- FIXED OBJECT
O PEDESTRIAN
P PEDALCYCLE
Q RAILWAY VEHICLE (TRAIN ENGINE)
R ANIMAL

S MOTOR VEHICLE IN TRANSPORT
T PARKED MOTOR VEHICLE
U STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V WORK ZONE/MAINTENANCE EQUIPMENT
W OTHER NON-FIXED OBJECT

COLLISION WITH FIXED OBJECT
X IMPACT ATTENUATOR/CRASH CUSHION
Y BRIDGE OVERHEAD STRUCTURE
Z BRIDGE PIER OR SUPPORT
AA BRIDGE RAIL
BB CULVERT
CC CURB
DD DITCH
EE EMBANKMENT
FF GUARDRAIL FACE
GG GUARDRAIL END
HH CONCRETE TRAFFIC SUPPORT
II OTHER TRAFFIC BARRIER
JJ TREE (STANDING)
KK UTILITY POLE/LIGHT SUPPORT

LL TRAFFIC SIGN SUPPORT
MM TRAFFIC SIGNAL SUPPORT
NN OTHER POST POLE, OR SUPPORT
OO FENCE
PP MAILBOX
QQ OTHER FIXED OBJECT (WALL, BUILDING TUNNEL, ETC)
YY UNKNOWN

1st: S
2nd:
3rd:
4th:

MOST HARMFUL EVENT:

### MOVEMENT PRIOR TO CRASH: B
A STOPPED
B PROCEEDING STRAIGHT AHEAD
C TRAVELING WRONG WAY
D BACKING
E CROSSED MEDIAN INTO OPPOSING LANE
F CROSSED CENTER LINE INTO OPPOSING LANE
G RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H CHANGING LANES ON MULTI-LANE ROAD
I MAKING LEFT TURN
J MAKING RIGHT TURN
K STOPPED PREPARING TO, OR MAKING U-TURN
L MAKING TURN, DIRECTION UNKNOWN
M STOPPED, PREPARING TO TURN LEFT
N STOPPED PREPARING TO TURN RIGHT
O SLOWING TO MAKE LEFT TURN
P SLOWING TO MAKE RIGHT TURN
Q SLOWING TO STOP
R PROPERLY PARKED
S PARKING MANEUVER
T ENTERING TRAFFIC FROM SHOULDER
U ENTERING TRAFFIC FROM MEDIAN
V ENTERING TRAFFIC FROM PARKING LANE
W ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X ENTERING FREEWAY FROM ON RAMP
Y LEAVING FREEWAY VIA OFF RAMP
Z OTHER OR UNKNOWN

### VEHICLE CONDITION: K
A DEFECTIVE BRAKES
B DEFECTIVE HEADLIGHTS
C DEFECTIVE REAR LIGHTS
D DEFECTIVE SIGNAL LIGHTS
E ALL LIGHTS OUT
F DEFECTIVE STEERING
G TIRE FAILURE
H WORN OR SMOOTH TIRES
I ENGINE FAILURE
J DEFECTIVE SUSPENSION
K NO DEFECTS OBSERVED
Y UNKNOWN
Z OTHER

### VEHICLE LIGHTING: A
A HEADLIGHTS ON
B HEADLIGHTS OFF
C DAYTIME RUNNING LIGHTS
Y UNKNOWN

### TRAFFIC CONTROL CONDITIONS: A
A CONTROLS FUNCTIONING
B CONTROLS NOT FUNCTIONING
C CONTROLS OBSCURED
D LANE MARKING UNCLEAR OR DEFECTIVE
E NO CONTROLS
Y UNKNOWN

### ALCOHOL/DRUG INVOLVEMENT: A
ALCOHOL/DRUGS SUSPECTED
A NEITHER ALCOHOL NOR DRUGS
B YES-ALCOHOL
C YES-DRUGS
D YES-ALCOHOL AND DRUGS
Y UNKNOWN

