```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   JUDY WILLIAMS, ET AL        CIVIL ACTION NO.

 5                               18-2472 c/w 18-6113

 6          VERSUS               SECTION:   A/3

 7                               MAGISTRATE:   DEK

 8   IQS INSURANCE RISK

 9   RETENTION GROUP, INC.,

10   SOUTHERN REFRIGERATED

11   TRANSPORT, INC. AND

12   DARNELL ARTIN

13

14

15

16

17        VIDEOTAPED DEPOSITION OF LUCINDA LAGARDE

18   THOMAS, 107 WESTWOOD DRIVE, HOUMA, LOUISIANA

19   70363, taken at the NUGENT KEATING PERSONAL

20   INJURY LAW FIRM, 3300 CANAL STREET, SUITE 100,

21   NEW ORLEANS, LOUISIANA 70119, in the

22   above-entitled cause on the 13th day of

23   September, 2018.

24

25
```

EXHIBIT C

```
 1   APPEARANCES:
 2       NUGENT KEATING PERSONAL INJURY LAW FIRM
 3       BY:  SIMONE R. NUGENT, ESQ.
 4       3300 CANAL STREET
 5       SUITE 100
 6       NEW ORLEANS, LOUISIANA 70119
 7       (504) 513-3333
 8       simone@keatinglawgroup.legal
 9            ATTORNEY REPRESENTING PLAINTIFFS
10
11       GALLOWAY, JOHNSON, TOMPKINS, BURR &
12       SMITH, APLC
13       BY:  JAMES A. PRATHER, ESQ.
14       THREE SANCTUARY BOULEVARD
15       SUITE 301
16       MANDEVILLE, LOUISIANA 70471
17       (985) 674-6680
18       jprather@gallowaylawfirm.com
19            ATTORNEY REPRESENTING DEFENDANTS,
20               IQS INSURANCE RISK RETENTION
21                  GROUP, INC., AND SOUTHERN
22                  REFRIGERATED TRANSPORT, INC.
23
24   ALSO PRESENT:  RICK REINOEHL
25                  TIM OLIVER
```

```
 1   APPEARANCES:  (Continued)
 2
 3   ALSO PRESENT:  WILLIAM MYERS, VIDEOGRAPHER
 4                  MARY WADE
 5                  JUDY WILLIAMS
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    I N D E X
 2                                        PAGE:
 3        Caption                          1
 4        Appearances                      2
 5        Agreement of Counsel             5
 6        Reporter's Certificate           146
 7
 8
 9                 E X A M I N A T I O N
10        BY:                              PAGE:
11
12        Mr. Prather                      7, 143
13        Ms. Nugent                       138
14
15
16                   E X H I B I T S
17        NO.            DESCRIPTION       PAGE:
18        Exhibit T-1    Photograph        83
19        Exhibit T-2    Photograph        85
20
21
22
23   REPORTED BY:
24        ANNA M. ROTH, RPR, CCR
25        CERTIFIED COURT REPORTER
```

```
 1                  S T I P U L A T I O N
 2
 3          IT IS HEREBY STIPULATED AND AGREED by and
 4     between counsel for the parties hereto that the
 5     videotaped deposition of the aforementioned
 6     witness is hereby being taken under the Federal
 7     Rules of Civil Procedure, for trial purposes, in
 8     accordance with law;
 9          That the formalities of sealing,
10     certification, and filing are specifically
11     waived;
12          That the formality of reading and signing
13     is specifically waived;
14          That all objections, save those as to form
15     of the question and the responsiveness of the
16     answer, are hereby reserved until such time as
17     this deposition, or any part thereof, may be used
18     or sought to be used in evidence.
19
20                    *    *    *    *
21
22          ANNA M. ROTH, Certified Court Reporter, in
23     and for the Parish of St. Tammany, State of
24     Louisiana, officiated in administering the oath
25     to the witness.
```

```
 1          VIDEOGRAPHER:
 2              This is the videotaped deposition of
 3          Lucinda Thomas.  This deposition is being
 4          held at 3300 Canal Street, Suite 100, New
 5          Orleans, Louisiana 70119, on
 6          September 13th, 2018, at the time on the
 7          video screen, which is 9:18 a.m.
 8              My name is William Myers with Serpas
 9          Reporting.  The court reporter is Anna
10          Roth with Serpas Reporting.
11              Would counsel please introduce
12          themselves.
