

# RESPONSE COVER SHEET

11760 US HIGHWAY 1
SUITE 600
NORTH PALM BEACH, FL 33408-3029
Phone (800) 635-6840 Facsimile (888) 938-4715

**To:** ATTY C BOWMAN FETZER JR, ESQ
GALLOWAY, JOHHNSON, TOMPKINS,
BURR & SMITH 70471
3 SANCTUARY BLVD
3RD FLR
MANDEVILLE LA 70471

**File Code:** 2654796

**From:** KCS

**Phone Number:** (985) 674-6680
**Fax Number:** 1(985) 674-6681
**Case Number:** 18-2472 C/W 18-6113
**Case Name:** WILLIAMS, ET AL. V. IQS INSURANCE RISK RETENTIONS GROUP, INC., ET AL.

**Request Dated:** 1/24/2019
**Received On:** 1/25/2019

**Number of Pages:**
**Date:** 2/13/2019

**After conducting a thorough search of all identifiers listed in the legal demand, all available information responsi to this demand is enclosed.**

**We are unable to produce copies of invoices for specific time periods that include the month, day and year. copies of invoices are needed, please send a valid legal demand requesting only the month(s) and year(s) of t invoices needed or request an invoice(s) that encompasses a specific date range.**

**CONFIDENTIALITY NOTICE**

This cover sheet, and any document which may accompany it, contains information from the Global Legal Demand Center which is intended for use only by

2654796
80
MB
52x speed
1x - 52x compatible
product-support-staples.com

01/29/2019

AT&T has queried for records from 01/02/2017 12:00:00am to 01/24/2019 11:59:59pm
AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 01/29/2019
Run Time: 23:01:47
Voice Usage For: (985)860-4199

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| :1604 | 06/06/17 | 14:38:19 | 0:11 | 0:39 | 19859914119 | 19858604199 | | | ST | [] |
| :1605 | 06/06/17 | 14:40:58 | 0:03 | 0:42 | 19859914119<br>01119858604199(D) | 19858604199 | | | SO | [] |
| :1606 | 06/06/17 | 14:40:58 | 0:03 | 0:43 | 19859914119 | 19858604199 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MT | [NIOP] |
| :1607 | 06/06/17 | 14:40:59 | 0:09 | 0:42 | 19859914119 | 19858604199 | | | ST | [] |
| :1608 | 06/06/17 | 15:18:10 | 0:31 | 0:14 | 19858604199 | 19859914119 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MO | [NIOR] |
| :1609 | 06/06/17 | 15:23:21 | 0:04 | 1:00 | 19859914119<br>01119858604199(D) | 19858604199 | | | SO | [] |
| :1610 | 06/06/17 | 15:23:21 | 0:04 | 1:00 | 19859914119 | 19858604199 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MT | [NIOP] |
| :1611 | 06/06/17 | 15:23:21 | 0:09 | 0:59 | 19859914119 | 19858604199 | | | ST | [] |
| :1612 | 06/06/17 | 15:28:11 | 0:06 | 0:49 | 19859914119<br>01119858604199(D) | 19858604199 | | | SO | [] |
| :1613 | 06/06/17 | 15:28:11 | 0:06 | 0:49 | 19859914119 | 19858604199 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MT | [NIOP] |
| :1614 | 06/06/17 | 15:28:12 | 0:12 | 0:49 | 19859914119 | 19858604199 | | | ST | [] |
| :1615 | 06/06/17 | 15:29:13 | 0:05 | 4:31 | 19859914119<br>01119858604199(D) | 19858604199 | | | SO | [] |
| :1616 | 06/06/17 | 15:29:13 | 0:05 | 4:31 | 19859914119 | 19858604199 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MT | [NIOP] |
| :1617 | 06/06/17 | 15:29:14 | 0:11 | 4:31 | 19859914119 | 19858604199 | | | ST | [] |
| :1618 | 06/06/17 | 15:36:12 | 0:04 | 6:44 | 19859914119<br>01119858604199(D) | 19858604199 | | | SO | [] |
| :1619 | 06/06/17 | 15:36:12 | 0:04 | 6:44 | 19859914119 | 19858604199 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MT | [NIOP] |
| :1620 | 06/06/17 | 15:36:13 | 0:10 | 6:43 | 19859914119 | 19858604199 | | | ST | [] |
| :1621 | 06/06/17 | 15:39:31 | 0:00 | 0:33 | 19858511101<br>19857739988(F) | 19858604199 | | 310410935635903 | MT | [NIOP:CFNA:CMW:VM] |
| :1622 | 06/06/17 | 15:39:31 | 0:00 | 0:34 | 19858511101<br>01119858604199(D) | 19858604199 | | | SO | [] |
| :1623 | 06/06/17 | 15:39:31 | 0:01 | 0:34 | 19858604199<br>19857739988(F) | 19857739988 | | 310410935635903 | MO | [CFNA:VM] |
| :1624 | 06/06/17 | 15:39:32 | 0:25 | 0:33 | 19858511101 | 19858604199 | | | ST | [] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

