Original Locked Report

# STATE OF LOUISIANA
# UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT

180607112636448

**TOTAL NUMBER OF VEHICLES INVOLVED:** 02

**DATE OF CRASH:** 06 07 2018
**TIME:** 1049
**DISTRICT/ZONE:** 5004
**TROOP:**
**LAT:** 0
**LONG:** 0
**PAGE #:** 01

**PARISH:** ORLEANS
**PARISH CODE:** 36

**CITY OR TOWN:** NEW ORLEANS
**CITY CODE:** 1
**Quadrant:** NE
**Service Road:**
F-07962-18

**CRASH OCCURRED ON:** E (Off Road / Private Property)
**HIGHWAY #:**
**MILEPOST:**
**ROADWAY NAME:** LOUISA
**STREET/HIGHWAY:** CHICKASAW — AT INTERSECTION

**INJURY:** X

## CONTRIBUTING FACTORS AND CONDITIONS

- **ROAD SURFACE:** A (Dry) / A (Concrete)
- **ROADWAY CONDITIONS:** A (No Abnormalities)
- **TYPE OF ROADWAY:** C (Two-Way Road with No Physical Separation)
- **ALIGNMENT:** A (Straight-Level)
- **PRIMARY FACTOR:** A (Violations)
- **SECONDARY FACTOR:** B (Movement Prior to Crash)
- **WEATHER:** A (Clear)
- **KIND OF LOCATION:** C (Business, Mixed Residential)
- **RELATION TO ROADWAY:** A (On Roadway)
- **ACCESS CONTROL:** A (No Control)
- **LIGHTING:** A (Daylight)

## EMERGENCY SERVICES: X
- **AMBULANCE** — TIME CALLED: 1049, ARRIVED SCENE: 1115, DEPARTED SCENE: 1130, ARRIVED HOSPITAL: 0000
- **AMBULANCE SERVICE:** NEW ORLEANS EMS UNIT #37

**INVESTIGATING AGENCY:** NEW ORLEANS POLICE DEPARTMENT
**TIME OF NOTIFICATION:** 1049
**TIME OF ARRIVAL:** 1057
**TIME ALL LANES OPENED:** 0000

**INVESTIGATION COMPLETE:** Y/N — N
**INVESTIGATING POLICE AGENCY:** B (City)
**DATE REPORT COMPLETED:** 06 07 20
**BADGE #:** 1175

**INVESTIGATING OFFICER'S NAME (PRINT):** WEATHERSBY, LAWRENCE

DPSSP 3105 (REV. JAN. 2005)

EXHIBIT E

Original Locked Report

# STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
### VEHICLE/PEDESTRIAN

COMPUTER NUMBER: 180607112636448
PAGE #: 02

VEH #: 01 OR PEDESTRIAN: ☐

| Field | Value |
|---|---|
| CONF | P |
| CARGO BODY TYPE | C (see page 1 for selections) |
| YEAR | 2011 |
| MAKE | PETERBILT |
| MODEL | TRACTOR |
| # DOORS | 2 |
| # AXLES | 3 |
| # TIRES | 18 |
| V.I.N. | 1XPXD49X7BD130345 |
| VEHICLE TOWED | B (A.YES B.NO C.LEFT AT SCENE) |
| REMOVED BY | DRIVER #1 |
| LICENSE PLATE YEAR | 2018 |
| STATE | LA |
| NUMBER | P234506 |
| TYPE | COMMERCIA |
| GVWR/GCWR | |
| REASON TOWED | (A.VEHICLE DAMAGE, B.DRIVER ARRESTED, C.INSURANCE VIOLATION, Z.OTHER) |
| TRAILER DESCRIPTION YEAR | 2009 |
| MAKE | POLAR |
| TYPE | TRAILER |
| LICENSE PLATE YEAR | 2018 |
| STATE | OK |
| NUMBER | 3125LP |

VEHICLE CLASSIFICATION: COMMERCIAL/BUSINESS VEHICLE ☐ GOVERNMENT VEHICLE ☐ PERSONAL VEHICLE ☐

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE/BUSINESS & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.

