

# NUGENT KEATING
PERSONAL INJURY LAW FIRM

Phone: 504.513.3333
Fax: 877.565.2570
Web: keatinglawgroup.com

3300 CANAL STREET | SUITE 100 | NEW ORLEANS, LA 70119

June 14, 2018

Clear Blue Specialty Insurance
Attn: Damian Mouton
600 E. Las Colinas Blvd., Suite 1900
Irving, TX 75039

      RE:    Your Insured:   Camellia Tanks Line, LLC
              Driver: Charles Woodman
              Our Clients: Damian LeBeaud, George Brock, and Bianca Brock
              Claim No.: 18AQ200072
              Date of Loss: June 07, 2018

Dear Mr. Mouton:

      Our firm represents the above-captioned claimants in connection with injuries sustained in the above referenced accident. Please communicate only with the undersigned. Do not communicate directly or indirectly with my clients.

      It appears that your insured's negligence may have been the proximate cause of the collision. I would therefore ask you to contact me within ten (10) days to confirm coverage and to discuss the possibilities of an amicable settlement of my clients' claims.

      I will send copies of medical reports, lost wage letter, medical bills and other proofs of loss as they are received.

      If I fail to hear from you, I will have no choice but to file suit against your insured without further notice.

      With kindest regards, I remain

                                    Sincerely yours,

                                    D. Patrick Keating, Esq.

DPK/tab

**EXHIBIT F**