UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY WILLIAMS, MARY WADE & LUCINDA THOMAS<br><br>VERSUS<br><br>IQS INSURANCE RISK RETENTION GROUP, INC., ET AL. | CIVIL ACTION NO. 18-2472<br>c/w 18-6113<br><br>JUDGE ZAINEY<br><br>MAGISTRATE DOUGLAS<br><br>APPLIES TO: ALL CASES |

### NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT**, through undersigned counsel, come Defendants, Southern Refrigerated Transport, Inc. ("SRT"), IQS Insurance Risk Retention Group, Inc. and Eric Darnell Martin, who hereby notifies this Honorable Court that a copy of **Exhibit G** to Defendants' Opposition to Plaintiffs' Motion to Strike will be delivered manually to Judge Jay Zainey's chambers within twenty-four hours.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

 /s/ C. Bowman Fetzer, Jr.
**JAMES A. PRATHER (#20595) (T.A.)**
**C. BOWMAN FETZER, JR. (#34541)**
3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Telephone: 985-674-6680
Facsimile: 985-674-6681
*Counsel for Defendants, Southern Refrigerated Transport, Inc, IQS Insurance Risk Retention Group, Inc. and Eric Darnell Martin*



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 26th day of February, 2019, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ C. Bowman Fetzer, Jr.
**C. BOWMAN FETZER, JR.**