SHOW TRANSCRIPT

Advertisement

# WDSU Investigates: Gentilly truck wrecks called 'suspicious'; what it means for your insurance rate

Updated: 3:17 PM CST Nov 13, 2018

**Travers Mackel**
Investigative Reporter

**NEW ORLEANS —** In Louisiana, residents pay some of the highest automobile insurance rates in America.

One reason for that is the many lawsuits filed after traffic accidents. Now a series of accidents, all at a Gentilly truck stop, are being called suspicious by lawyers in court, and the state's insurance commissioner confirms his office is investigating the allegations.



Advertisement

"Whenever we get information like that, we have a fraud unit that we refer it to," said Jim Donelon, Louisiana commissioner of insurance.

And big money is at stake. In Louisiana, commercial truck drivers must carry $1 million in liability insurance. But before this case goes to trial, the finger pointing between lawyers involved is heating up.

Insurance defense lawyers say the allegations being made are necessary, but others say it's nothing more than a way for billion-dollar insurance companies to intimidate injured victims.

The case could affect the already high auto insurance rates in Orleans Parish, and it's generating a lot of buzz. The reason cases like this are important to drivers in the state is because Louisiana has some of the highest auto insurance rates in the country. And insurance payouts contribute -- in part -- to that number, state officials say.

Donelon said Louisiana has the second-highest auto insurance rate in the country, trailing only Michigan. The average premium in the state is just over $1,900, while the average national average is just over $1,300.

And in years past, Louisiana topped the list with the highest auto insurance premiums.

"It's certainly been circulating widely around the legal community and there has been a lot of chatter about it," said Loyola University professor Dane Ciolino, who specializes in legal ethics.

Ciolino is talking about a motion -- obtained by WDSU Investigates -- and filed in Orleans Parish Civil District Court, attached to a lawsuit. In it, four people claim they were injured in a New Orleans wreck involving an 18-wheeler back in September 2015.

It all happened at the truck stop in Gentilly. The lawsuit claims the truck driver was at fault, and all plaintiffs are seeking damages -- money -- from the truck driver's insurance company.

But the motion -- the one generating a lot of chatter -- calls the entire lawsuit suspicious.

"There is very high stakes in these kinds of cases because there is lot's of insurance," said Ciolino.

In fact, there's seven figures on the table.

"In commercial trucking cases, the defendant's are fat with insurance," said Ciolino.

So just weeks after the wreck, the lawsuit was filed.

The New Orleans Police Department report shows the truck driver turning right, a car passing on the left and the driver claiming the truck hit her. But the police report says no one claimed to be injured and no one was transported to the hospital.

The officer determined the truck driver was not at fault and cited the other driver, the one who's now seeking damages. That citation was later reduced to a minor traffic charge -- and she paid a fine.

And that gets us back to this motion that's generating all the chatter.

"The allegations are as serious as they get," said Ciolino.

The allegations are detailed in the motion, which was filed last summer by Wade Langlois III and Brittany Cooper, asking the court to delay the trial so they can further investigate.

They defend truck drivers and their insurance companies, and say this case isn't isolated.

The two claim as many as nine lawsuits -- all filed in Orleans Parish Civil District Court -- are "nearly identical" and "plaintiffs reported no injuries to the police officer at the scene of the accident and none went to the emergency room on the night of the accident despite now all claiming significant injuries from relatively minor damages to the plaintiff's vehicles."

In their motion, they call the wrecks suspicious, and allege some of the people making the claims may know each other and may be related to each other.

The court documents also claim that "in every case, the truck driver had no idea there was a collision and was approached in the parking lot by someone claiming to have been involved in the accident."

But the plaintiffs -- and their attorneys -- paint a much different picture.

Those law firms are Arnona Rose and The King Firm.

Lawyer David Courcelle is representing both.

In a written statement, he blasted the motion, saying: "Justice delayed is justice denied for injured victims. For over 10 years, trial counsel for these clients have tried cases for injured victims throughout New Orleans. These accusations and allegations of "suspicious activity" are nothing more than a tactic used over and over by billion-dollar insurance companies to intimidate injured victims and delay their search for justice in court. These baseless accusations define what it means to add insult to injury. The allegations are unsubstantiated and are based on racial profiling. For over one year, our clients have been ready to put forth their case and allow a jury of their peers to determine the truth in this matter. This matter has been set for trial three times over the last year, yet the insurance company and its lawyer have continued to delay this matter

from getting to court. They have no witness who substantiates their wild accusations. In fact, their own driver has refused to come to court. Desperate people who cannot prove their unfounded claims have now resorted to smearing injured victims in the media, in the hopes of influencing potential jurors. It is and has been time for the truth to be determined by a jury at Civil District Court. The King Firm and Arnona Rose, LLC, are proud to represent and stand up for all of its clients, and we will not back down in the face of attempts at intimidation by the insurance companies and its lawyers."

In addition, The King Firm and Arnona Rose have asked the judge to sanction the defendants for knowingly attempting to tamper with the trial and prospective jurors.

"Right now it's all allegations, and what remains to be seen is the proof these defense lawyers will be able to muster when it comes time to prove the allegations," said Ciolino.

And while the court proceedings play out, Louisiana's insurance commissioner is well aware of the filing and situation we've been investigating.

"It defies logic and explanation," said Donelon, confirming that his office is looking into the situation.

"We do the investigation with the insurance expertise, but the fraud unit is a partnership of the state police and the attorney general's office -- so once we gather the necessary information we turn it over to state police to do the arresting if necessary and then the AG to do the prosecuting, but we are still in the investigating phase of looking into the coincidence of the same corner, the same scenario," said Donelon.

Civil Court Judge Piper Griffin set a trial date in this case for next June.

The lawyer for Arnona Rose and The King Firm says his clients are ready to go to trial and that the defense lawyers have delayed this matter.

He also says some of the truck drivers involved have refused to go to court.

*Keep up with local news, weather and current events with the WDSU app here. Sign up for our email newsletters to get breaking news right in your inbox. Click here to sign up!*

Follow this story to get instant e-mail alerts from **WDSU** on the latest developments and related topics.

Email address

Follow this story