

FILED APR 20 2018
CLERKS OFFICE
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO. 2018-3893     DIVISION "B"     DOCKET NO.

**SECTION 5**

MARIO SOLOMON

VERSUS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND RAY WATOYA

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE ROOM 402
NEW ORLEANS, LA 70112
504-407-0000

FILED: _____

DEPUTY CLERK

### PETITION FOR DAMAGES

| | |
|---|---|
| Receipt Date | 4/25/2018 12:25:00 PM |
| Receipt Number | 690508 |
| Cashier | charleston |
| Register | CDCCASH1 |
| Case Number | 2018-03893 |
| Grand Total | $564.50 |
| Amount Received | $564.50 |
| Balance Due | $0.00 |
| Change Due | $0.00 |

The petition of Mario Solomon, an adult resident and domiciliary of the Parish of Jefferson, respectfully represents:

1.

State Farm Mutual Automobile Insurance Company, defendant, is a foreign insurance corporation doing business in the State of Louisiana.

Payment Transaction List
Check # 2942 $564.00

2.

| Item | Charged | Paid | Bal |
|---|---|---|---|
| | | | $0.00 |
| Fax Fees | $30.00 | $30.00 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JSC | $24.50 | $24.50 | $0.00 |
| Interrogatories | $10.00 | $10.00 | $0.00 |
| Request for Produc- tion of Documents | $10.00 | $10.00 | $0.00 |
| Supreme Court Proc- essing Fee | | | $0.00 |

Ray Watoya, defendant, is an adult resident and domiciliary of the Parish of Terrebonne.

3.

At all times material hereto, State Farm Mutual Automobile Insurance Company Insurance Company maintained in full force and effect a policy of insurance insuring Ray Watoya for the liability and damages asserted herein.

4.

On or about April 25, 2017, at approximately 1:00 p.m., Ray Watoya was operating her 1992 Chevy Pick-up automobile in a northerly direction along Tchoupitoulas Street in the Parish of Orleans, whereupon his vehicle struck the rear of a trailer being towed by a 1996 Freightliner Tractor operated by Michael Emery.



VERIFIED Tracy Lafonta

EXHIBIT I

5.

The collision was caused solely and proximately by the negligence and want of care of Ray Watoya in the following non-exclusive particulars:

a. failing to see what a reasonable driver would have seen;

b. operating a motor vehicle in a careless, inattentive and reckless manner;

c. failing to keep a proper lookout;

d. failing to avoid a collision;

e. failing to yield the right of way;

f. improper lane usage;

h. following too closely; and

i. all other elements of negligence, acts and omissions to be proved at trial.

6.

As a direct result of Ray Watoya's negligence and want of care, Mario Solomon, who was a passenger in Ray Watoya's automobile, suffered bodily injuries, pain and suffering, mental anguish, loss of enjoyment of life, medical expenses and permanent disability, all of which warrant an award in her favor for compensatory damages in an amount insufficient to permit trial by jury.

WHEREFORE, Mario Solomon, petitioner, prays that State Farm Mutual Automobile Insurance Company and Ray Watoya, defendants, be served with this petition, and that after due proceedings there be judgment casting defendants jointly and solidarily liable unto petitioner for compensatory damages and relief insufficient to permit trial by jury.

Respectfully submitted,

KEATING LAW GROUP

D. Patrick Keating (#27825)
~~Simone R. Nugent (#34409)~~
3528 Holiday Drive, Ste. C
New Orleans, LA 70114
(504) 513-3333 (Phone)
(877) 565-2570 (Fax)
Counsel for Petitioner

**SERVICE INSTRUCTIONS ON FOLLOWING PAGE**

**PLEASE SERVE:**

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
Through its agent for Service of Process:
Louisiana Secretary of State
8585 Archives Drive
Baton Rouge, LA 70809

AND

RAY WATOYA
106 Belle Drive
Chauvin, LA 70344



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO. 2018-03893    DIVISION "B"    DOCKET NO. "5"

MARIO SOLOMON,

VERSUS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND RAY WATOYA

FILED: _____    _____
                                    DEPUTY CLERK

### REQUEST FOR NOTICE OF TRIAL AND OF SIGNING OF JUDGMENT AND ORDER

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

We also request notice of the signing of any final judgment, the rendition of any interlocutory order or judgment or of any order or judgment refusing to grant a new trial, in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

KEATING LAW GROUP

D. Patrick Keating (#27825)
Simone R. Nugent (#34409)
3528 Holiday Drive, Ste. C
New Orleans, LA 70114
(504) 513-3333 (Phone)
(877) 565-2570 (Fax)
Counsel for Petitioner

VERIFIED



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO. 2018-03893   DIVISION "E"   DOCKET NO. "5"

MARIO SOLOMON,

VERSUS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND RAY WATOYA

FILED: _____   _____
                                                                         DEPUTY CLERK

### INTERROGATORIES

Pursuant to LCCP Articles 1421 et seq., plaintiff propounds the following interrogatories to defendants to be answered under oath, within the time delays allowed by the Louisiana Code of Civil Procedure.

