

FILED
MAR 16 2018
CLERKS OFFICE
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-2599                                    DIVISION "N"

WATOYA RAY and LARRY MCKAY                       SECTION 8

VERSUS

HALLMARK SPECIALTY INSURANCE COMPANY, EDWARDS EXPRESS, LLC, MICHAEL EMERY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (as an uninsured/underinsured motorist carrier)

FILED: _____               DEPUTY CLERK

**PETITION FOR DAMAGES**

The petition of **WATOYA RAY** and **LARRY MCKAY**, persons of the full age of majority and residents of Terrebonne Parish, respectfully represents:

1.

Defendants are:

**HALLMARK SPECIALTY INSURANCE COMPANY**, a foreign insurer licensed to and doing business in the State of Louisiana;

**EDWARDS EXPRESS, LLC**, a domestic company licensed to and doing business in the State of Louisiana;

**MICHAEL EMERY**, a person of the full age of majority and resident of Orleans Parish, State of Louisiana; and

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (as an uninsured/underinsured motorist carrier)**, a foreign insurer licensed to and doing business in the State of Louisiana.

2.

Defendants are liable and indebted to Petitioners for such damages as are reasonable in the premises, including property damage, rental expenses, property damage, loss of use and/or depreciation of vehicle, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, medical expenses, loss of earnings,





EXHIBIT K

1 of 5

future loss of earning capacity, and permanent disability to the body, loss of consortium together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following:

3.

On or about **April 25, 2017** an accident occurred on Tchoupitoulas Street at the intersection of Calliope Street in Orleans Parish. A vehicle owned and operated by **WATOYA RAY** was lawfully traveling in the left lane on Tchoupitoulas Street as he approached the intersection of Calliope Street. **LARRY MCKAY** was a guest passenger in the vehicle operated by **WATOYA RAY**. A vehicle owned by **EDWARDS EXPRESS, LLC** and operated by Defendant **MICHAEL EMERY** was traveling in the right lane on Tchoupitoulas Street as it approached the intersection of Calliope Street. The **EMERY** vehicle then attempted a left turn from the right lane of Tchoupitoulas Street, striking the **RAY** vehicle. As a result of the accident, **WATOYA RAY** and **LARRY McKAY** suffered severe and disabling injuries.

4.

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendant, **MICHAEL EMERY**, which is attributed to but not limited to the following non-exclusive particulars:

a) Driving left of lane;

b) Improper lane usage;

c) Failure to yield;

d) Failure to see what a reasonable driver should have seen;

e) Failure to keep a good and careful lookout;

f) Failure to maintain reasonable and proper control while operating the vehicle;

g) Driving at a speed greater than was reasonable and prudent under the circumstances;

h) Operating the vehicle in a careless and reckless manner without regard for the safety of others;

i) Any and all other acts of negligence which may be proven at the trial of this matter.

5.

As a result of the above referenced accident and negligence of the defendant, **WATOYA RAY** and **LARRY MCKAY** suffered severe and disabling injuries and are entitled to recover such damages as are reasonable in the premises.

6.

At all relevant times, **HALLMARK SPECIALTY INSURANCE COMPANY** provided a policy of liability insurance on the vehicle owned by **EDWARDS EXPRESS, LLC** and operated by Defendant **MICHAEL EMERY** on the date of this accident, which provided coverage for the type of loss sued upon; thus rendering **HALLMARK SPECIALTY INSURANCE COMPANY** liable to petitioners with the other named defendants.

7.

On information and belief, at all relevant times, **MICHAEL EMERY** was acting in the course and scope of employment with **EDWARDS EXPRESS, LLC**, or acting on a mission or errand or on behalf of **EDWARDS EXPRESS, LLC**, thus rendering **EDWARDS EXPRESS, LLC** liable to Petitioner with the other named defendants.

8.

On information and belief, Defendant, **EDWARDS EXPRESS, LLC**, were underinsured; and therefore, are unable to compensate Petitioners, **WATOYA RAY AND LARRY MCKAY**, for their damages. At all relevant times, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (as an uninsured/underinsured motorist carrier)** provided a policy of uninsured / underinsured motorist insurance on the vehicle owned and operated by **WATOYA RAY** on the date of this accident, which provided coverage for the type of loss sued upon, and/or provided available coverage including med-pay, thus rendering **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (as an**

uninsured/underinsured motorist carrier), liable to Petitioners, **WATOYA RAY AND LARRY MCKAY**, with the other named defendants.

Therefore, Petitioners pray that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioners and against the defendant, jointly and in solido in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, rental expenses, property damage, loss of use and/or depreciation of vehicle, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, loss of consortium, and loss of enjoyment of life, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners pray for all general and equitable relief.

Respectfully submitted,

Brian King, La. Bar #24817
Jason F. Giles, La. Bar #29211
Anthony J. Milazzo, III, La. Bar #29631
James E. Courtenay, La. Bar #31681
The King Firm, LLC
2912 Canal Street
New Orleans, LA 70119
Phone 504-909-5464
Fax 800-901-6470

**PLEASE SERVE:**
**HALLMARK SPECIALTY INSURANCE COMPANY**
Through their Registered Agent for Service of Process:
Through the Secretary of State

**EDWARDS EXPRESS, LLC**
Through their Registered Agent for Service of Process:
Billy Edwards
3885 Nathan Kornman Drive
Harvey, La 70058

*(additional service information on the following page)*

**MICHAEL EMERY**
2377 Country Club
LaPlace, LA 70068

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Through their Registered Agent for Service of Process:
Through the Secretary of State