

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO. 18-6065  DIVISION " "   DOCKET NO. " "

SECTION 14

KYNISHA PUGH

VERSUS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
AND SHAWANDA ROBERTS

FILED: _____      _____
                                         DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of Kynisha Pugh, individually and on behalf of her minor child, Mia Salomon, an adult resident and domiciliary of the Parish of Orleans, respectfully represents:

1.

State Farm Mutual Automobile Insurance Company, defendant, is a foreign insurance corporation doing business in the State of Louisiana.

2.

Shawanda Roberts, defendant, is an adult resident and domiciliary of the Parish of Orleans.

3.

On or about June 20, 2017, Kynisha Pugh was operating her 2008 Nissan Armada automobile in a westerly direction along Harrison Avenue in the Parish of Orleans, whereupon her vehicle was struck suddenly, violently and without warning by 2012 Chevy Equinox owned and operated by Shawanda Roberts.



4.

The collision was caused solely and proximately by the negligence and want of care of Shawanda Roberts in the following non-exclusive particulars:

a. failing to see what a reasonable driver would have seen;

b. operating a motor vehicle in a careless, inattentive and reckless manner;

c. failing to keep a proper lookout;

d. failing to avoid a collision;

e. driving too quickly under the circumstances;

f. failure to yield; and

g. failing to obey a traffic signal; and

h. all other elements of negligence, acts and omissions to be proved at trial.

5.

At all times material hereto, State Farm Mutual Automobile Insurance Company, defendant, maintained in full force and effect a policy of insurance insuring Shawanda Roberts for the liability and damages asserted herein.

6.

As a direct result of Shawanda Roberts' negligence and want of care, Kynisha Pugh suffered bodily injuries, pain and suffering, mental anguish, loss of enjoyment of life, medical expenses and loss of earnings, all of which warrant an award in her favor for compensatory damages in amount insufficient to permit trial by jury.

7.

As a direct result of Shawanda Roberts' negligence and want of care, Mia Salomon, who was a passenger in Kynisha Pugh's vehicle, suffered bodily injuries, pain and suffering, mental anguish, loss of enjoyment of life, medical expenses and loss of earnings, all of which warrant an award in her mother, Kynisha Pugh's favor for compensatory damages in amount insufficient to permit trial by jury.

8.

At all times material hereto, Mia Salomon is the minor daughter of Kynisha Pugh. Mr. Salomon' father is an absentee and, therefore, pursuant to La. C.C.P. art. 683 (C), his mother, Kynisha Pugh, is the proper party plaintiff to enforce the rights of her unemancipated minor, Mia Salomon.

WHEREFORE, petitioner, Kynisha Pugh, individually and on behalf of her minor daughter, Mia Salomon, prays that State Farm Mutual Automobile Insurance Company and Shawanda Roberts, defendants, be served with this petition, and that after due proceedings there be judgment casting defendants jointly and solidarily liable unto petitioner for compensatory damages, legal interest, all costs and for all general and equitable relief.

Respectfully submitted,

**NUGENT KEATING**

*D. PATRICK KEATING (#27825)*
*SIMONE R. NUGENT (#34409)*
*3300 Canal Street, Suite 100*
*New Orleans, LA 70119*
*Telephone: (504) 513-3333*
*Facsimile No.: (877) 565-2570*

**PLEASE SERVE:**

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

AND

SHAWANDA ROBERTS
1635 Independence
New Orleans, LA 70117



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO.  DIVISION " "  DOCKET NO. " "

KYNISHA PUGH

VERSUS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
AND SHAWANDA ROBERTS

FILED: _____   _____
DEPUTY CLERK

## INTERROGATORIES

Pursuant to LCCP Articles 1421 et seq., plaintiff propounds the following interrogatories to defendants to be answered under oath, within the time delays allowed by the Louisiana Code of Civil Judicial Procedure.

### INTERROGATORY NO. 1:

Kindly identify by name, home address, occupation, job title and telephone number the following persons:

a. all persons who claim to have witnessed the accident which is the subject of this lawsuit;

b. all persons from whom defendants, their agents, attorneys or employees have taken any statement, whether orally or in writing;

c. all persons whom defendants will call to testify at the trial of this matter;

d. all persons who claim to have any knowledge pertaining to any issue raised by pleadings filed by any party;

e. all persons controlling, possessing or having access to any exhibit or tangible item which defendants will seek to introduce into evidence or which defendants will display to the trier of fact or any witness at the trial of this matter; and

f. all persons who have furnished information used in answering these interrogatories.

