# RELEASE AND INDEMNITY AGREEMENT

I, Damian LaBeaud, for the sole consideration of the sum of Seventeen Thousand Four Hundred Sixty-Eight Dollars 86/100 ($17,468.86), in hand paid, the receipt whereof is hereby acknowledged, do hereby release and forever discharge Allstate Fire and Casualty Insurance Company and Trimekia Ware and any and all of their agents, employees or representatives, insurers, reinsurers, their heirs, administrators, executors, successors and assigns and anyone else of and from any and all claims, demands, damages, wrongful death, costs, expenses, loss of service, loss of support, loss of society, loss of love, loss of companionship, loss of affection, loss of consortium, and loss of any and all other actions and causes of action of whatsoever kind or nature, for or because of any matter or thing done, omitted or suffered to be done by Allstate Fire and Casualty Insurance Company and Trimekia Ware and any and all of their agents, employees or representatives, insurers, reinsurers, their heirs, administrators, executors, successors and assigns and anyone else on account of any and all claims for personal injuries, disability, medical payments, hospital, doctor, drug, extended care, rehabilitation or other expenses and/or general damages, lost wages, property damage and any and all claims for court costs, punitive damages, statutory penalties, attorney's fees, as well as any claims for any arbitrary and/or capricious failure to make payment within any applicable statutory time limit, as well as any other persons, whether major or minor, who may be afforded coverage of whatever kind or nature pursuant to the provisions of said policy or any other amount which I have or may have arising out of that certain accident which occurred on or about September 23, 2017, on Simon Bolivar Avenue, in the Parish of Orleans, State of Louisiana.

To procure the payment of said sum, I hereby declare that no representations about the nature and extent of the said injuries, disabilities or damages made by any physician, attorney or agent of any party released, nor any representation regarding the nature and extent of legal liability or financial responsibility of any of the parties released have induced me to make this Release and Indemnity Agreement; that in determining the amount of said sum, there has been taken into consideration, not only those ascertained injuries, disabilities and damages, but also the possibility that the injuries sustained may be permanent and progressive and recovery therefrom uncertain and indefinite so that consequences not now anticipated may result from the said accident and damages suffered by me.

I do further hereby agree to indemnify and hold harmless the said Allstate Fire and Casualty Insurance Company and Trimekia Ware and any and all of their agents, employees or representatives, insurers, reinsurers, their heirs, administrators, executors, successors and assigns and anyone else of and from any and all further claims that may be brought by me or by anyone on my behalf or by anyone to whom I have subrogated all or any part of our claims, whether conventional or by operation of law; and whether for liens, albeit by contract or otherwise and whether known or unknown, and for any associated penalties and/or attorney's fees as provided by any and all statutes; and whether for medical services and/or payments rendered and/or hospital expenses incurred by any institution or hospital agency in the State of Louisiana or the Federal Government (including any Charity Hospital, Medicaid, and Medicare); and any claims by any worker's compensation insurer or other medical payments insurer; as well as any general damages, lost wages, property damage, wrongful death claims, punitive damages of any kind or any other amounts that may be asserted by me/us or anyone else on our behalf for indemnity, contribution, subrogation or otherwise; any and all claims for any and all types of penalties and/or attorney fees whatsoever; as well as any claims which may be brought by anyone against any parties released herein, whether by petition, intervention, cross claim, third party demand or otherwise, arising out of or as a result of the above described accident.

It is further understood and agreed that the parties herein released have not admitted any liability whatsoever and it is recognized and understood that they do specifically deny any and all other responsibility and liability in connection with the claims and/or suit described herein.

The aforesaid payment is also received in full compromise and settlement of the lawsuit, which is entitled "Labeaud vs. Allstate," and bears No. -DIVISION G on the docket of the CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, said suit having now been satisfied as against the released parties herein. It is further understood that Damian LaBeaud, and the released parties herein reserve any and all rights and/or claims they may have against any other parties to this lawsuit, whether named or unnamed.

**EXHIBIT "B"**

The foregoing payment is also received in full compromise and settlement of any and all claims that I have or may have against the released parties under any portion or type of coverage under any policy of insurance issued by any of the released parties including liability, underinsured/uninsured motorist, or economic only underinsured/uninsured motorist, medical payments provision, and property damage provisions with this list not being exclusive of those coverages, and all other provisions of said policy as a result of this aforesaid incident described herein.

Concurrently with the execution of this Release and Indemnity Agreement, counsel for the plaintiff shall deliver to counsel for the defendants an executed dismissal with prejudice of the lawsuit and/or petition. Plaintiff hereby authorizes counsel for the defendants to file said dismissal with the Court and enter it as a matter of record.

Executed before the undersigned competent witnesses this 28th day of December, 2018, at Orleans, Louisiana.

WITNESSES:

_Leila Rodriguez_   _Damian LaBeaud_

_Jatiyaa A.B._

STATE OF LOUISIANA            PARISH OF Orleans

**BEFORE ME**, the undersigned authority, personally came and appeared:

Damian LaBeaud

who, upon being first duly sworn, did depose and state that he has read the foregoing receipt, release and indemnity agreement, that he understands same, and that he has signed same as his own free act.

_Damian LaBeaud_

SWORN TO AND SUBSCRIBED before me this 28th day of December, 2018.

_____
NOTARY PUBLIC

Danny Patrick Keating
Louisiana Bar Roll # 27825
My Commission Expires Upon Death

Our File Number: 0476104104.2

Page 2 of 2