UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY WILLIAMS, MARY WADE & LUCINDA THOMAS | CIVIL ACTION NO. 18-2472<br>c/w 18-6113 |
| VERSUS | JUDGE ZAINEY |
| | MAGISTRATE DOUGLAS |
| IQS INSURANCE RISK RETENTION GROUP, INC., ET AL. | APPLIES TO: ALL CASES |

### DEFENDANTS' WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come Defendants, Southern Refrigerated Transport, Inc. ("SRT"), IQS Insurance Risk Retention Group, Inc. and Eric Darnell Martin, who submit the following list of witness and exhibits:

### WILL CALL WITNESS LIST

1.   Plaintiff, Mary Wade;

2.   Plaintiff, Judy Williams;

3.   Plaintiff, Lucinda Thomas;

4.   Dashontae D. Young
     Facts of alleged accident at issue;

5.   Corporate Representative(s) of Southern Refrigerated Transport, Inc.;

6.   V.O. "Dean" Tekell, Jr., P.E., P.T.O.E.;
     Accident Reconstruction Expert – Dean Tekell Consulting

7.   Barry G. Dickey
     Forensic Expert - Audio Evidence Lab

8.   Najeeb Thomas, M.D.
     Medical Expert retained by Defendants to perform medical records review and/or additional medical examinations on Plaintiffs;

9. Curtis R. Partington, M.D.
   Medical Expert retained by Defendants to perform medical records review;

10. NOPD Officer Debra Spriggins
    Facts of alleged accident at issue;

11. Damian LaBeaud
    Facts of alleged accident at issue and connections to similar accidents;

12. Mario Salomon;
    Facts of alleged accident at issue and connections to similar accidents;

13. Angel Mathieu
    Connections to similar accidents;

14. Joe Schembre
    J.S. Investigations
    Connections to similar accidents;

15. Kevin O'Connell and/or Representative(s) Claims Bureau USA
    Identification and explanation of cell phone records;

16. Chelsey Richard Napoleon, Clerk of Court and Ex-Officio Recorder for the Civil District Court for the Parish of New Orleans
    Certification and authentication of pleadings filed in CDC;

17. Representative(s) of Sprint
    Certification and authentication of cell phone records;

18. Representative(s) of AT&T
    Certification and authentication of cell phone records;

19. Custodian of Records for the NOPD
    Certification and authentication of accident reports and dash/body camera videos;

20. Chance Lacourse of SRT

## MAY CALL WITNESS LIST

1. Corporate representative of IQS Insurance Risk Retention Group, Inc.;

3. Darrel Richoux
   Connections to similar accidents;

4. Watoya Ray
Connections to similar accidents;

5. Michael Emery
Connections to similar accidents;

6. Kynisha Pugh
Connections to similar accidents;

7. Damian LaBeaud (Damian LaBeaud's daughter)
Connections to similar accidents;

8. Mia Salomon
Connections to similar accidents;

9. Kishuan Hatch
Connections to similar accidents;

10. Willie Faye Lewis
Connections to similar accidents;

11. Tasha Bishop
Connections to similar accidents;

12. Eleishah Bowens
Connections to similar accidents;

13. Corey Pugh
Connections to similar accidents;

14. Patricia Pugh
Connections to similar accidents;

15. Rachel Krantz
Connections to similar accidents;

16. George Brock
Connections to similar accidents;

17. Bianca Brock
Connections to similar accidents;

18. Derian Johnson
Connections to similar accidents;

19. Lance Hardberger

             Connections to similar accidents;

20. Christopher Maurice
    Connections to similar accidents;

21. Sabrina Randolph
    Connections to similar accidents;

22. Felicia McGowan
    Connections to similar accidents;

23. Jasper Rockwood
    Connections to similar accidents;

24. Telisha Kennedy
    Connections to similar accidents;

25. Troy McKinnis
    Connections to similar accidents;

26. Chemeka Downs
    Connections to similar accidents;

27. Tanya Givens
    Connections to similar accidents;

28. Jazmun Jack Tolbert
    Connections to similar accidents;

29. Jude Smith
    Connections to similar accidents;

30. Jamar Leonard
    Connections to similar accidents;

31. Randy Cobb
    Connections to similar accidents;

32. Gilda Henderson
    Connections to similar accidents;

32. Christopher Davis
    Connections to similar accidents;

33. Manuel Garrison
    Connections to similar accidents;

34. Representative(s) of Claims Bureau USA;

35. Patrick Keating, to the extent necessary
Connections to similar accidents and communications with Damian LaBeaud on 6/6/17;

