## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDY WILLIAMS AND MARY WADE | * | CIVIL ACTION NO.: 18-2472 |
| | * | c/w 18-06113 |
| VERSUS | * | |
| | * | |
| IQS INSURANCE RISK RETENTION | * | Case Ref: 18-2472 |
| GROUP, INC. ET AL | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFFS

**MAY IT PLEASE THE COURT:**

Movants, undersigned counsel, respectfully moves the Court to issue an Order allowing them to hereby with, draw as the attorneys of record for the Plaintiffs, Judy Williams, Mary Wade and Lucinda Thomas for the reason that Plaintiffs discharged undersigned counsel as their attorney on March 22, 2019. Counsel requests this Order be granted pursuant to Louisiana Rule of Professional Conduct 1.16(a)(3), which states that a lawyer shall withdraw from the representation of a client if the lawyer is discharged.

Furthermore, undersigned counsel in this case is requesting to withdraw pursuant to the provisions of Louisiana Rule of Professional Conduct 1.16(b)(4), which states that lawyers may withdraw from representing their clients when the clients insist upon taking actions with which their lawyer have a fundamental disagreement.

Movants advise this Court that counsel has not, at this time of this filing, been informed of any new representation obtained by the Plaintiffs. Therefore, out of an abundance of caution, undersigned counsel provides the last know contact information for the Plaintiffs:

Lucinda Thomas
107 Westwood Drive
Houma, Louisiana 70363
Telephone: (985) 860-4199
Email: lucindathomas@gmail.com

Mary Wade
209 St. Malo Street
Houma, LA 70363
Telephone: (985) 346-1990
Email: marywade43@yahoo.com

Judy Williams
902 Saadi Street
Houma, LA 70363
Telephone: (985) 360-6937
judywilliams1171@gmail.com

Movant has notified the Plaintiffs by certified letter, email and US Mail, of all deadlines and pending court appearances.

Counsel for the Defendants in this matter have been contacted and have no objection to undersigned counsel withdrawing.

Wherefore, Movants hereby request that their Motion to Withdraw be set for Oral Argument and expedited consideration.

Respectfully submitted,

**NUGENT KEATING**
/S/ D. Patrick Keating

_____
D. Patrick Keating (#27825)
Simone R. Nugent (#34409)
3300 Canal Street, Suite 100
New Orleans, LA 70119
Telephone: (504) 513-3333
Facsimile: (877) 565-2570
Email: patrick@keatinglawgroup.legal