ALCOHOL: B
A TEST REFUSED
B NO TEST GIVEN
C TEST GIVEN, RESULTS PENDING
D TEST GIVEN, BAC: 0 . %

DRUGS: A
A TEST NOT GIVEN
B TEST GIVEN RESULTS PENDING
C TEST REFUSED
D DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| DIRECTION BEFORE CRASH | | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED EST | SPEED POSTED | SKIDMARK DATA (FEET) FR | FL | RR | RL |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | | | | | | | | |
| E / N E S W | CHEF MENTEUR | ON ROAD | UNK | UNK | 40 | 0 | 0 | 0 | 0 |

### DAMAGE TO VEHICLE

AREA DAMAGED:
1ST: C
2ND: B
3RD:

(diagram labels: A B C D E F G H J K L M N-UNDER-CARRIAGE O-TOTAL P-OTHER Q-NONE Y-UNKNOWN)

EXTENT OF DEFORMITY:
1ST: G
2ND: G
3RD:
A- NONE
B VERY MINOR
C MINOR
D MINOR/MODERATE
E MODERATE
F MODERATE/SEVERE
G SEVERE
H-VERY SEVERE
Y-UNKNOWN

CITATION NO / VEH / PED
_____ ☐ ☐
_____ ☐ ☐
_____ ☐ ☐
_____ ☐ ☐
_____ ☐ ☐

RS OR ORD NO

NOTICE OF INSURANCE VIOLATION ☐

DTS
INVESTIGATING OFFICER'S INITIALS

1706061334 6073

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
ADDITIONAL OCCUPANT SUPPLEMENT

COMPUTER NUMBER

PAGE # 06

F-06577-17

| VEH # | OCCUPANT'S NAME (LAST, FIRST, MI) | POSITION | EJECTION | TRAP/EXTRICATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | WADE, MARY | C | A | A | B | D | F | B | 52 | E |
| 2 | WILLIAMS, JUDY | F | A | A | B | D | F | B | 57 | E |
| 2 | YOUNG, DASHONTAE | D | A | A | B | D | F | B | 22 | E |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Occupant 1:** STREET ADDRESS 209 ST MALO STREET; CITY HOUMA; STATE LA; ZIP 70363; TRANSPORTED TO MEDICAL FACILITY (A YES, B NO, C REFUSED AID, Y UNKNOWN): B; NAME OF FACILITY:

**Occupant 2:** STREET ADDRESS 902 SAADI STREET; CITY HOUMA; STATE LA; ZIP 70363; TRANSPORTED TO MEDICAL FACILITY (A YES, B NO, C REFUSED AID, Y UNKNOWN): B; NAME OF FACILITY:

**Occupant 3:** STREET ADDRESS 129 KING STREET; CITY HOUMA; STATE LA; ZIP 70363; TRANSPORTED TO MEDICAL FACILITY (A YES, B NO, C REFUSED AID, Y UNKNOWN): ; NAME OF FACILITY:

**Occupants 4–8:** STREET ADDRESS; CITY; STATE; ZIP; TRANSPORTED TO MEDICAL FACILITY (A YES, B NO, C REFUSED AID, Y UNKNOWN); NAME OF FACILITY — blank

DPSSP 3108

INVESTIGATING OFFICER'S INITIALS DTS

Report Printed By (CWILLIAMS) on Tuesday, August 15, 2017

**OFFICER'S NARRATIVE** DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS
INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC
IF NECESSARY, INDICATE DAMAGE TO PUBLIC OR PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE

PAGE # 07

REFER TO EACH BY VEHICLE NUMBER    F-06577-17

UPON ARRIVAL TO THE SCENE, VEHICLE 1 AND 2 HAD PULLED TO THE SIDE OF THE ROAD NEAR CHEF MENTEUR HWY(EAST) AND STEMWAY(SOUTH)  VEHICLE 1 HAD MINOR/MODERATE DAMAGE TO ITS LEFT REAR TRAILER BOX  VEHICLE 2 HAD SEVERE DAMAGE TO ITS RIGHT FRONT QUARTER PANEL AND OCCUPIED WITH 3 PASSENGERS