13          MR. PRATHER:
14              James Prather on behalf of IQS
15          Insurance Risk Retention Group and
16          Southern Refrigerated.
17          MS. NUGENT:
18              Simone Nugent on behalf of Mary
19          Wade, Judy Williams, and Lucinda Thomas.
20          VIDEOGRAPHER:
21              Would the court reporter please
22          swear in the witness.
23       LUCINDA LAGARDE THOMAS,
24  107 WESTWOOD DRIVE, HOUMA, LOUISIANA 70363, after
25  having first been duly sworn by the
```

```
 1          Q.    Sprint?
 2          A.    -- Sprint.
 3          Q.    There you go.  All right.  Did you
 4   keep your same number?
 5          A.    Yes.
 6          Q.    Good for you.  And what is that
 7   number?
 8          A.    (985) 860-4199.
 9          Q.    Got you.  All right.  When did you
10   switch to Sprint?
11          A.    Probably six months ago.
12          Q.    Okay.  Just a better deal?
13          A.    Uh-huh (affirmatively).
14          Q.    Okay.  Okay.  Did you call anybody
15   from the scene on your cell phone?
16          A.    Yeah.
17          Q.    Who did you call?
18          A.    I called my husband.
19          Q.    You called Anthony?  Was it Anthony?
20          A.    Anthony.
21          Q.    Yeah. All right.  He was at work at
22   the time or at home at the time?
23          A.    He was at work.
24          Q.    All right.  So you called --
25          A.    Well, I guess he was there.  I
```

```
 1    called his cell phone.
 2         Q.    You called his cell phone?
 3         A.    Uh-huh (affirmatively).
 4         Q.    What's his cell phone number?
 5         A.    709-2419.
 6         Q.    Area code 985.
 7         A.    Uh-huh (affirmatively).
 8         Q.    Okay.  So, anyway, you called old
 9    Anthony and told him you'd been in an accident,
10    right?
11         A.    Uh-huh (affirmatively).
12         Q.    All right.  Did you tell him you
13    were -- you know, did you put him at ease that
14    nobody was severely injured and that sort of
15    thing?  I mean, in other words, he didn't freak
16    out and start running to New Orleans, did he?
17         A.    Oh, no.  I just told him I had been
18    in an accident.
19         Q.    All right.  Did you call anybody
20    else on your cell phone from the scene of the
21    accident?
22         A.    My cousin.  I remember calling him
23    because he lives here, and I told him he may have
24    to come get us; so --
25         Q.    Oh, right.  He lives in the East?
```

```
 1      A.    Uh-huh (affirmatively).
 2      Q.    And that was cousin who?
 3      A.    Cleveland.
 4      Q.    Cleveland?
 5      A.    Uh-huh (affirmatively).
 6      Q.    What's Cleveland's last name?
 7      A.    Mitchell.
 8      Q.    What does Cleveland Mitchell do?
 9      A.    He's a retired veteran.
10      Q.    From the armed services?
11      A.    Uh-huh (affirmatively).
12      Q.    Okay.  Did he come to the scene?
13      A.    No, he didn't come.
14      Q.    All right.  What did you tell him?
15  "I'll call you back if I need you," or what?
16      A.    Yeah.  Well, he asked if we were
17  okay and just call him back if we needed him to
18  come.
19      Q.    Okay.  And he never did come to the
20  scene, did he?
21      A.    No.
22      Q.    All right.  I'm not going to ask you
23  to give me his number because you probably have
24  to look it up, but do you know how to get in
25  touch with Cleveland if you need to?
```

```
 1          A.    Yes.
 2          Q.    Okay.  All right.  Did you call
 3    anybody else besides Cleveland and Anthony?
 4          A.    Not that I can remember.
 5          Q.    Okay.  Did anybody else in your
 6    party, in your car, call anybody that you know
 7    of?  Like did your granddaughter call anybody?
 8    Did either of the other two ladies call anybody?
 9          A.    I don't know.
10          Q.    Okay.  You didn't hear them on the
11    phone or anything like that?
12          A.    No.
13          Q.    Okay.  All right.  Were you able to
14    get -- I guess you were -- get out of your
15    vehicle after you parked it, put it in "park"?
16          A.    Yeah, I got out.
17          Q.    Did everybody get out?
18          A.    I can't remember.  I know I got out.
19          Q.    Okay.  And I do know that the
20    police, NOPD, came, and I know that they
21    interviewed the truck driver because I've seen
22    it.  But what I'm interested in is how far away
23    y'all were from where when the truck was at rest
24    talking to the police.  Were you like 10 feet
25    away, or were you two blocks away, or how close
```