01/29/2019

AT&T has queried for records from 01/02/2017 12:00:00am to 01/24/2019 11:59:59pm. AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

**Run Date:** 01/29/2019
**Run Time:** 23:01:47
**Voice Usage For:** (985)860-4199

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| :1625 | 06/06/17 | 17:30:21 | 0:03 | 5:20 | 19858604199 911(D) | 15046713600 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MO | [] |
| :1626 | 06/06/17 | 17:36:02 | 0:00 | 0:00 | 19859914119 | 19858604199 | | | ST | [] |
| :1627 | 06/06/17 | 17:37:26 | 0:07 | 3:22 | 19858604199 01119859914119(D) | 19859914119 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MO | [NIOR] |
| :1628 | 06/06/17 | 17:47:45 | 0:00 | 0:05 | 19858604199 19857739988(F) | 19857739988 | | 310410935635903 | MO | [CFB:VM] |
| :1629 | 06/06/17 | 17:47:45 | 0:07 | 0:05 | 19857207874 01119858604199(D) | 19858604199 | | | SO | [] |
| :1630 | 06/06/17 | 17:47:46 | 0:13 | 0:04 | 19857207874 | 19858604199 | | | ST | [] |
| :1631 | 06/06/17 | 17:47:46 | 0:08 | 0:04 | 19857207874 19857739988(F) | 19858604199 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MT | [NIOP:CFB:VM] |
| :1632 | 06/06/17 | 17:48:41 | 0:11 | 2:18 | 19858604199 01119859914119(D) | 19859914119 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MO | [NIOR] |
| :1633 | 06/06/17 | 17:50:01 | 0:00 | 0:07 | 19852262379 19857739988(F) | 19858604199 | | 310410935635903 | MT | [NIOP:CFB:CMW:VM] |
| :1634 | 06/06/17 | 17:50:01 | 0:00 | 0:07 | 19852262379 01119858604199(D) | 19858604199 | | | SO | [] |
| :1635 | 06/06/17 | 17:50:01 | 0:00 | 0:07 | 19858604199 19857739988(F) | 19857739988 | | 310410935635903 | MO | [CFB:VM] |
| :1636 | 06/06/17 | 17:50:01 | 0:16 | 0:07 | 19852262379 | 19858604199 | | | MO | [NIOR] |
| :1637 | 06/06/17 | 17:50:02 | 0:17 | 0:06 | 19852262379 | 19858604199 | | | ST | [] |
| :1638 | 06/06/17 | 17:53:03 | 0:10 | 1:05 | 15046713602 | 19858604199 | | | ST | [] |
| :1639 | 06/06/17 | 17:53:03 | 0:05 | 1:06 | 15046713602 01119858604199(D) | 19858604199 | | | SO | [] |
| :1640 | 06/06/17 | 17:53:03 | 0:05 | 1:06 | 15046713602 | 19858604199 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MT | [NIOP] |
| :1641 | 06/06/17 | 18:05:22 | 0:01 | 0:08 | 19858604199 | 15046713602 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MO | [NIOR] |
| :1642 | 06/06/17 | 18:06:12 | 0:27 | 0:04 | 19858604199 | 15047236443 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MO | [NIOR] |
| :1643 | 06/06/17 | 18:06:47 | 0:11 | 3:24 | 15047236443 01119858604199(D) | 19858604199 | | | SO | [] |

kcs

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

Page 1087

01/29/2019

AT&T has queried for records from 01/02/2017 12:00:00am to 01/24/2019 11:59:59pm
AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 01/29/2019
Run Time: 23:01:47
Voice Usage For: (985)860-4199