US DOT #: ___

CARRIER NAME: ___
MC/MX (MCO#) #: ___
STREET ADDRESS: ___
CITY: ___
STATE: ___
ZIP: 70452

INTERSTATE CARRIER Y/N: Y
TRANSPORTING HAZARDOUS MATERIAL Y/N: N
CLASS: ___
ID#: ___
PLACARDS DISPLAYED Y/N: N
HAZ MAT RELEASED Y/N: N

NAME (LAST, FIRST, MI) OF: ☒ DRIVER ☐ PEDESTRIAN

WOODMAN CHARLES

DATE OF BIRTH: 12 21 1958

STREET ADDRESS: 2716 AMIGO
TELEPHONE #: 985-662-8459
CITY: MARRERO
STATE: LA
ZIP: 70072

AAA BDM W 59 E

STATE: LA
CLASS: A
ENDORSEMENTS: TXM
DRIVER'S LICENSE NUMBER: 004421802
Y/N: N
NAME OF FACILITY: ___
TRANSPORTED TO MEDICAL FACILITY: B (A.YES B.NO C.REFUSED AID, D.Y.UNKNOWN)

PEDESTRIAN ONLY: UPPER BODY CLOTHING LIGHT/DARK, LOWER BODY CLOTHING LIGHT/DARK, SEX, RACE, AGE, INJURY CODE

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME): ☐ Same as Driver
CAMELLIA TANKS LINE LLC
TELEPHONE #: 985-863-5544

STREET ADDRESS: 63266 OLD MILITARY
CITY: PEARL RIVER
STATE: LA
ZIP: 70452

INSURANCE CO. NAME: CLEAR BLUE SPECIALTY INS. (NOT AGENCY NAME)
POLICY NUMBER: A02YLA000002-00
EXPIRATION DATE: 11012018

AGENT'S NAME/ADDRESS: 200 SOUTH COLLEGE STREET SUITE 2259, CHARLOTTE, NC 28202
PHONE #: 844-736-0009

## CODES

| SEATING POSITION | EJECTION | TRAPPED OR EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
|---|---|---|---|---|---|
| A- FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER) | A- NOT EJECTED | A- NOT TRAPPED | A- DEPLOYED | A- NONE USED-VEHICLE OCCUPANT | A- FATAL |
| B- FRONT SEAT-MIDDLE | B- TOTALLY EJECTED | B- TRAPPED/EXTRICATED | B- NON DEPLOYED | B- SHOULDER BELT ONLY USED | B- INCAPACITATING/SEVERE |
| C- FRONT SEAT-RIGHT SIDE | C- PARTIALLY EJECTED | C- TRAPPED/NOT EXTRICATED | C- NON-DEPLOY-CONF/SWITCH OFF | C- LAP BELT ONLY USED | C- NON-INCAPACITATING/MODERATE |
| D- SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER) | Y- UNKNOWN | Y- UNKNOWN | D- NOT APPLICABLE | D- SHOULDER AND LAP BELT USED | D- POSSIBLE/COMPLAINT |
| E- SECOND SEAT-MIDDLE | | | Y- UNKNOWN | E- CHILD SAFETY SEAT IMPROPERLY USED | E- NO INJURY |
| F- SECOND SEAT-RIGHT SIDE | | | | F- CHILD SAFETY SEAT USED | |
| G- THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER) | | | | G- HELMET USED | |
| H- THIRD ROW-MIDDLE | | | | Y- RESTRAINT USE UNKNOWN | |
| I- THIRD ROW-RIGHT SIDE | | | | | |
| J- SLEEPER SECTION OF CAB (TRUCK) | | | | | |
| K- PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) | | | | | |
| L- PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) | | | | | |
| M- PASSENGER ON TRAIN OR STREETCAR | | | | | |
| N- TRAILING UNIT | | | | | |
| O- RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT) | | | | | |
| Y- UNKNOWN | | | | | |

DPS&P 3100 (REV. MAR. 2010)

Original Lockup Report

180607112636448   PAGE # 03

## CONTRIBUTING FACTORS AND CONDITIONS

WRITE APPROPRIATE LETTER IN BLOCK

**VISION OBSCUREMENTS:** N
- A. RAIN, SNOW, ETC. ON WINDSHIELD
- B. WINDSHIELD OTHERWISE OBSCURED
- C. VISION OBSCURED BY LOAD
- D. TREES, BUSHES, ETC.
- E. BUILDING
- F. EMBANKMENT
- G. SIGN BOARDS
- H. HILLCREST
- I. PARKED VEHICLES
- J. MOVING VEHICLES
- K. BLINDED BY HEADLIGHTS
- L. BLINDED BY SUNGLARE
- M. OBSTRUCTED BY NEON LIGHTS IN FIELD OF VIEW
- N. NO OBSCUREMENTS
- Y. UNKNOWN
- Z. OTHER