### INTERROGATORY NO. 1:

Kindly identify by name, home address, occupation, job title and telephone number the following persons:

    a. all persons who claim to have witnessed the accident which is the subject of this lawsuit;

    b. all persons from whom defendants, their agents, attorneys or employees have taken any statement, whether orally or in writing;

    c. all persons whom defendants will call to testify at the trial of this matter;

    d. all persons who claim to have any knowledge pertaining to any issue raised by pleadings filed by any party;

    e. all persons controlling, possessing or having access to any exhibit or tangible item which defendants will seek to introduce into evidence or which defendants will display to the trier of fact or any witness at the trial of this matter; and

    f. all persons who have furnished information used in answering these interrogatories.



**INTERROGATORY NO. 2:**

Kindly identify by name, home address, business address, occupation, telephone number and field of alleged expertise all expert witnesses:

a. whom defendants have consulted in connection with any issue raised by pleadings filed by any party; and

b. whom defendants will call to testify at the trial of this matter.

**INTERROGATORY NO. 3:**

At the time of the accident at issue in this matter, were there any policies of insurance insuring your liability for the type of risk sued on herein? Please describe any such insurance policy, including primary, reinsurance, surplus line, umbrella or uninsured/underinsured (UM) insurance policies of which you have knowledge, express or implied, insuring defendants against damages to third persons and in full force and effect on the date in question, stating for each policy:

a. the name of the insurance company or club;

b. the address of the insurance company or club;

c. the name of all insureds;

d. the policy number;

e. the term of the policy;

f. what type of policy it was; and

g. the amount of coverage of the policy including policy limits and deductibles for personal injury, wrongful death, and property damage.

Respectfully submitted,

KEATING LAW GROUP

D. Patrick Keating (#27825)
Simone R. Nugent (#34409)
3528 Holiday Drive, Ste. C
New Orleans, LA 70114
(504) 513-3333 (Phone)
(877) 565-2570 (Fax)
Counsel for Petitioner

**PLEASE SERVE WITH**
**ORIGINAL PETITION ON DEFENDANTS**

FILED APR 20 2018 CLERK'S OFFICE CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO. 2018-03893   DIVISION "B"   DOCKET NO. "5"

MARIO SOLOMON,

VERSUS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND RAY WATOYA

FILED: _____    _____
                                    DEPUTY CLERK

### REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

Plaintiff hereby requests that defendants produce and permit inspection of the following documents and things at the offices of undersigned counsel, or at such other time and place as might be agreed upon; that production of the said documents and things be supplemented on a continuing basis; and that defendants identify and number each document and thing in a formal written return signed under oath by defendants:

1.

A certified copy of all policies of insurance purporting to insure defendants or their vehicles at the time of the accident which is the subject of this lawsuit.

2.

All exhibits or other tangible items which defendants will seek to introduce into evidence at the trial of this matter, or which defendants will display to any witness or the trier of fact.

3.

All statements, whether written or recorded, taken from plaintiff or any other individual(s) pertaining to any issue raised by pleadings filed by any party.


VERIFIED

4.

All medical reports, bills, test results, tax returns, W-2 forms, personnel records, social security records, unemployment records or other writings, documents and films pertaining to the physical or psychological state of plaintiff, apart from items which were furnished to defendants by plaintiff.

5.

All photographs, repair estimates, cancelled checks or other writing and things pertaining to the location or extent of property damage sustained by any vehicle involved in the accident which is the subject of this lawsuit.

6.

All reports and other writings prepared by any expert whom defendants will call to testify at the trial of this matter.

Respectfully submitted,

**KEATING LAW GROUP**

D. Patrick Keating (#27825)
Simone R. Nugent (#34409)
3528 Holiday Drive, Ste. C
New Orleans, LA 70114
(504) 513-3333 (Phone)
(877) 565-2570 (Fax)
Counsel for Petitioner

**PLEASE SERVE WITH**
**ORIGINAL PETITION ON DEFENDANTS**