VERIFIED

**INTERROGATORY NO. 2:**

Kindly identify by name, home address, business address, occupation, telephone number and field of alleged expertise all expert witnesses:

    a.    whom defendants have consulted in connection with any issue raised by pleadings filed by any party; and

    b.    whom defendants will call to testify at the trial of this matter.

**INTERROGATORY NO. 3:**

At the time of the accident at issue in this matter, were there any policies of insurance insuring your liability for the type of risk sued on herein? Please describe any such insurance policy, including primary, reinsurance, surplus line, umbrella or uninsured/underinsured (UM) insurance policies of which you have knowledge, express or implied, insuring defendants against damages to third persons and in full force and effect on the date in question, stating for each policy:

    a.    the name of the insurance company or club;

    b.    the address of the insurance company or club;

    c.    the name of all insureds;

    d.    the policy number;

    e.    the term of the policy;

    f.    what type of policy it was; and

    g.    the amount of coverage of the policy including policy limits and deductibles for personal injury, wrongful death, and property damage.

Respectfully submitted,

*NUGENT KEATING*

*[signature]*

D. PATRICK KEATING (#27825)
SIMONE R. NUGENT (#34409)
3300 Canal Street, Suite 100
New Orleans, LA 70119
Telephone: (504) 513-3333
Facsimile No.: (877) 565-2570

**PLEASE SERVE WITH
ORIGINAL PETITION ON DEFENDANTS**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO.  DIVISION " "  DOCKET NO. " "

KYNISHA PUGH

VERSUS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
AND SHAWANDA ROBERTS

FILED: _____  _____
DEPUTY CLERK

### REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

Plaintiff hereby requests that defendants produce and permit inspection of the following documents and things at the offices of undersigned counsel, or at such other time and place as might be agreed upon; that production of the said documents and things be supplemented on a continuing basis; and that defendants identify and number each document and thing in a formal written return signed under oath by defendants:

1.

A certified copy of all policies of insurance purporting to insure defendants or their vehicles at the time of the accident which is the subject of this lawsuit.

2.

All exhibits or other tangible items which defendants will seek to introduce into evidence at the trial of this matter, or which defendants will display to any witness or the trier of fact.

3.

All statements, whether written or recorded, taken from plaintiff or any other individual(s) pertaining to any issue raised by pleadings filed by any party.


VERIFIED

4.

All medical reports, bills, test results, tax returns, W-2 forms, personnel records, social security records, unemployment records or other writings, documents and films pertaining to the physical or psychological state of plaintiff, apart from items which were furnished to defendants by plaintiff.

5.

All photographs, repair estimates, cancelled checks or other writing and things pertaining to the location or extent of property damage sustained by any vehicle involved in the accident which is the subject of this lawsuit.

6.

All reports and other writings prepared by any expert whom defendants will call to testify at the trial of this matter.

Respectfully submitted,

**NUGENT KEATING**

D. PATRICK KEATING (#27825)
SIMONE R. NUGENT (#34409)
3300 Canal Street, Suite 100
New Orleans, LA 70119
Telephone: (504) 513-3333
Facsimile No.: (877) 565-2570

**PLEASE SERVE WITH
ORIGINAL PETITION ON DEFENDANTS**

FILED
JUN 20 2018
CLERKS OFFICE
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO.                    DIVISION " "                    DOCKET NO. " "

KYNISHA PUGH, INDIVIDUALLY AND ON BEHALF OF HER
MINOR CHILD, MIA SALOMON

VERSUS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
AND SHAWANDA ROBERTS

FILED: _____          _____
                                         DEPUTY CLERK

**REQUEST FOR NOTICE OF TRIAL AND
OF SIGNING OF JUDGMENT AND ORDER**

Pursuant to Article 1572 of the Louisiana Code of CivilJudicial Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

We also request notice of the signing of any final judgment, the rendition of any interlocutory order or judgment or of any order or judgment refusing to grant a new trial, in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of CivilJudicial Procedure.

Respectfully submitted,

*NUGENT KEATING*

_____
D. PATRICK KEATING (#27825)
SIMONE R. NUGENT (#34409)
3300 Canal Street, Suite 100
New Orleans, LA 70119
Telephone: (504) 513-3333
Facsimile No.: (877) 565-2570

VERIFIED