36. Michael Dumas
Connections to similar accidents;

37. Kim Dumas
Connections to similar accidents;

36. Any and all witnesses to the subject accident;

38. Eric Stine
Scheduling, approval and funding of Plaintiffs' medical treatment;

42. Donald Gervais, M.D.
Plaintiffs' medical treatment;

43. Gerald O'Bryan, M.D.
Plaintiffs' medical treatment;

44. Stephanie Casey, M.D.
Plaintiffs' medical treatment;

45. Representative(s) of Integrated Health Management
Scheduling, approval and funding of Plaintiffs' medical treatment;

46. Representative(s) of Southern Magnolia Medical
Scheduling, approval and funding of Plaintiffs' medical treatment;

47. Representative(s) of Medical Resources Unlimited
Scheduling, approval and funding of Plaintiffs' medical treatment;

48. Any witness identified during discovery as having knowledge of relevant facts;

49. Any expert witness identified during discovery by any party;

50. Any witness identified by any other party to this litigation;

51. Any and all physicians, nurses, technicians, physical therapists, healthcare providers or mental health providers who have examined, tested, evaluated or treated the Plaintiffs at any time;

52. Any medical records custodians for purposes of authenticating records;

53. Any witness required to authenticate any document, evidence or exhibits;

54. Any witness necessary for impeachment;

55. Any witness necessary for rebuttal;

56. Any and all witnesses listed and/or called by any other party;

57. Eric Martin

58. Representative(s) of Verizon Wireless
Certification and authentication of cell phone records;

59. Representative(s) of T-Mobile
Certification and authentication of cell phone records; and

60. Any witness revealed through continuing discovery and/or the relevance of whose testimony becomes known at any time prior to trial.

Defendants reserve the right to supplement this list as discovery in this matter is ongoing.

## EXHIBIT LIST

1. Any and all medical records of Plaintiffs' treating health care providers, including but not limited to the following:

    *Beau Porche, D.C. and/or Houma-Thibodaux Spine & Rehabilitation*

    *Suniel Jolly, M.D. and/or Louisiana Pain Specialists*

    *Stephanie Casey, M.D. and/or Metairie Imaging*

    *Joseph M. Zavatsky, M.D. and/or Spine & Scoliosis Specialists*

    *Fairway Medical Surgical Hospital*

    *Peter G. Liechty, M.D. and/or One Spine Institute*

    *Todd N. Arcement, D.C. and/or Chiropractic & Physical Therapy Clinic, Inc.*

    *Wendy S. Gervais, M.D. and/or Imaging Center of Southeast Louisiana*

> *Sean Graham, M.D. and/or Baton Rouge Spine Diagnostic Pain and Treatment Center*
>
> *Allied Health*
>
> *Dynamic Spinal Imaging, LLC*
>
> *Gulf Coast Surgical Center*
>
> *Gabriel Tender, M.D., and/or University Medical Center*
>
> *Magnolia Diagnostics*
>
> *Internal Medicine Associates of Houma*
>
> *Leonard J. Chabert Medical Center*
>
> *Dr. Gerald K. O'Bryan and/or Chabert Family Medical Center*
>
> *Donald Gervais, M.D. and/or Southeast Neuroscience Center*
>
> *Louisiana Rehab Products*
>
> *DJO, LLC*
>
> *ISR Physical Therapy*
>
> *Dr. Ali Sedeghi and/or Aesthetic & Reconstructive Breast Center*
>
> *Terrebonne General Medical Center*
>
> *The Therapy Group, Inc.*

2. IQS Insurance Risk Retention Group, Inc. Commercial Insurance Policy No. IQS17SRT02 issued to Southern Refrigerated Transport, Inc.;

3. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #170606133446073, NOPD Item#F-06577-17; *Williams, et al v. IQS Insurance Risk Retention Group, Inc., et al*;

4. NOPD Dash camera video and/or body worn camera video related to NOPD#F-06577-17; DOA: 06/06/2017; *Williams, et al v. IQS Insurance Risk Retention Group, Inc., et al*;

5. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD#F-06577-17; DOA: 06/06/2017; *Williams, et al v. IQS Insurance Risk Retention Group, Inc., et al*;