DRIVER 1  WHO DID NOT GIVE A WRITTEN STATEMENT, STATED HE ENTERED CHEF MENTEUR HWY(EAST) FROM THE SIDE OF THE DANZINGER BRIDGE WHEN DRIVER 1 STRUCK VEHICLE 2  DRIVER 1 STATED HE WAS UNAWARE HE STRUCK VEHICLE 2 UNTIL HE WAS FLAGGED DOWN BY A PASSING MOTORIST  DRIVER 1 MERGED INTO THE RIGHT LANE AND STRUCK VEHICLE 2, WHO WAS DRIVING IN THE RIGHT LANE, ON ITS RIGHT FRONT QUARTER PANEL

DRIVER 2, WHO DID NOT GIVE A WRITTEN STATEMENT, STATED SHE WAS DRIVING EAST, IN THE RIGHT LANE ON CHEF MENTEUR HWY WHEN SHE WAS STRUCK BY VEHICLE 1  DRIVER 2 STATED AS SHE APPROACHED DOWNMAN RD, VEHICLE 1 MERGED INTO THE RIGHT LANE FROM THE SIDE OF THE DANZINGER BRIDGE STRIKING VEHICLE 2 ON ITS RIGHT FRONT QUARTER PANEL.  DRIVER 2 STATED DRIVER 1 JETTED INTO THE RIGHT LANE FROM THE SIDE OF THE BRIDGE, AS THOUGH HE WAS MAKING A LEFT TURN  DRIVER 2 STATED SHE HAD LITTLE TIME TO REACT AND STRUCK THE LEFT REAR TIRES ON VEHICLE 1

AS A NOTE, DRIVER 1 TRIED TO GET SEVERAL PEOPLE TO SAY DRIVER 2 WAS AT FAULT  ERIC JOHNSON (504)226-5938 ADVISED OFFICER SPRIGGINS THAT DRIVER 1 WENT AS FAR AS OFFERING FROZEN CHICKEN TO BE A WITNESS IN DRIVER 1 FAVOR  A FEW SECONDS LATER, THE MOTORIST WHO INFORMED DRIVER 1 HE STRUCK VEHICLE 2 RETURNED TO THE SCENE AND ADVISED OFFICER SPRIGGINS OF THE SAME SITUATION  THE PASSING MOTORIST STATED HE SAW VEHICLE 1 JUMP INTO THE RIGHT LANE FROM THE SIDE OF THE BRIDGE AND STRIKE VEHICLE 2  THE MOTORIST WAS DRIVING BEHIND VEHICLE 2 IN THE CENTER LANE AND STATED THE CAB OF VEHICLE 1 WAS MERGING ONTO CHEF HWY WHEN THE BED OF VEHICLE 1 WAS STILL ON THE SIDE OF THE BRIDGE  THE PASSING MOTORIST DID NOT WANT TO GIVE HIS NAME



Report Printed By    (CWILLIAMS) on Tuesday, August 15, 2017

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**NARRATIVE SUPPLEMENT**

COMPUTER NUMBER  PAGE #  08

F-06577-17

**OFFICER'S NARRATIVE** DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC

IF NECESSARY, INDICATE DAMAGE TO PUBLIC OR PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE

**REFER TO EACH BY VEHICLE NUMBER**

NO INJURIES AT THIS TIME

DRIVER 1 AT FAULT, CITED***CARELESS OPERATION(154-383)***

ANY OTHER INFORMATION WILL BE SUBMITTED IN A SUPPLEMENTAL

BODY WORN CAMERA AND IN CAR CAMERA USED IN THIS INVESTIGATION

INVESTIGATING OFFICER'S INITIALS DTS

DPSSP 3110

Report Printed By (CWILLIAMS) on Tuesday, August 15, 2017