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| :1644 | 06/06/17 | 18:06:47 | 0:11 | 3:24 | 15047236443 | 19858604199 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MT | [NIOP] |
| :1645 | 06/06/17 | 18:06:48 | 0:17 | 3:24 | 15047236443 | 19858604199 | | | ST | [] |
| :1646 | 06/06/17 | 18:43:25 | 0:06 | 2:04 | 15047236443 01119858604199(D) | 19858604199 | | | SO | [] |
| :1647 | 06/06/17 | 18:43:26 | 0:12 | 2:04 | 15047236443 | 19858604199 | | | ST | [] |
| :1648 | 06/06/17 | 18:43:26 | 0:07 | 2:04 | 15047236443 | 19858604199 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MT | [NIOP] |
| :1649 | 06/06/17 | 18:52:17 | 0:30 | 0:11 | 19858604199 | 15047236443 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MO | [NIOR] |
| :1650 | 06/06/17 | 18:57:10 | 0:10 | 1:03 | 15047236443 | 19858604199 | | | ST | [] |
| :1651 | 06/06/17 | 18:57:10 | 0:05 | 1:03 | 15047236443 01119858604199(D) | 19858604199 | | | SO | [] |
| :1652 | 06/06/17 | 18:57:10 | 0:05 | 1:03 | 15047236443 | 19858604199 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MT | [NIOP] |
| :1653 | 06/06/17 | 19:00:50 | 0:28 | 0:00 | 19858604199 01119859914119(D) | 19859914119 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MO | [NIOR] |
| :1654 | 06/06/17 | 19:02:23 | 0:02 | 2:34 | 19859914119 01119858604199(D) | 19858604199 | | | SO | [] |
| :1655 | 06/06/17 | 19:02:23 | 0:02 | 2:34 | 19859914119 | 19858604199 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MT | [NIOP] |
| :1656 | 06/06/17 | 19:02:24 | 0:07 | 2:34 | 19859914119 | 19858604199 | | | ST | [] |
| :1657 | 06/06/17 | 19:05:50 | 0:28 | 0:26 | 19858604199 01115047102706(D) | 15047102706 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MO | [NIOR] |
| :1658 | 06/06/17 | 19:09:14 | 0:28 | 0:04 | 19858604199 01115047102706(D) | 15047102706 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MO | [NIOR] |
| :1659 | 06/06/17 | 19:31:48 | 0:17 | 0:18 | 19858604199 | 15047236443 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MO | [NIOR] |
| :1660 | 06/06/17 | 19:43:55 | 0:10 | 1:29 | 15047102706 | 19858604199 | | | ST | [] |
| :1661 | 06/06/17 | 19:43:55 | 0:06 | 1:29 | 15047102706 01119858604199(D) | 19858604199 | | | SO | [] |

AT&T Proprietary

kcs

The information contained here is for use by authorized persons only and is not for general distribution.

Page 1088

01/29/2019

AT&T has queried for records from 01/02/2017 12:00:00am to 01/24/2019 11:59:59pm
AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

**Run Date:** 01/29/2019
**Run Time:** 23:01:47
**Voice Usage For:** (985)860-4199

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1662 | 06/06/17 | 19:43:55 | 0:06 | 1:29 | 15047102706 | 19858604199 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MT | [NIOP] |
| 1663 | 06/06/17 | 19:45:36 | 0:00 | 0:00 | 15047102706 | 19858604199 | | 310410935635903 | MT | [] |
| 1664 | 06/06/17 | 19:45:36 | 0:00 | 0:00 | 15047102706 01119858604199(D) | 19858604199 | | | SO | [] |
| 1665 | 06/06/17 | 19:45:36 | 0:00 | 0:00 | 15047102706 | 19858604199 | | | ST | [] |
| 1666 | 06/06/17 | 19:51:18 | 0:11 | 3:04 | 19859914119 01119858604199(D) | 19858604199 | | | SO | [] |
| 1667 | 06/06/17 | 19:51:18 | 0:11 | 3:04 | 19859914119 | 19858604199 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MT | [NIOP] |
| 1668 | 06/06/17 | 19:51:18 | 0:16 | 3:04 | 19859914119 | 19858604199 | | | ST | [] |
| 1669 | 06/06/17 | 20:45:35 | 0:33 | 0:10 | 19858604199 | 19859914119 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MO | [NIOR] |
| 1670 | 06/06/17 | 21:13:58 | 0:12 | 0:38 | 19858046354 | 19858604199 | | | ST | [] |
| 1671 | 06/06/17 | 21:13:58 | 0:06 | 0:38 | 19858046354 01119858604199(D) | 19858604199 | | | SO | [] |
| 1672 | 06/06/17 | 21:13:58 | 0:06 | 0:38 | 19858046354 | 19858604199 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MT | [NIOP] |
| 1673 | 06/06/17 | 21:48:38 | 0:10 | 2:14 | 19857097879 | 19858604199 | | | ST | [] |
| 1674 | 06/06/17 | 21:48:38 | 0:05 | 2:15 | 19857097879 01119858604199(D) | 19858604199 | | | SO | [] |
| 1675 | 06/06/17 | 21:48:38 | 0:05 | 2:15 | 19857097879 | 19858604199 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MT | [NIOP:SUBCMH] |
| 1676 | 06/06/17 | 21:49:16 | 0:00 | 0:04 | 19858578048 19857739988(F) | 19858604199 | | 310410935635903 | MT | [NIOP:CFB:CMW:VM] |
| 1677 | 06/06/17 | 21:49:16 | 0:00 | 0:04 | 19858578048 01119858604199(D) | 19858604199 | | | SO | [] |
| 1678 | 06/06/17 | 21:49:16 | 0:00 | 0:05 | 19858604199 19857739988(F) | 19857739988 | | 310410935635903 | MO | [CFB:VM] |
| 1679 | 06/06/17 | 21:49:17 | 0:16 | 0:03 | 19858578048 | 19858604199 | | | ST | [] |
| 1680 | 06/06/17 | 21:49:36 | 0:00 | 0:34 | 19858578048 01119858604199(D) | 19858604199 | | | SO | [] |
| 1681 | 06/06/17 | 21:49:36 | 0:00 | 0:34 | 19858578048 | 19858604199 | 3575720551779017 SAMSUNG SM-N900A | 310410935635903 | MT | [NIOP:CMW] |
| 1682 | 06/06/17 | 21:49:36 | 0:08 | 0:33 | 19858578048 | 19858604199 | | | ST | [] |