**VIOLATION:** Y
- A. EXCEEDING STATED SPEED LIMIT
- B. EXCEEDING SAFE SPEED LIMIT
- C. FAILURE TO YIELD
- D. FOLLOWING TOO CLOSELY
- E. DRIVING LEFT OF CENTER
- F. CUTTING IN, IMPROPER PASSING
- G. FAILURE TO SIGNAL
- H. WIDE WIDE RIGHT TURN
- I. CUT CORNER ON LEFT TURN
- J. TURNED FROM WRONG LANE
- K. OTHER IMPROPER TURNING
- L. DISREGARDED TRAFFIC CONTROL
- M. IMPROPER STARTING
- N. IMPROPER PARKING
- O. FAILED TO SET OUT FLAGS, FLARES
- P. FAILED TO DIM HEADLIGHTS
- Q. VEHICLE CONDITION
- R. DRIVER CONDITION
- S. CARELESS OPERATION
- T. IMPROPER BACKING
- U. NO VIOLATIONS
- V. UNKNOWN
- Z. OTHER

**TRAFFIC CONTROL:** V
- A. STOP SIGN
- B. YIELD SIGN
- C. RED SIGNAL ON
- D. YELLOW SIGNAL ON
- E. GREEN SIGNAL ON
- F. GREEN TURN ARROW ON
- G. RIGHT TURN ON RED
- H. LIGHT PHASE UNKNOWN
- I. FLASHING YELLOW
- J. FLASHING RED
- K. OFFICER, FLAGMAN
- L. RR CROSSING, SIGN
- M. RR CROSSING SIGNAL
- N. RR CROSSING, NO CONTROL
- O. WARNING SIGN (SCHOOL, ETC.)
- P. SCHOOL FLASHING SPEED SIGN
- Q. YELLOW NO PASSING LINE
- R. WHITE DASHED LINE
- S. YELLOW DASHED LINE
- T. BIKE LANE
- U. CROSSWALK
- V. NO CONTROL
- Y. UNKNOWN
- Z. OTHER

**CONDITION OF DRIVER/PED:** A
- A. NORMAL
- B. INATTENTIVE
- C. DISTRACTED
- D. ILLNESS
- E. FATIGUED
- F. APPARENTLY ASLEEP/BLACKOUT
- G. DRINKING ALCOHOL – IMPAIRED
- H. DRINKING ALCOHOL – NOT IMPAIRED
- I. DRUG USE – IMPAIRED
- J. DRUG USE – NOT IMPAIRED
- K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
- L. UNKNOWN
- Z. OTHER

**DRIVER DISTRACTION:** E
- A. CELL PHONE
- B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
- C. OTHER INSIDE THE VEHICLE
- D. OTHER OUTSIDE THE VEHICLE
- E. NOT DISTRACTED
- Y. UNKNOWN

**REASON FOR MOVEMENT:** P
- A. TO AVOID OTHER VEHICLE
- B. TO AVOID PEDESTRIAN
- C. TO AVOID ANIMAL
- D. TO AVOID OTHER OBJECT
- E. PASSING
- F. VEHICLE OUT OF CONTROL, NOT PASSING
- G. VEHICLE OUT OF CONTROL, PASSING
- H. FOR TRAFFIC CONTROL
- I. DUE TO CONGESTION
- J. DUE TO PRIOR CRASH (COLLISION)
- K. DUE TO DRIVER CONDITION
- L. DUE TO DRIVER VIOLATION
- M. DUE TO VEHICLE CONDITION (FAILURE)
- N. DUE TO PAVEMENT CONDITION
- O. HIGH WIND
- P. NORMAL MOVEMENT
- Y. UNKNOWN
- Z. OTHER