6. Certified telephone records of Lucinda Thomas produced by AT&T Wireless;

7. Certified telephone records of Damian LaBeaud produced by Sprint Spectrum, L.P.;

8. Certified telephone records of Mary Wade produced by Sprint Spectrum, L.P.

9. June 14, 2018 letter of representation of Damian LaBeaud relative to an accident occurring 06/07/2018 from D. Patrick Keating, Esq.;

10. A certified copy of any and all petitions/complaints and accident reports for the following alleged accidents:

   *Damien LaBeaud v. Hallmark Specialty Insurance Company, et al*; CDC Docket #16-7003;

   *Damian LaBeaud v. American International Group, Inc., et al;* CDC Docket #10-11083;

   *Damian LaBeaud v. Great West Casualty Insurance Company, et al*; CDC Docket #12-6987 (removed to EDLA, Docket #12-02044);

   *Damian LaBeaud v. Allstate Fire & Casualty Ins. Co.*; CDC Docket #18-5963;

   *Damian LaBeaud v. The Hertz Corporation*; CDC Docket #15-11372 (removed to EDLA, Docket #16-00322);

   *Damian LaBeaud v. Marten Transport, LTD, et al*; CDC Docket #16-3758;

   *Michael Dumas and Kim Dumas v. AIG Insurance Company, et al*; CDC Docket #17-8113;

   *Sabrina Randolph v. Great West Casualty Co;* CDC Docket #17-4303;

   *Sabrina Randolph v. Energi In. Services, et al*; CDC Docket #16-4982;

   *Angel Mathieu v. Scottsdale Insurance Company, et al*: CDC Docket #08-3000 (Removed to EDLA; Docket #18-6371;

*Watoya Ray v. Hallmark Specialty Insurance Company, et al;* CDC Docket #18-2599;

*Kynisha Pugh v. State Farm Mutual Automobile Insurance Company, et al*; CDC Docket#18-6065;

*Kynisha Pugh v. Great West Casualty Company, et al*; CDC Docket#18-8879;

*Mario Solomon v. State Farm Mutual Automobile Insurance Company and Ray Watoya;* CDC Docket #18-3893*;*

*Hatch, et al v. The Gray Insurance Company, et al*; CDC Docket #16-11607;

*Johnson, et al v. Tyson Foods, Inc., et al;* CDC Docket #18-387;

11. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #170123163223626, NOPD Item#A-25822-17, DOA: 01/23/2017, *Johnson, et al v. Tyson Foods, Inc., et al*;

12. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #180607112636448, NOPD Item#F-07962-18, DOA: 06/07/2018, *LaBeaud v. Camellia Tank Lines, LLC;*

13. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #170923091314048, NOPD Item#I-29942-17, DOA: 09/23/2017, *LaBeaud v. Allstate Fire and Casualty Insurance Company*;

14. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #1508072026954840, NOPD Item#H-08647-15, DOA: 08/07/2015, *LaBeaud v. Marten Transport, LTD., et al*;

15. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #6151765, NOPD Item#L-05745-14, DOA: 12/05/2014, *LaBeaud v. The Hertz Corporation;*

16. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #170905134957423, NOPD Item#I-05874-17; DOA: 09/05/2017; *Ebanks, et al v. State National Insurance Company, et al*;

17. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #170627152122669, NOPD Item#F-33637-17; DOA: 06/27/2017; *Hollinger, et al v. The Insurance Company of the State of Pennsylvania, Inc., et al*;

18. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #170914153058189, NOPD Item#l-17836-17; DOA: 09/14/2017; *Barnes, et al v. State National Insurance Company, et al*;

19. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #170726212747796; NOPD Item#G-34372-17; DOA: 07/26/2017; *Woods, et al v. Landrieu Concrete and Cement Industries, LLC, et al*;

20. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #170629155109907, NOPD Item#F-36198-17; DOA: 06/29/2017; *Garrison, et al v. Gray Casualty and Insurance Company, et al*;

21. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #170511121018410, NOPD Item#E-13355-17; DOA: 05/11/2017; involving David Brown and Sedrick T. Ivey/Westfield Insurance Company;

22. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #170918191654955, NOPD Item#I-23455-17; DOA: 09/18/2017; involving Latisha Sullivan and Nelson Mize/Better Boxing Co. d/b/a BBC Logi/United Specialty Insurance Company;

23. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #170607092838043, NOPD Item#F-07830-17; DOA: 06/07/2017; involving Jazmun Jack Tolbert and Christopher C. Davis/McKoin Trucking Company;

24. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #160505152842406, NOPD Item#E-10232-16; DOA: 05/09/2016; *Hatch, et al v. The Gray Insurance Company, et al;*