**AT&T Proprietary**

kcs

The information contained here is for use by authorized persons only and is not for general distribution.

Page 1089



01/29/2019

AT&T has queried for records from 01/02/2017 12:00:00am to 01/24/2019 11:59:59pm
AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 01/29/2019
Run Time: 23:01:47
Voice Usage For: (985)860-4199

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| :1683 | 06/06/17 | 21:55:14 | 0:15 | 0:56 | 19857092419 | 19858604199 | | | ST | [] |
| :1684 | 06/06/17 | 21:55:14 | 0:09 | 0:56 | 19857092419<br>01119858604199(D) | 19858604199 | | | SO | [] |
| :1685 | 06/06/17 | 21:55:14 | 0:09 | 0:56 | 19857092419 | 19858604199 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MT | [NIOP] |
| :1686 | 06/06/17 | 22:21:48 | 0:11 | 1:44 | 19858604199 | 19858559093 | | | ST | [] |
| :1687 | 06/06/17 | 22:21:48 | 0:11 | 1:44 | 19858604199 | 19858559093 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MO | [NIOR] |
| :1688 | 06/06/17 | 22:21:48 | 0:06 | 1:44 | 19858604199<br>01119858559093(D) | 19858559093 | | | SO | [] |
| :1689 | 06/06/17 | 22:21:48 | 0:06 | 1:44 | 19858604199 | 19858559093 | | | MT | [NIOP] |
| :1690 | 06/06/17 | 22:23:42 | 0:28 | 0:00 | 19858604199 | 19857097879 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MO | [NIOR] |
| :1691 | 06/06/17 | 22:24:31 | 0:03 | 2:13 | 19857097879<br>01119858604199(D) | 19858604199 | | | SO | [] |
| :1692 | 06/06/17 | 22:24:31 | 0:03 | 2:13 | 19857097879 | 19858604199 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MT | [NIOP] |
| :1693 | 06/06/17 | 22:24:32 | 0:09 | 2:13 | 19857097879 | 19858604199 | | | ST | [] |
| :1694 | 06/06/17 | 22:32:00 | 0:12 | 16:23 | 19858604199 | 19859914119 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MO | [NIOR] |
| :1695 | 06/06/17 | 23:02:06 | 0:10 | 15:27 | 19858557752 | 19858604199 | | | ST | [] |
| :1696 | 06/06/17 | 23:02:06 | 0:11 | 15:26 | 19858557752 | 19858604199 | | | MO | [VCORR] |
| :1697 | 06/06/17 | 23:02:06 | 0:05 | 15:27 | 19858557752<br>01119858604199(D) | 19858604199 | | | SO | [] |
| :1698 | 06/06/17 | 23:02:06 | 0:05 | 15:27 | 19858557752 | 19858604199 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MT | [NIOP] |
| :1699 | 06/06/17 | 23:50:42 | 0:33 | 0:03 | 19858604199 | 19858578048 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MO | [NIOR] |
| :1700 | 06/07/17 | 00:10:46 | 0:06 | 1:02 | 15047236443 | 19858604199 | 3575720551779017<br>SAMSUNG<br>SM-N900A | 310410935635903 | MT | [NIOP] |
| :1701 | 06/07/17 | 00:10:46 | 0:07 | 1:02 | 15047236443<br>01119858604199(D) | 19858604199 | | | SO | [] |
| :1702 | 06/07/17 | 00:10:47 | 0:13 | 1:02 | 15047236443 | 19858604199 | | | ST | [] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.