**PEDESTRIAN ACTIONS:**
- A. CROSSING, ENTERING ROAD AT INTERSECTION
- B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
- C. WALKING IN ROAD – WITH TRAFFIC
- D. WALKING IN ROAD – AGAINST TRAFFIC
- E. SLEEPING IN ROADWAY
- F. STANDING IN ROADWAY
- G. GETTING ON OR OFF OTHER VEHICLE
- H. PUSHING, WORKING ON VEHICLE IN ROAD
- I. OTHER WORKING IN ROADWAY
- J. PLAYING IN ROADWAY
- K. NOT IN ROADWAY
- Y. UNKNOWN
- Z. OTHER

**NON COLLISION:**
- A. OVERTURN/ROLLOVER
- B. FIRE/EXPLOSION
- C. IMMERSION
- D. JACKKNIFE
- E. CARGO/EQUIPMENT LOSS OR SHIFT
- F. FELL/JUMPED FROM MOTOR VEHICLE
- G. THROWN OR FALLING OBJECT
- H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC)
- I. SEPARATION OF UNITS IN TRANSPORT
- J. RAN OFF ROAD RIGHT
- K. RAN OFF ROAD LEFT
- L. CROSSED MEDIAN/CENTERLINE
- M. DOWNHILL RUNAWAY
- N. OTHER NON-COLLISION

**COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT:**
- D. PEDESTRIAN
- H. PEDALCYCLE
- I. RAILWAY VEHICLE (TRAIN, ENGINE)
- R. ANIMAL

**SEQUENCE OF EVENTS/HARMFUL EVENTS:**
- S. MOTOR VEHICLE IN TRANSPORT
- T. PARKED MOTOR VEHICLE
- U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
- V. WORK ZONE MAINTENANCE EQUIPMENT
- W. OTHER NON-FIXED OBJECT

**COLLISION WITH FIXED OBJECT:**
- X. IMPACT ATTENUATOR/CRASH CUSHION
- Y. BRIDGE OVERHEAD STRUCTURE
- Z. BRIDGE PIER OR SUPPORT
- AA. BRIDGE RAIL
- BB. CULVERT
- CC. CURB
- DD. DITCH
- EE. EMBANKMENT
- FF. GUARDRAIL FACE
- GG. GUARDRAIL END
- HH. CONCRETE TRAFFIC SUPPORT
- II. OTHER TRAFFIC BARRIER
- JJ. TREE (STANDING)
- KK. UTILITY POLE/LIGHT SUPPORT
- LL. TRAFFIC SIGN SUPPORT
- MM. TRAFFIC SIGNAL SUPPORT
- NN. OTHER POST, POLE OR SUPPORT
- OO. FENCE
- PP. MAILBOX
- QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC)
- YY. UNKNOWN

1st [ S ]
2nd [   ]
3rd [   ]
4th [   ]

MOST HARMFUL EVENT [ S ]

**MOVEMENT PRIOR TO CRASH:** J
- A. STOPPED
- B. PROCEEDING STRAIGHT AHEAD
- C. TRAVELING WRONG WAY
- D. BACKING
- E. CROSSED MEDIAN INTO OPPOSING LANE
- F. CROSSED CENTER LINE INTO OPPOSING LANE
- G. RAN OFF ROAD NOT WHILE MAKING TURN AT INTERSECTION
- H. CHANGING LANES ON MULTI-LANE ROAD
- I. MAKING LEFT TURN
- J. MAKING RIGHT TURN
- K. STOPPED (PREPARING TO OR MAKING U-TURN)
- L. MAKING TURN, DIRECTION UNKNOWN
- M. STOPPED, PREPARING TO TURN LEFT
- N. STOPPED, PREPARING TO TURN RIGHT
- O. SLOWING TO MAKE LEFT TURN
- P. SLOWING TO MAKE RIGHT TURN
- Q. SLOWING TO STOP
- R. PROPERLY PARKED
- S. PARKING MANEUVER
- T. ENTERING TRAFFIC FROM SHOULDER
- U. ENTERING TRAFFIC FROM MEDIAN
- V. ENTERING TRAFFIC FROM PARKING LANE
- W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
- X. ENTERING FREEWAY FROM ON RAMP
- Y. LEAVING FREEWAY VIA OFF RAMP
- Z. OTHER OR UNKNOWN