25. State of Louisiana Uniform Motor Vehicle Traffic Crash Report #160504160359806, NOPD Item#E-04339-16; DOA: 05/04/2016; involving Kishuan Hatch;

26. State of Louisiana Uniform Motor Vehicle Traffic Crash Report related to Damien LaBeaud v. Hallmark Specialty Insurance Company, et al; DOA 12/4/15;

27. NOPD Dash and Body Camera Video related to CDC Docket #16-7003; *Damien LaBeaud v. Hallmark Specialty Insurance Company, et al*; DOA 12/4/15

28. Deposition Transcript of Damian LaBeaud related to CDC Docket #16-7003; *Damien LaBeaud v. Hallmark Specialty Insurance Company, et al;*

29. NOPD Dash and/or Body Camera Video related to NOPD Item#A-25822-17, DOA: 01/23/2017, *Johnson, et al v. Tyson Foods, Inc., et al*;

30. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#A-25822-17, DOA: 01/23/2017, *Johnson, et al v. Tyson Foods, Inc., et al*;

31. NOPD Dash camera video and/or body worn camera video related to NOPD Item#F-07962-18, DOA: 06/07/2018, *LaBeaud v. Camellia Tank Lines, LLC* (suit not filed)*;*

32. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#F-07962-18, DOA: 06/07/2018, *LaBeaud v. Camellia Tank Lines, LLC* (suit not filed)*;*

33. NOPD Dash camera video and/or body worn camera video related to NOPD Item#I-29942-17, DOA: 09/23/2017, *LaBeaud v. Allstate Fire and Casualty Insurance Company*;

34. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#I-29942-17, DOA: 09/23/2017, *LaBeaud v. Allstate Fire and Casualty Insurance Company*;

35. NOPD Dash camera video and/or body worn camera video related to NOPD Item#H-08647-15, DOA: 08/07/2015, *LaBeaud v. Marten Transport, LTD., et al*;

36. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#H-08647-15, DOA: 08/07/2015, *LaBeaud v. Marten Transport, LTD., et al*;

37. NOPD Dash camera video and/or body worn camera video related to NOPD Item#L-05745-14, DOA: 12/05/2014, *LaBeaud v. The Hertz Corporation;*

38. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#L-05745-14, DOA: 12/05/2014, *LaBeaud v. The Hertz Corporation;*

39. NOPD Dash camera video and/or body worn camera video related to NOPD Item#I-05874-17; DOA: 09/05/2017; *Ebanks, et al v. State National Insurance Company, et al*;

40. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#I-05874-17; DOA: 09/05/2017; *Ebanks, et al v. State National Insurance Company, et al*;

41. NOPD Dash camera video and/or body worn camera video related to NOPD Item#F-33637-17; DOA: 06/27/2017; *Hollinger, et al v. The Insurance Company of the State of Pennsylvania, Inc., et al*;

42. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#F-33637-17; DOA: 06/27/2017; *Hollinger, et al v. The Insurance Company of the State of Pennsylvania, Inc., et al*;

43. NOPD Dash camera video and/or body worn camera video related to NOPD Item#l-17836-17; DOA: 09/14/2017; *Barnes, et al v. State National Insurance Company, et al*;

44. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#l-17836-17; DOA: 09/14/2017; *Barnes, et al v. State National Insurance Company, et al*;

45. NOPD Dash camera video and/or body worn camera video related to NOPD Item#G-34372-17; DOA: 07/26/2017; *Woods, et al v. Landrieu Concrete and Cement Industries, LLC, et al*;

46. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#G-34372-17; DOA: 07/26/2017; *Woods, et al v. Landrieu Concrete and Cement Industries, LLC, et al*;

47. NOPD Dash camera video and/or body worn camera video related to NOPD Item#F-36198-17; DOA: 06/29/2017; *Garrison, et al v. Gray Casualty and Insurance Company, et al*;

48. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#F-36198-17; DOA: 06/29/2017; *Garrison, et al v. Gray Casualty and Insurance Company, et al*;

49. NOPD Dash camera video and/or body worn camera video related to NOPD Item#E-13355-17; DOA: 05/11/2017; involving David Brown and Sedrick T. Ivey/Westfield Insurance Company;

50. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#E-13355-17; DOA: 05/11/2017; involving David Brown and Sedrick T. Ivey/Westfield Insurance Company;

51. NOPD Dash camera video and/or body worn camera video related to NOPD Item#I-23455-17; DOA: 09/18/2017; involving Latisha Sullivan and Nelson Mize/Better Boxing Co. d/b/a BBC Logi/United Specialty Insurance Company;

52. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#I-23455-17; DOA: 09/18/2017; involving Latisha Sullivan and Nelson Mize/Better Boxing Co. d/b/a BBC Logi/United Specialty Insurance Company;

53. NOPD Dash camera video and/or body worn camera video related to NOPD Item#F-07830-17; DOA: 06/07/2017; involving Jazmun Jack Tolbert and Christopher C. Davis/McKoin Trucking Co.