**VEHICLE CONDITION:** K
- A. DEFECTIVE BRAKES
- B. DEFECTIVE HEADLIGHTS
- C. DEFECTIVE REAR LIGHTS
- D. DEFECTIVE SIGNAL LIGHTS
- E. ALL LIGHTS OUT
- F. DEFECTIVE STEERING
- G. TIRE FAILURE
- H. WORN OR SMOOTH TIRES
- I. ENGINE FAILURE
- J. DEFECTIVE SUSPENSION
- K. NO DEFECTS OBSERVED
- Y. UNKNOWN
- Z. OTHER

**VEHICLE LIGHTING:** B
- A. HEADLIGHTS ON
- B. HEADLIGHTS OFF
- C. DAYTIME RUNNING LIGHTS
- Y. UNKNOWN

**TRAFFIC CONTROL CONDITIONS:** E
- A. CONTROLS FUNCTIONING
- B. CONTROLS NOT FUNCTIONING
- C. CONTROLS OBSCURED
- D. LANE MARKING UNCLEAR OR DEFECTIVE
- E. NO CONTROLS
- Y. UNKNOWN

**ALCOHOL/DRUG INVOLVEMENT:**
- ALCOHOL/DRUGS SUSPECTED [   ]
- A. NEITHER ALCOHOL NOR DRUGS
- B. YES-ALCOHOL
- C. YES-DRUGS
- D. YES-ALCOHOL AND DRUGS
- Y. UNKNOWN

ALCOHOL [ B ]
- A. TEST REFUSED
- B. NO TEST GIVEN
- C. TEST GIVEN, RESULTS PENDING [ 0 ]         ug
- D. TEST GIVEN, BAC ___

DRUGS [ A ]
- A. TEST NOT GIVEN
- B. TEST GIVEN, RESULTS PENDING
- C. TEST REFUSED
- D. DRUGS IDENTIFIED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| DIRECTION BEFORE CRASH | | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED | | SKIDMARK DATA (FEET) | | | |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | | | EST. | POSTED | FR | FL | RR | RL |
| W NE 8 W | CHICKASAW STREET | ON ROAD | 15 FEET | 1 5 | 3 5 | 20 | 20 | 20 | 20 |

**DAMAGE TO VEHICLE**

AREA DAMAGED: F
- A. NONE
- B. UNDERCARRIAGE
- C. TOTAL
- D. OTHER
- E. NONE
- Y. UNKNOWN

1ST [ F ]
2ND [ Q ]
3RD [ Q ]

EXTENT OF DEFORMITY: E
- A. NONE
- B. VERY MINOR
- C. MINOR
- D. MILD/MODERATE
- E. MODERATE
- F. MODERATE/SEVERE
- G. SEVERE
- H. VERY SEVERE
- Y. UNKNOWN

1ST [ E ]
2ND [ A ]
3RD [ A ]

CITATION NO.     VEH. PED.     B.S. OR ORD. NO.

_____   □   □ _____
_____   □   □ _____
_____   □   □ _____
_____   □   □ _____
_____   □   □ _____

NOTICE OF INSURANCE VIOLATION _____ □

INVESTIGATING OFFICER'S INITIALS

DPSSP 3106

Original Locked Report

# STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
### VEHICLE/PEDESTRIAN

COMPUTER NUMBER: 180607112636448
PAGE: 04

VEH #: 02 OR PEDESTRIAN

| CONF | CARGO BODY TYPE | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|---|---|---|---|---|---|---|---|
| A | X (see page 1 for selections) | 2016 | CHEVROLET | MALIBU | 4 | 2 | 4 |

V.I.N.: 1G1ZB5ST9GF355433
VEHICLE TOWED: B (A.YES B.NO C.LEFT AT SCENE)
REMOVED BY: DRIVER #2

LICENSE PLATE: YEAR 2018, STATE LA, NUMBER 369AJV, TYPE PASSENGER

GVWR/GCWR: 
REASON TOWED: A. VEHICLE DAMAGE / B. DRIVER ARRESTED / C. INSURANCE VIOLATION / Z. OTHER

TRAILER DESCRIPTION: (blank)

VEHICLE CLASSIFICATION: PERSONAL VEHICLE [X]