54. NOPD 911 audio recording and/or 911 Incident Details Report related to NOPD Item#F-07830-17; DOA: 06/07/2017; involving Jazmun Jack Tolbert and Christopher C. Davis/McKoin Trucking Co.

55. LexisNexis Motor Vehicle Registration Title Report for 2008 Infinity FX35, VIN#JNRAS08U08X102441;

56. Carfax Report for 2008 Infinity FX35, VIN#JNRAS08U08X102441

57. WDSU Investigative Article and Video dated 11/13/18;

58. Facebook photographs of Damian LaBeaud;

59. Any and all criminal records of Damian LaBeaud

60. Facebook photographs of Mario Salomon;

61. Any and all criminal records of Mario Salomon;

62. Any and all records, documents and/or communications produced by Southern Magnolia Medical and/or Allied Health;

63. Cost Statements/Legers produced by Southern Magnolia Medical reflecting the total amount of payments made to Plaintiffs' treating physicians for treatment

64. Any and all records, documents and/or communications produced by Integrated Health Management;

65. Any and all records documents and/or communications produced by Medical Resources Unlimited;

66. Any and all pleadings filed on behalf of any party in this matter;

67. Any and all exhibits attached to any pleadings filed on behalf of any party in this matter;

68. Any and all transcribed deposition testimony taken by any party in this matter, as well as any other transcribed deposition testimony that was taken in preparation for trial;

69. Any and all video deposition testimony taken by any party in this matter;

70. Expert Report and Supplemental Reports of Barry G. Dickey

71. Expert Report of Dean Tekell

72. Any and all Additional Medical Examination Reports and/or Medical Records Review Reports, including but not limited to reports of Najeeb Thomas

73. Expert Reports of Curtis Partington

74. Any and all photographs, videos, diagrams, and/or sketches identified through discovery;

75. Any and all written discovery requests propounded and responses provided by any party in this matter;

76. Any and all documents produced by plaintiffs;

77. Any and all expert reports produced by any party in this matter;

78. Any and all documents/evidence necessary for impeachment purposes;

79. Any and all documents/evidence necessary for rebuttal;

80. Any exhibits listed or used by any other party.

81. Any and all investigative documents generated by any party concerning the accident at issue;

82. Any and all investigative documents generated by any party concerning accidents involving Damian LaBeaud;

83. Any and all investigative documents generated by any party concerning accidents involving Mario Salomon;

84. Insurance claims files concerning any and all accidents/incidents involving Plaintiffs that occurred either before or after the subject accident;

85. Any and all social media/social network website postings, comments, photographs, videos or other documentation concerning Plaintiffs and/or their friends and family members;

86. Any and all subpoena responses;

87. Joint Stipulation (Rec. Doc. 123);

88. Correspondence to/from Plaintiffs' counsel regarding Plaintiffs' refusal to submit to a pre-suit IME;

89. Any and all photographs of the accident scene and the vehicles involved;

90. Any and all records reflecting payments made to Plaintiffs' medical providers;

91. Any and all documents pertaining to the payment of and/or estimates of Plaintiffs' property damages;

92. Deposition Transcript of Damian LaBeaud related to CDC Docket #10-11083; *Damian LaBeaud v. American International Group, Inc. et al;*

93. Any and all documents pertaining to the settlement of Dashontae Young's alleged personal injury claim arising out of the subject accident;

94. Any document identified through continuing discovery and/or which becomes known at any time prior to trial.

Defendants reserve the right to supplement this exhibit list as discovery in this matter is ongoing.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

  /s/ C. Bowman Fetzer, Jr. _____
**JAMES A. PRATHER (#20595) (T.A.)**
**C. BOWMAN FETZER, JR. (#34541)**
3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Telephone: 985-674-6680
Facsimile: 985-674-6681
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 15th day of March, 2019, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

  /s/ C. Bowman Fetzer, Jr. _____
**C. BOWMAN FETZER, JR.**