CARRIER NAME: _____
STREET ADDRESS: _____ CITY _____ STATE _____ ZIP _____
INTERSTATE CARRIER Y/N: N
TRANSPORTING HAZARDOUS MATERIAL Y/N: N
CLASS: _____ ID#: _____
PLACARDS DISPLAYED Y/N: N
HAZ MAT RELEASED Y/N: N

NAME (LAST, FIRST, M) OF [X] DRIVER [ ] PEDESTRIAN: LABEAUD DAMIAN
DATE OF BIRTH: 04061972
STREET ADDRESS: 7524 LEHIGH
TELEPHONE: 504-421-8094
CITY: NEW ORLEANS  STATE: LA  ZIP: 70127

Codes: A A A B D M B 4 6 E

STATE: LA  CLASS: E  ENDORSEMENTS: NON  DRIVER'S LICENSE NUMBER: 9259105
ISSUING CITIES TO RECOVER TRANSPORTATION Y/N: N
TRANSPORTED TO MEDICAL FACILITY: B (A.YES C.REFUSED AID / B.NO Y.UNKNOWN)

PEDESTRIAN ONLY: UPPER BODY CLOTHING LIGHT/DARK, LOWER BODY CLOTHING LIGHT/DARK, SEX, RACE, AGE, INJURY CODE

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME): BROCK BIANCA  [ ] Same as Driver
TELEPHONE: 504-421-8094
STREET ADDRESS: 2308 HOUMA
CITY: METARIE  STATE: LA  ZIP: 70001

INSURANCE CO. NAME: GO AUTO INSURANCE (NOT AGENCY NAME)
POLICY NUMBER: 570667-12
EXPIRATION DATE: 10262018
AGENT'S NAME/ADDRESS: 533 HIGHLANDIA DRIVE SUITE A, BATON ROUGE, LA 70810
PHONE: 225-926-7000

### CODES

| SEATING POSITION | EJECTION | TRAPPED OR EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
|---|---|---|---|---|---|
| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER) | A - NOT EJECTED | A - NOT TRAPPED | A - DEPLOYED | A - NONE USED-VEHICLE OCCUPANT | A - FATAL |
| B - FRONT SEAT-MIDDLE | B - TOTALLY EJECTED | B - TRAPPED/EXTRICATED | B - NON DEPLOYED | B - SHOULDER BELT ONLY USED | B - INCAPACITATING/SEVERE |
| C - FRONT SEAT-RIGHT SIDE | C - PARTIALLY EJECTED | C - TRAPPED/NOT EXTRICATED | C - NON-DEPLOY-EQ/SWITCH OFF | C - LAP BELT ONLY USED | C - NON-INCAPACITATING/MODERATE |
| D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER) | Y - UNKNOWN | Y - UNKNOWN | D - NOT APPLICABLE | D - SHOULDER AND LAP BELT USED | D - POSSIBLE/COMPLAINT |
| E - SECOND SEAT-MIDDLE | | | Y - UNKNOWN | E - CHILD SAFETY SEAT IMPROPERLY USED | E - NO INJURY |
| F - SECOND SEAT-RIGHT SIDE | | | | F - CHILD SAFETY SEAT USED | |
| G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER) | | | | G - HELMET USED | |
| H - THIRD ROW-MIDDLE | | | | Y - RESTRAINT USE UNKNOWN | |
| I - THIRD ROW-RIGHT SIDE | | | | | |
| J - SLEEPER SECTION OF CAB (TRUCK) | | | | | |
| K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) | | | | | |
| L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) | | | | | |
| M - PASSENGER ON TRAIN OR STREETCAR IN TRAILING UNIT | | | | | |
| N - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT) | | | | | |
| Y - UNKNOWN | | | | | |

DPSSP 3106 (REV. MAR. 2008)

Original Locked Report

PAGE #
180607112636448
0 5

WRITE APPROPRIATE LETTER IN BLOCK

## CONTRIBUTING FACTORS AND CONDITIONS

### VISION OBSCUREMENTS [N]
A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. OBSTRUCTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

### VIOLATION [Y]
A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLARES, FLAGS
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
V. UNKNOWN
Z. OTHER

### TRAFFIC CONTROL [V]
A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

### CONDITION OF DRIVER/PED [A]
A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

### DRIVER DISTRACTION [E]
A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

### REASON FOR MOVEMENT [P]
A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
R. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

### PEDESTRIAN ACTIONS
A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

### SEQUENCE OF EVENTS/HARMFUL EVENTS
#### NON COLLISION
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTER LINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

#### COLLISION WITH PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL

### MOVEMENT PRIOR TO CRASH [J]
A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD NOT WHILE MAKING TURN AT INTERSECTION
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN
K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, OR ACTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER
T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

#### COLLISION WITH FIXED OBJECT
X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC SUPPORT
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT
LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

| | |
|---|---|
| 1st | S |
| 2nd | |
| 3rd | |
| 4th | |

MOST HARMFUL EVENT
S

### VEHICLE CONDITION [K]
A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

### VEHICLE LIGHTING [B]
A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

### TRAFFIC CONTROL CONDITIONS [E]
A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

### ALCOHOL/DRUG INVOLVEMENT
ALCOHOL/DRUGS SUSPECTED _____
A. NEITHER ALCOHOL NOR DRUGS
B. YES ALCOHOL
C. YES DRUGS
D. YES ALCOHOL AND DRUGS
Y. UNKNOWN

[B]

ALCOHOL _____
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING [ 0 ]  0%
D. TEST GIVEN, BAC _____

[A]

DRUGS _____
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| DIRECTION BEFORE CRASH | | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED | | SKIDMARK DATA (FEET) | | | |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | | | EST | POSTED | FR | FL | RR | RL |
| W | N E & W | CHICKASAW STREET | ON ROAD | 10 FEET | 1 0 | 3 5 | 0 | 0 | 0 | 0 |

### DAMAGE TO VEHICLE

AREA DAMAGED — 1ST [L]  2ND [K]  3RD [J]

EXTENT OF DEFORMITY
A. NONE
B. VERY MINOR
C. MINOR
D. MINOR/MODERATE
E. MODERATE
F. MODERATE/SEVERE
G. SEVERE
H. VERY SEVERE
Y. UNKNOWN

1ST [G]  2ND [G]  3RD [G]

H - UNDERCARRIAGE
O - TOTAL
P - OTHER
O - NONE
Y - UNKNOWN

CITATION NO _____ VEH. PED.
_____ L  U
_____ C  O
_____ C  U
_____ C  O
_____ C  U

R.S. OR ORD. NO
_____
_____
_____
_____
_____

NOTICE OF INSURANCE VIOLATION _____ ☐

Original Locked Report

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**ADDITIONAL OCCUPANT SUPPLEMENT**

COMPUTER NUMBER: 1806071126364448
PAGE #: 06

| VEH # | OCCUPANT'S NAME (LAST, FIRST, MI) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02 | BROCK BIANCA | | | | | D A A B D F B 30 D | | |

STREET ADDRESS: 2308 HOUMA BOULEVARD
TRANSPORTED TO MEDICAL FACILITY: B
CITY: METARIE APT.718   STATE: LA   ZIP: 70001

| VEH # | OCCUPANT'S NAME (LAST, FIRST, MI) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02 | BROCK GEORGE M | | | | | C A A B D M B 23 C | | |

STREET ADDRESS: 5272 BASINVIEW DRIVE
TRANSPORTED TO MEDICAL FACILITY: B
CITY: NEW ORLEANS   STATE: LA   ZIP: 70126

[Remaining occupant entries on page are blank]

INVESTIGATING OFFICER'S INITIALS: ___

DPSSP 3108

Original Locked Report

180607112636448

**OFFICER'S NARRATIVE:** DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS. INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC.

IF NECESSARY, INDICATE DAMAGE TO PUBLIC OR PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE.

PAGE # 07

**REFER TO EACH BY VEHICLE NUMBER**

VEHICLE #1 DRIVER STATED HE WAS TRAVELING WESTBOUND ON CHICKASAW STREET, MAKING HIS APPROACH TO LOUISA STREET. VEHICLE #1 DRIVER STATED HE WAS TRAVELING IN THE RIGHT LANE ALONG CHICKASAW STREET ALONE, WHEN HE BEGAN TO MAKE A WIDE RIGHT TURN ON LOUISA STREET IN A NORTHBOUND DIRECTION. VEHICLE #1 DRIVER STATED AS HE TURNED RIGHT ONTO LOUISA STREET, HE NOTICED A VEHICLE WAS DRIVING ALONG SIDE OF HIS SEMI TRUCK ATTEMPTING TO TURN RIGHT ONTO LOUISA AS HE WAS. VEHICLE #1 DRIVER STATED VEHICLE #2 ATTEMPTED TO DRIVE PASS HIS TRUCK, WHILE HE WAS IN THE PROCESS OF MAKING HIS TURN. VEHICLE #1 DRIVER STATED HIS TRAILERS REAR PASSENGER FENDER WELL CAUGHT ON TO VEHICLE #2 DRIVERS SIDE MIRROR; WHICH CAUSED HIS VEHICLE TO DRAG VEHICLE #2 APPROXIMATELY 10 FEET. VEHICLE #1 DRIVER STATED HIS SEMI TRUCK HAS A DASH CAMERA, WHICH WOULD CAPTURE THE MOMENTS BEFORE THE CRASH. VEHICLE #1 DRIVER STATED HE WOULD PROVIDE A COPY OF THE FOOTAGE ONCE IT COMES AVAILABLE FROM HIS BOSS. VEHICLE #1 DRIVER ALSO STATED HIS RIGHT TURNING SIGNAL WAS ACTIVATED BEFORE HE MADE HIS TURN ONTO LOUISA STREET. VEHICLE #2 DRIVER STATED HE WAS TRAVELING WESTBOUND ON CHICKASAW STREET AS WELL, MAKING HIS APPROACH TO LOUISA STREET. VEHICLE #2 DRIVER STATED ONCE HE ARRIVED TO THE INTERSECTION OF LOUISA AND CHICKASAW STREET, HE WAS AT THE STOP SIGN AWAITING THE TRAFFIC ON LOUISA STREET TO PASS. VEHICLE #2 DRIVER STATED WHILE WAITING ON THE TRAFFIC TO PASS, HE OBSERVED VEHICLE #1 DRIVE UP ALONG THE DRIVER SIDE OF HIS VEHICLE. VEHICLE #2 DRIVER STATED AS HE ATTEMPTED TO TURN RIGHT ONTO LOUISA STREET, VEHICLE #1 MADE A WIDE RIGHT TURN IN FRONT OF HIS VEHICLE. VEHICLE #2 DRIVER STATED, VEHICLE #1 STRUCK HIS VEHICLE ON THE DRIVER SIDE DOOR AND DRUGGED HIS VEHICLE APPROXIMATELY 10 FEET. UPON ARRIVING TO THE SCENE, OFFICER WEATHERSBY OBSERVED THE POSITION OF THE VEHICLES. OFFICER WEATHERSBY COULD NOT DETERMINE WHAT DRIVER WAS DEEMED LIABLE AND AT FAULT; DUE TO CONFLICTED STATEMENTS ON BOTH PARTIES. THEREFORE NEITHER DRIVER WAS ISSUED A CITATION FOR THE ACCIDENT. OFFICER WEATHERSBY WILL FORWARD THE ACCIDENT REPORT TO THE CITY ATTORNEY OFFICE, WHERE THEY WILL DEEMED THE RESPONSIBLE PARTY IN THE AUTO ACCIDENT. VEHICLE #1 SUSTAINED MINOR DAMAGE TO THE REAR PASSENGER SIDE FENDER WELL. VEHICLE #2 SUSTAINED HEAVY DAMAGE TO THE DRIVER SIDE DOOR AND DRIVER SIDE REAR PASSENGER DOOR. VEHICLE #2 ALSO SUSTAIN DAMAGE TO THE DRIVER SIDE FRONT QUARTER PANEL AND WHEEL WELL. VEHICLE #2 ALSO SUSTAIN A BROKEN DRIVER SIDE MIRROR. VEHICLE #1 AND VEHICLE #2 DRIVERS DID NOT SUSTAIN ANY INJURIES IN THE ACCIDENT. VEHICLE #2 FRONT PASSENGER AND REAR PASSENGER COMPLAINED OF INJURIES ON SCENE. EMS UNIT 3216 ARRIVED ON THE SCENE, WHERE BOTH PASSENGER FROM VEHICLE #2 REFUSED MEDICAL ATTENTION.



MANNER OF COLLISION: J