

# CERTIFICATION

I hereby certify, to the best of my knowledge, information, and belief, that:

My name is Amy Napier. I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this decision.

I am in receipt of a Subpoena requesting specified records of the business named below. This certification is for documents provided on 12/11/18 for the following number(s):

9853461990

In regards to Sprint case number 2018-231906, I hereby certify that the records attached hereto:

1. were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

2. were kept in the course of the regularly conducted business activity; and

3. were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury the foregoing is true and correct.

Executed on 12/11/2018.

*Amy Napier*
Amy Napier
Subpoena Compliance Analyst
Sprint



EXHIBIT A



Sprint
Amy Napier
Corporate Security, Subpoena Specialist
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Phone: 913-315-0142   Fax: 816-600-3161
Email: Amy.Napier@sprint.com
Toll Free: 800-877-7330

12/11/2018

C Bowman Fetzer Jr
Galloway Johnson Tompkins Burr & Smith
3 Sanctuary Boulevard   Third Floor
Mandeville, LA 70471

Sprint Case Number:   2018-231906
Your Referenced Case Number:   182472CW186113
Civil Reference Number:

Dear C Bowman Fetzer Jr,

Pursuant to the above-referenced case, I am enclosing records for the requested time period associated with the following:

**Request Type:**  Subscription Info (Basic)
Date Range:          01/02/2017 12:00:00 AM to 11/05/2018 11:59:59 PM
Subject Number:      9853461990
*************** ACCOUNT DETAILS ********************

Billing Account Number (BAN): 986178896
Account Establish Date: 7/4/2009
Account Expiration (Cancel) Date: Active through Date Searched

Account Billing Address(es):
Effective: 8/9/2011
MARY WADE
209 SAINT MALO ST
HOUMA, LA 70363

Effective: 10/7/2010
MARY WADE
209 SAINT MALO ST
HOUMA, LA 70363

Effective: 7/4/2009
MARY WADE
PO BOX 54988
IRVINE, CA 92619

Account Contact Numbers:
None Provided

Account Type:
Boost Prepaid Account

*************** SUBSCRIBER DETAILS *********************

SubscriberID: 13083214021
Personal Telephone Number
(PTN / MDN)                 Effective
9853461990    Status Date: 12/16/2010 7:22:07 PM    Status: A

Media Access Control Identifier
(MAC_ID)                    Effective
NO DATA FOUND

Urban Fleet Mobile Identifier
(UFMI)                      Effective
NO DATA FOUND

Non IDEN Direct Connect / Push to Talk
(HPPTT)                     Effective
NO DATA FOUND

Internet Protocol Address
(IP)                        Effective
NO DATA FOUND

Network Access Identifier
(NAI)                       Effective
MARYWADE@MYBOOSTMOBILE.SPRINTPCS.COM    12/16/2010 7:22:07 PM    Status: A

************EQUIPMENT******************

International Mobile Subscriber Identity(s) (IMSI)
310120149872134    Status Date: 10/3/2018 12:00:00 AM    Status: A
310120071534841    Status Date: 8/27/2018 12:00:00 AM    Status: C
310120149872134    Status Date: 3/27/2017 12:00:00 AM    Status: C
310120211194113    Status Date: 9/26/2016 12:00:00 AM    Status: C

Universal Integrated Circuit Card(s) (UICC)
NO DATA FOUND

Mobile Station Identification Number(s) (MSID)
000009853819038              12/16/2010 7:22:07 PM    Status: A

Subscriber Identity Module(s) (SIM)
NO DATA FOUND

Electronic Serial Number (ESN/MSN)
089609549403290194    Effective: 10/3/2018    Expiration: Active through Date Searched
089772186406435957    Effective: 8/27/2018    Expiration: 10/3/2018    Status: C
089609549403290194    Effective: 3/27/2017    Expiration: 8/27/2018    Status: C
256691570500009490    Effective: 9/26/2016    Expiration: 3/27/2017    Status: C

International Mobile Station Equipment Identity (IMEI)
NO DATA FOUND

************FEATURES******************

Prepaid Barring All Servi    Effective: 10/12/2018 Expiration: 10/17/2018
SMS Text Messages            Effective: 3/27/2017    Expiration: Active through Date Searched
Sprint Data Services         Effective: 3/27/2017    Expiration: Active through Date Searched
Anytime Minutes              Effective: 3/27/2017    Expiration: Active through Date Searched
Basic Private Label Solut    Effective: 3/27/2017    Expiration: Active through Date Searched
Boost LTE Provisioning Fe    Effective: 3/27/2017    Expiration: Active through Date Searched
Caller ID                    Effective: 3/27/2017    Expiration: Active through Date Searched
CDMA High Speed Data         Effective: 3/27/2017    Expiration: Active through Date Searched
Domestic LD Rate $0          Effective: 3/27/2017    Expiration: Active through Date Searched
International Calling        Effective: 3/27/2017    Expiration: Active through Date Searched
Phone as Modem               Effective: 3/27/2017    Expiration: Active through Date Searched

```
Prepaid Barring All Servi     Effective: 1/5/2017    Expiration: 1/7/2017
Phone as Modem                Effective: 6/17/2016   Expiration: 3/27/2017
International Calling         Effective: 6/17/2016   Expiration: 3/27/2017
Domestic LD Rate $0           Effective: 6/17/2016   Expiration: 3/27/2017
CDMA High Speed Data          Effective: 6/17/2016   Expiration: 3/27/2017
Caller ID                     Effective: 6/17/2016   Expiration: 3/27/2017
Boost LTE Provisioning Fe     Effective: 6/17/2016   Expiration: 3/27/2017
Basic Private Label Solut     Effective: 6/17/2016   Expiration: 3/27/2017
Sprint Services               Effective: 6/17/2016   Expiration: 3/27/2017
Anytime Minutes               Effective: 6/17/2016   Expiration: 3/27/2017
Sprint Data Services          Effective: 6/17/2016   Expiration: 3/27/2017
SMS Text Messages             Effective: 6/17/2016   Expiration: 3/27/2017
===========================================
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Request Type:** Subscription Info (Basic)
**Date Range:**         01/02/2017 12:00:00 AM to 11/05/2018 11:59:59 PM
**Subscriber Name:**    Mary Wade

Comments:

We are unable to provide information and/or records for the listed individual, as we require additional identifying information (a complete Social Security Number, address, etc.) in order to comply with your request. Please forward a new request to our office, listing additional identifying information in addition to the customer name. Thank you for your understanding and cooperation in this matter.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Request Type:** CDR
**Date Range:**     01/02/2017 12:00:00 AM to 11/05/2018 11:59:59 PM
**Subject Number:** 9853461990

Comments:

Please note records were researched for the complete date range listed above. The attached call detail records are provided in what we call a "CDMA Call Detail Report," which includes all billable and completed incoming, outgoing and routed calls except those made or received while roaming. A guide to reading CDMA Reports is included for your convenience.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Request Type:** IPDR
**Date Range:**     01/02/2017 12:00:00 AM to 11/05/2018 11:59:59 PM
**Subject Number:** 9853461990

Comments:

A thorough search has been completed. Please see attached records found for the requested time period.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please use the contact information listed above for any questions or further inquiries regarding this request.

Sincerely,

Amy Napier
Subpoena Compliance
Sprint Corporate Security
Amy.Napier@sprint.com

Enclosures

*Notice: If the records contained in the attached package are utilized in trial proceedings, and if you require a records custodian for authentication, be advised Sprint does not have local representatives. Sprint's Trial Team is located at our Corporate Headquarters in Overland Park, Kansas. You will need to contact the Trial Team at CSTrialTeam@Sprint.com or call our office at 800-877-7330. Our office will require at least two-weeks notice in addition to pre-paid travel arrangements by your office.

**This letter and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this correspondence in error, please notify Sprint Legal Compliance immediately at 1-800-877-7330. This letter contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this information. Please notify the sender immediately, and delete this data from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.**



| CALLING_NBR | CALLED_NBR | DIALED_DIGITS | MOBILE ROLE | START_DATE | END_DATE | DURATION (SEC) | Call Type | NEID |
|---|---|---|---|---|---|---|---|---|
| -9343 | (985) 346-1990 | | Inbound | 06/05/2017 06:58:05 | 06/05/2017 06:58:05 | 0 | Text Detail | 192 |
| (985) 381-8004 | (6245000) 000-0202 | | Routed_Call | 06/05/2017 07:57:19 | 06/05/2017 07:58:05 | 46 | Voice | 210 |
| (985) 381-8004 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/05/2017 07:57:19 | 06/05/2017 07:58:05 | 46 | Voice | 210 |
| (985) 381-8004 | (985) 346-1990 | -671 | Undetermined | 06/05/2017 07:57:21 | 06/05/2017 07:57:48 | 27 | Voice | 210 |
| (985) 381-8004 | -418 | (985) 346-1990 | Routed_Call | 06/05/2017 07:58:28 | 06/05/2017 08:31:40 | 1992 | Voice | 210 |
| (985) 381-8004 | (985) 346-1990 | -418 | Inbound | 06/05/2017 07:58:30 | 06/05/2017 08:31:40 | 1990 | Voice | 210 |
| (985) 381-8004 | (6245000) 000-0202 | | Routed_Call | 06/05/2017 08:31:11 | 06/05/2017 08:31:40 | 29 | Voice | 210 |
| (985) 381-8004 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/05/2017 08:31:11 | 06/05/2017 08:31:40 | 29 | Voice | 210 |
| (985) 381-8004 | (985) 346-1990 | -582 | Undetermined | 06/05/2017 08:31:12 | 06/05/2017 08:31:35 | 23 | Voice | 210 |
| (985) 381-8004 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/05/2017 08:31:54 | 06/05/2017 08:32:35 | 41 | Voice | 210 |
| (985) 381-8004 | (985) 346-1990 | -132 | Routed_Call | 06/05/2017 08:31:56 | 06/05/2017 08:32:35 | 39 | Voice | 210 |
| (985) 381-8004 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/05/2017 08:42:56 | 06/05/2017 08:45:55 | 179 | Voice | 210 |
| (985) 381-8004 | (985) 346-1990 | -121 | Inbound | 06/05/2017 08:42:58 | 06/05/2017 08:45:55 | 177 | Voice | 210 |
| (985) 855-9093 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/05/2017 09:49:21 | 06/05/2017 09:49:49 | 28 | Voice | 210 |
| (985) 855-9093 | (985) 346-1990 | -691 | Inbound | 06/05/2017 09:49:21 | 06/05/2017 09:49:49 | 28 | Voice | 210 |
| (985) 385-3613 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/05/2017 10:37:16 | 06/05/2017 10:37:41 | 25 | Voice | 210 |
| (985) 385-3613 | (985) 346-1990 | -639 | Inbound | 06/05/2017 10:37:17 | 06/05/2017 10:37:41 | 24 | Voice | 210 |
| (985) 360-8268 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/05/2017 10:45:25 | 06/05/2017 11:14:04 | 1719 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 11:42:20 | 06/05/2017 11:42:20 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 11:42:51 | 06/05/2017 11:42:51 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 11:44:25 | 06/05/2017 11:44:25 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/05/2017 11:46:23 | 06/05/2017 11:46:23 | 0 | Text Detail | 191 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 11:46:57 | 06/05/2017 11:46:57 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/05/2017 11:48:04 | 06/05/2017 11:48:04 | 0 | Text Detail | 191 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 11:48:18 | 06/05/2017 11:48:18 | 0 | Text Detail | 194 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/05/2017 11:50:12 | 06/05/2017 11:50:12 | 0 | Text Detail | 191 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 11:50:46 | 06/05/2017 11:50:46 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/05/2017 11:50:59 | 06/05/2017 11:50:59 | 0 | Text Detail | 193 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/05/2017 11:51:07 | 06/05/2017 11:51:07 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 11:52:04 | 06/05/2017 11:52:04 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 11:53:47 | 06/05/2017 11:53:47 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 11:54:26 | 06/05/2017 11:54:26 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/05/2017 11:55:04 | 06/05/2017 11:55:04 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 11:55:40 | 06/05/2017 11:55:40 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/05/2017 11:57:22 | 06/05/2017 11:57:22 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/05/2017 11:58:07 | 06/05/2017 11:58:07 | 0 | Text Detail | 194 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 11:58:41 | 06/05/2017 11:58:41 | 0 | Text Detail | 193 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 12:02:56 | 06/05/2017 12:02:56 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/05/2017 12:03:56 | 06/05/2017 12:03:56 | 0 | Text Detail | 194 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/05/2017 12:10:32 | 06/05/2017 12:10:32 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/05/2017 12:11:04 | 06/05/2017 12:11:04 | 0 | Text Detail | 193 |

2/11/2019 4:36 PM

Call Records For PTN 9853461990-1

31 of 710

| CALLING_NBR | CALLED_NBR | DIALED_DIGITS | MOBILE ROLE | START_DATE | END_DATE | DURATION (SEC) | Call Type | NEID |
|---|---|---|---|---|---|---|---|---|
| (415) 287-6010 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/05/2017 13:28:43 | 06/05/2017 13:29:12 | 29 | Voice | 210 |
| (415) 287-6010 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/05/2017 13:28:43 | 06/05/2017 13:29:12 | 29 | Voice | 210 |
| (415) 287-6010 | (985) 346-1990 | -763 | Undetermined | 06/05/2017 13:28:44 | 06/05/2017 13:28:59 | 15 | Voice | 210 |
| (646) 585-0291 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/05/2017 14:30:15 | 06/05/2017 14:30:41 | 26 | Voice | 210 |
| (985) 601-0265 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/05/2017 15:10:07 | 06/05/2017 15:14:21 | 254 | Voice | 210 |
| (985) 360-8268 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/05/2017 15:57:53 | 06/05/2017 16:02:08 | 255 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/05/2017 16:45:55 | 06/05/2017 16:45:55 | 0 | Text Detail | 192 |
| (985) 360-8268 -9343 | (6245000) 000-0202 | (985) 346-1990 | Inbound | 06/05/2017 16:53:09 | 06/05/2017 16:53:09 | 0 | Text Detail | 192 |
| (985) 360-8268 -9343 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/05/2017 17:18:36 | 06/05/2017 17:19:10 | 34 | Voice | 210 |
| (985) 647-3671 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/05/2017 17:25:14 | 06/05/2017 17:25:14 | 0 | Text Detail | 192 |
| (985) 202-9732 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/05/2017 17:52:21 | 06/05/2017 17:53:09 | 48 | Voice | 210 |
| (985) 202-9732 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/05/2017 18:24:24 | 06/05/2017 18:25:14 | 50 | Voice | 210 |
| (985) 202-9732 | (985) 346-1990 | -731 | Undetermined | 06/05/2017 18:24:24 | 06/05/2017 18:24:50 | 26 | Voice | 210 |
| (985) 647-1999 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/05/2017 18:24:24 | 06/05/2017 18:25:14 | 50 | Voice | 210 |
| (985) 360-9561 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/05/2017 19:44:34 | 06/05/2017 19:45:35 | 61 | Voice | 210 |
| (985) 360-9561 | -976 | -976 | Routed_Call | 06/05/2017 22:14:38 | 06/05/2017 22:16:08 | 90 | Voice | 210 |
| (985) 346-1990 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/05/2017 22:14:40 | 06/05/2017 22:16:08 | 88 | Voice | 210 |
| (985) 860-4199 | (985) 647-1999 | (985) 647-1999 | Outbound | 06/05/2017 22:27:18 | 06/05/2017 22:28:58 | 100 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/05/2017 22:29:20 | 06/05/2017 22:29:20 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/05/2017 22:57:55 | 06/05/2017 22:57:55 | 0 | Text Detail | 192 |
| (985) 860-4199 -9343 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/05/2017 23:00:31 | 06/05/2017 23:00:31 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/05/2017 23:59:46 | 06/06/2017 00:00:32 | 46 | Voice | 210 |
| (985) 860-4199 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/05/2017 23:59:46 | 06/06/2017 00:00:32 | 46 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | -761 | Undetermined | 06/05/2017 23:59:47 | 06/06/2017 00:00:12 | 25 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/06/2017 06:59:07 | 06/06/2017 06:59:07 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/06/2017 07:24:52 | 06/06/2017 07:24:52 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/06/2017 07:30:32 | 06/06/2017 07:30:32 | 0 | Text Detail | 192 |
| (985) 860-4199 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/06/2017 07:58:25 | 06/06/2017 07:59:08 | 43 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/06/2017 07:58:25 | 06/06/2017 07:59:08 | 43 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | -211 | Undetermined | 06/06/2017 07:58:26 | 06/06/2017 07:58:53 | 27 | Voice | 210 |
| (985) 346-1990 | (985) 860-4199 | (985) 860-4199 | Outbound | 06/06/2017 08:05:36 | 06/06/2017 08:06:09 | 33 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/06/2017 08:07:00 | 06/06/2017 08:07:29 | 29 | Voice | 210 |
| (985) 860-4199 | -532 | -532 | Inbound | 06/06/2017 08:07:01 | 06/06/2017 08:07:29 | 28 | Voice | 210 |
| (985) 860-4199 | -477 | -477 | Inbound | 06/06/2017 08:34:40 | 06/06/2017 08:34:59 | 19 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/06/2017 08:34:40 | 06/06/2017 08:34:59 | 19 | Voice | 210 |
| (800) 552-3000 | -212 | -212 | Routed_Call | 06/06/2017 11:20:38 | 06/06/2017 11:21:24 | 46 | Voice | 210 |
| (800) 552-3000 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/06/2017 11:20:39 | 06/06/2017 11:21:24 | 45 | Voice | 210 |
| (985) 209-9861 | -283 | -283 | Routed_Call | 06/06/2017 11:28:22 | 06/06/2017 11:31:13 | 171 | Voice | 210 |
| (985) 209-9861 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/06/2017 11:28:22 | 06/06/2017 11:31:13 | 171 | Voice | 210 |
| (985) 346-1990 | (985) 209-9861 | (985) 209-9861 | Outbound | 06/06/2017 11:32:40 | 06/06/2017 11:32:41 | 1 | Voice | 210 |
| (985) 346-1990 | (504) 723-6440 | (504) 723-6440 | Outbound | 06/06/2017 12:03:23 | 06/06/2017 12:03:24 | 1 | Voice | 210 |

SPRINT CORPORATION

2/11/2019-4:36 PM     Call Records For PTN 9853461990-1     32 of 710

| CALLING_NBR | CALLED_NBR | DIALED_DIGITS | MOBILE ROLE | START_DATE | END_DATE | DURATION (SEC) | Call Type | NEID |
|---|---|---|---|---|---|---|---|---|
| (985) 346-1990 | (504) 723-6443 | (504) 723-6443 | Outbound | 06/06/2017 12:03:44 | 06/06/2017 12:04:01 | 17 | Voice | 210 |
| (985) 346-1990 | (504) 723-6443 | (504) 723-6443 | Outbound | 06/06/2017 13:27:12 | 06/06/2017 13:30:12 | 180 | Voice | 210 |
| (985) 346-1990 | (504) 723-6443 | (504) 723-6443 | Outbound | 06/06/2017 13:35:22 | 06/06/2017 13:36:04 | 42 | Voice | 210 |
| (985) 346-1990 | (504) 723-6443 | (504) 723-6443 | Outbound | 06/06/2017 13:47:35 | 06/06/2017 13:50:30 | 175 | Voice | 210 |
| (985) 647-1999 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/06/2017 13:48:32 | 06/06/2017 13:49:01 | 29 | Voice | 210 |
| (504) 723-6443 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/06/2017 13:51:49 | 06/06/2017 13:52:20 | 31 | Voice | 210 |
| (985) 860-9722 | (985) 346-1990 | -109 | Inbound | 06/06/2017 13:56:41 | 06/06/2017 13:57:02 | 21 | Voice | 210 |
| (985) 860-9722 | -109 | (985) 346-1990 | Routed_Call | 06/06/2017 13:56:41 | 06/06/2017 13:57:02 | 21 | Voice | 210 |
| (985) 647-1999 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/06/2017 13:59:07 | 06/06/2017 13:59:49 | 42 | Voice | 210 |
| (985) 346-1990 | (985) 860-9722 | (985) 860-9722 | Outbound | 06/06/2017 14:03:35 | 06/06/2017 14:04:03 | 28 | Voice | 210 |
| (985) 346-1990 | (504) 723-6443 | (504) 723-6443 | Outbound | 06/06/2017 14:04:08 | 06/06/2017 14:04:45 | 37 | Voice | 210 |
| (985) 346-0149 | (504) 723-6443 | (504) 723-6443 | Outbound | 06/06/2017 14:05:06 | 06/06/2017 14:05:35 | 29 | Voice | 210 |
| (985) 346-1990 | (504) 723-6443 | (504) 723-6443 | Inbound | 06/06/2017 14:48:49 | 06/06/2017 14:49:15 | 26 | Voice | 210 |
| (985) 346-1990 | (504) 723-6443 | (504) 723-6443 | Outbound | 06/06/2017 15:03:54 | 06/06/2017 15:06:09 | 135 | Voice | 210 |
| (765) 351-3821 | (985) 346-1990 | | Inbound | 06/06/2017 15:50:05 | 06/06/2017 15:50:05 | 0 | Text Detail | 192 |
| (504) 473-1052 | (985) 346-1990 | | Inbound | 06/06/2017 16:15:23 | 06/06/2017 16:15:23 | 0 | Text Detail | 195 |
| (504) 473-1052 | (985) 346-1990 | | Inbound | 06/06/2017 16:16:07 | 06/06/2017 16:16:07 | 0 | Text Detail | 198 |
| (985) 346-1990 | (504) 473-1052 | (504) 473-1052 | Outbound | 06/06/2017 16:16:23 | 06/06/2017 16:16:23 | 0 | Text Detail | 191 |
| (504) 473-1052 | (985) 346-1990 | | Inbound | 06/06/2017 16:18:21 | 06/06/2017 16:18:21 | 0 | Text Detail | 195 |
| (985) 346-1990 | (504) 473-1052 | (504) 473-1052 | Outbound | 06/06/2017 16:19:34 | 06/06/2017 16:19:34 | 0 | Text Detail | 192 |
| (985) 200-1672 | -945 | (985) 346-1990 | Routed_Call | 06/06/2017 16:55:08 | 06/06/2017 16:55:32 | 24 | Voice | 210 |
| (985) 200-1672 | (985) 346-1990 | -945 | Inbound | 06/06/2017 16:55:09 | 06/06/2017 16:55:32 | 23 | Voice | 210 |
| (504) 473-1052 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/06/2017 17:13:41 | 06/06/2017 17:14:38 | 57 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 18:03:39 | 06/06/2017 18:03:39 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | (985) 860-4199 | Outbound | 06/06/2017 18:09:04 | 06/06/2017 18:09:04 | 0 | Text Detail | 193 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 18:09:11 | 06/06/2017 18:09:11 | 0 | Text Detail | 194 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 18:16:19 | 06/06/2017 18:16:19 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | (985) 860-4199 | Outbound | 06/06/2017 18:17:08 | 06/06/2017 18:17:08 | 0 | Text Detail | 191 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 18:17:25 | 06/06/2017 18:17:25 | 0 | Text Detail | 192 |
| (985) 759-7013 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/06/2017 18:29:19 | 06/06/2017 19:16:15 | 2816 | Voice | 210 |
| (985) 870-6437 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/06/2017 18:36:41 | 06/06/2017 18:37:09 | 28 | Voice | 210 |
| (985) 870-6437 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/06/2017 18:45:23 | 06/06/2017 18:45:51 | 28 | Voice | 210 |
| (985) 870-6437 | (985) 346-1990 | -302 | Undetermined | 06/06/2017 18:45:23 | 06/06/2017 18:45:47 | 24 | Voice | 210 |
| (985) 870-6437 | (985) 346-1990 | (985) 346-1990 | Undetermined | 06/06/2017 18:45:23 | 06/06/2017 18:45:51 | 28 | Voice | 210 |
| (985) 870-6437 | (985) 346-1990 | -710 | Routed_Call | 06/06/2017 18:46:11 | 06/06/2017 18:46:34 | 23 | Voice | 210 |
| (985) 870-6437 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/06/2017 18:46:11 | 06/06/2017 18:46:36 | 25 | Voice | 210 |
| (985) 870-6437 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/06/2017 18:46:11 | 06/06/2017 18:46:36 | 25 | Voice | 210 |
| (985) 346-1990 | (985) 860-4199 | (985) 860-4199 | Outbound | 06/06/2017 19:03:14 | 06/06/2017 19:03:14 | 0 | Text Detail | 193 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 19:03:35 | 06/06/2017 19:03:35 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 19:13:15 | 06/06/2017 19:13:15 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 647-1999 | (985) 647-1999 | Outbound | 06/06/2017 19:28:29 | 06/06/2017 19:28:58 | 29 | Voice | 210 |

SPRINT CORPORATION

2/11/2019-4:36 PM     Call Records For PTN 9853461990-1     33 of 710

| CALLING_NBR | CALLED_NBR | DIALED_DIGITS | MOBILE ROLE | START_DATE | END_DATE | DURATION (SEC) | Call Type | NEID |
|---|---|---|---|---|---|---|---|---|
| (985) 346-1990 | (985) 855-4290 | (985) 855-4290 | Outbound | 06/06/2017 19:29:17 | 06/06/2017 19:31:35 | 138 | Voice | 210 |
| (985) 346-1990 | (985) 360-8268 | (985) 360-8268 | Outbound | 06/06/2017 20:09:47 | 06/06/2017 20:50:13 | 2426 | Voice | 210 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:09:48 | 06/06/2017 20:09:48 | 0 | Text Detail | 194 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 20:10:25 | 06/06/2017 20:10:25 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:10:41 | 06/06/2017 20:10:41 | 0 | Text Detail | 193 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 20:11:03 | 06/06/2017 20:11:03 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:12:12 | 06/06/2017 20:12:12 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:12:32 | 06/06/2017 20:12:32 | 0 | Text Detail | 191 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 20:13:02 | 06/06/2017 20:13:02 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 20:13:21 | 06/06/2017 20:13:21 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:13:55 | 06/06/2017 20:13:55 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 20:14:08 | 06/06/2017 20:14:08 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 20:14:12 | 06/06/2017 20:14:12 | 0 | Text Detail | 191 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:14:38 | 06/06/2017 20:14:38 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 20:14:47 | 06/06/2017 20:14:47 | 0 | Text Detail | 191 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:15:22 | 06/06/2017 20:15:22 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:15:27 | 06/06/2017 20:15:27 | 0 | Text Detail | 191 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 20:15:38 | 06/06/2017 20:15:38 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 20:16:34 | 06/06/2017 20:16:34 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:18:33 | 06/06/2017 20:18:33 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:19:12 | 06/06/2017 20:19:12 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 20:20:26 | 06/06/2017 20:20:26 | 0 | Text Detail | 193 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:22:49 | 06/06/2017 20:22:49 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 20:23:59 | 06/06/2017 20:23:59 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/06/2017 20:25:03 | 06/06/2017 20:25:03 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:25:37 | 06/06/2017 20:25:37 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/06/2017 20:28:34 | 06/06/2017 20:28:34 | 0 | Text Detail | 194 |
| (985) 860-4199 | (985) 346-1990 | -892 | Inbound | 06/06/2017 21:33:50 | 06/06/2017 21:50:15 | 985 | Voice | 210 |
| (985) 860-4199 | -892 | (985) 346-1990 | Routed_Call | 06/06/2017 21:33:50 | 06/06/2017 21:50:15 | 985 | Voice | 210 |
| (225) 424-6719 | -34 | -34 | Routed_Call | 06/06/2017 21:56:47 | 06/06/2017 21:57:44 | 57 | Voice | 210 |
| (225) 424-6719 | (985) 346-1990 | | Inbound | 06/06/2017 21:56:47 | 06/06/2017 21:57:44 | 57 | Voice | 210 |
| (985) 360-9561 | -935 | (985) 346-1990 | Routed_Call | 06/06/2017 22:01:44 | 06/06/2017 22:05:23 | 219 | Voice | 210 |
| (985) 360-9561 | (985) 346-1990 | | Inbound | 06/06/2017 22:01:46 | 06/06/2017 22:05:23 | 217 | Voice | 210 |
| (985) 870-6437 | -460 | -460 | Routed_Call | 06/06/2017 23:31:58 | 06/06/2017 23:33:28 | 90 | Voice | 210 |
| (985) 870-6437 | (985) 346-1990 | | Inbound | 06/06/2017 23:31:58 | 06/06/2017 23:33:28 | 90 | Voice | 210 |
| -3333 | (985) 346-1990 | | Inbound | 06/07/2017 08:19:20 | 06/07/2017 08:19:20 | 0 | Text Detail | 197 |
| (985) 360-8268 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/07/2017 08:47:24 | 06/07/2017 08:47:49 | 25 | Voice | 210 |
| (985) 360-8268 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/07/2017 08:47:53 | 06/07/2017 08:48:03 | 10 | Voice | 210 |
| 4-5500 | (985) 346-1990 | | Inbound | 06/07/2017 09:26:27 | 06/07/2017 09:26:27 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/07/2017 09:45:33 | 06/07/2017 09:45:33 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/07/2017 09:45:43 | 06/07/2017 09:45:43 | 0 | Text Detail | 192 |

SPRINT CORPORATION

| CALLING_NBR | CALLED_NBR | DIALED_DIGITS | MOBILE ROLE | START_DATE | END_DATE | DURATION (SEC) | Call Type | NEID |
|---|---|---|---|---|---|---|---|---|
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/07/2017 09:46:13 | 06/07/2017 09:46:13 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/07/2017 09:52:24 | 06/07/2017 09:52:24 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 360-8268 | (985) 360-8268 | Outbound | 06/07/2017 10:00:10 | 06/07/2017 10:11:53 | 703 | Voice | 210 |
| (415) 287-6010 | (985) 346-1990 | | Inbound | 06/07/2017 10:03:12 | 06/07/2017 10:03:54 | 42 | Voice | 210 |
| (415) 287-6010 | -356 | -356 | Routed_Call | 06/07/2017 10:03:12 | 06/07/2017 10:03:54 | 42 | Voice | 210 |
| (985) 360-8268 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/07/2017 10:28:21 | 06/07/2017 10:28:57 | 36 | Voice | 210 |
| (985) 360-8268 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/07/2017 10:32:33 | 06/07/2017 10:33:07 | 34 | Voice | 210 |
| (985) 855-4290 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/07/2017 10:32:53 | 06/07/2017 10:33:00 | 7 | Voice | 210 |
| (985) 855-4290 | (985) 346-1990 | | Routed_Call | 06/07/2017 10:32:53 | 06/07/2017 10:33:00 | 7 | Voice | 210 |
| (985) 346-1990 | (985) 360-8268 | (985) 360-8268 | Outbound | 06/07/2017 10:34:12 | 06/07/2017 10:34:41 | 29 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/07/2017 11:22:26 | 06/07/2017 11:22:26 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/07/2017 11:22:38 | 06/07/2017 11:22:38 | 0 | Text Detail | 194 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/07/2017 11:22:51 | 06/07/2017 11:22:51 | 0 | Text Detail | 191 |
| (985) 346-1990 | (985) 860-4199 | | Inbound | 06/07/2017 11:28:11 | 06/07/2017 11:28:11 | 0 | Text Detail | 192 |
| (985) 346-1990 | (985) 860-4199 | | Outbound | 06/07/2017 11:32:00 | 06/07/2017 11:32:00 | 0 | Text Detail | 191 |
| (985) 860-9722 | -35 | (985) 860-9722 | Routed_Call | 06/07/2017 12:34:19 | 06/07/2017 12:34:40 | 21 | Voice | 210 |
| (985) 860-9722 | (985) 346-1990 | -35 | Undetermined | 06/07/2017 12:34:20 | 06/07/2017 12:34:40 | 20 | Voice | 210 |
| (985) 246-5820 | -365 | (985) 346-1990 | Routed_Call | 06/07/2017 13:38:04 | 06/07/2017 13:38:30 | 26 | Voice | 210 |
| (985) 246-5820 | (985) 346-1990 | -365 | Inbound | 06/07/2017 13:38:04 | 06/07/2017 13:38:30 | 26 | Voice | 210 |
| (415) 287-6010 | (985) 346-1990 | | Routed_Call | 06/07/2017 13:41:10 | 06/07/2017 13:41:49 | 39 | Voice | 210 |
| (415) 287-6010 | -593 | -593 | Undetermined | 06/07/2017 13:41:10 | 06/07/2017 13:41:37 | 27 | Voice | 210 |
| (985) 287-6010 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/07/2017 13:41:49 | 06/07/2017 13:41:49 | 39 | Voice | 210 |
| (985) 346-1990 | (800) 552-3000 | (800) 552-3000 | Outbound | 06/07/2017 13:51:45 | 06/07/2017 14:08:39 | 1014 | Voice | 210 |
| (985) 360-9561 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/07/2017 13:54:02 | 06/07/2017 13:54:31 | 29 | Voice | 210 |
| (985) 360-9561 | (985) 346-1990 | -577 | Routed_Call | 06/07/2017 13:54:02 | 06/07/2017 13:54:31 | 29 | Voice | 210 |
| (985) 360-9561 | (985) 346-1990 | | Undetermined | 06/07/2017 13:54:03 | 06/07/2017 13:54:27 | 24 | Voice | 210 |
| -9343 | (985) 346-1990 | | Inbound | 06/07/2017 14:29:08 | 06/07/2017 14:29:08 | 0 | Text Detail | 192 |
| (985) 860-4199 | -664 | (985) 346-1990 | Routed_Call | 06/07/2017 14:33:26 | 06/07/2017 14:43:24 | 598 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | -664 | Inbound | 06/07/2017 14:33:27 | 06/07/2017 14:43:24 | 597 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/07/2017 14:52:18 | 06/07/2017 14:54:01 | 103 | Voice | 210 |
| (415) 287-6010 | (6245000) 000-0202 | (985) 346-1990 | Inbound | 06/07/2017 15:10:03 | 06/07/2017 15:10:03 | 0 | Text Detail | 192 |
| (415) 287-6010 | (985) 346-1990 | | Inbound | 06/07/2017 15:10:20 | 06/07/2017 15:10:20 | 0 | Text Detail | 192 |
| (765) 351-3821 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/07/2017 15:28:11 | 06/07/2017 15:29:08 | 57 | Voice | 210 |
| (765) 351-3821 | (985) 346-1990 | -837 | Undetermined | 06/07/2017 15:28:11 | 06/07/2017 15:28:37 | 26 | Voice | 210 |
| (765) 351-3821 | (985) 346-1990 | | Routed_Call | 06/07/2017 15:28:11 | 06/07/2017 15:29:08 | 57 | Voice | 210 |
| (415) 287-6010 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/07/2017 16:04:25 | 06/07/2017 16:05:04 | 39 | Voice | 210 |
| (415) 287-6010 | (985) 346-1990 | | Routed_Call | 06/07/2017 16:04:25 | 06/07/2017 16:05:04 | 39 | Voice | 210 |
| (415) 287-6010 | (985) 346-1990 | -772 | Undetermined | 06/07/2017 16:04:26 | 06/07/2017 16:04:52 | 26 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | | Undetermined | 06/07/2017 16:26:16 | 06/07/2017 16:26:42 | 26 | Voice | 210 |
| (985) 860-4199 | (6245000) 000-0202 | (985) 346-1990 | Routed_Call | 06/07/2017 16:26:16 | 06/07/2017 16:26:48 | 32 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | -834 | Routed_Call | 06/07/2017 16:26:16 | 06/07/2017 16:26:48 | 32 | Voice | 210 |

| CALLING_NBR | CALLED_NBR | DIALED_DIGITS | MOBILE ROLE | START_DATE | END_DATE | DURATION (SEC) | Call Type | NEID |
|---|---|---|---|---|---|---|---|---|
| (985) 346-1990 | (985) 860-4199 | (985) 860-4199 | Outbound | 06/07/2017 16:45:53 | 06/07/2017 16:46:27 | 34 | Voice | 210 |
| (985) 851-2348 | -856 | (985) 346-1990 | Routed_Call | 06/07/2017 17:08:02 | 06/07/2017 17:11:26 | 204 | Voice | 210 |
| (985) 851-2348 | (985) 346-1990 | -856 | Inbound | 06/07/2017 17:08:02 | 06/07/2017 17:11:26 | 204 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/07/2017 17:10:12 | 06/07/2017 17:10:12 | 0 | Text Detail | 192 |
| (985) 860-4199 | (985) 346-1990 | | Inbound | 06/07/2017 17:10:17 | 06/07/2017 17:10:17 | 0 | Text Detail | 192 |
| (985) 868-9343 | -377 | | Inbound | 06/07/2017 17:11:07 | 06/07/2017 17:12:07 | 60 | Voice | 210 |
| (985) 868-9343 | -377 | (985) 346-1990 | Routed_Call | 06/07/2017 17:11:07 | 06/07/2017 17:12:07 | 60 | Voice | 210 |
| (985) 360-9561 | -241 | (985) 346-1990 | Routed_Call | 06/07/2017 17:25:46 | 06/07/2017 17:26:42 | 56 | Voice | 210 |
| (985) 360-9561 | (985) 346-1990 | -241 | Inbound | 06/07/2017 17:25:48 | 06/07/2017 17:26:42 | 54 | Voice | 210 |
| (985) 346-1990 | (985) 860-9722 | (985) 860-9722 | Outbound | 06/07/2017 17:40:46 | 06/07/2017 17:59:40 | 1134 | Voice | 210 |
| (985) 346-1990 | (985) 855-9093 | (985) 855-9093 | Outbound | 06/07/2017 18:00:48 | 06/07/2017 18:03:18 | 150 | Voice | 210 |
| (985) 346-1990 | (985) 246-5820 | (985) 246-5820 | Outbound | 06/07/2017 18:07:54 | 06/07/2017 18:08:15 | 21 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | -225 | Undetermined | 06/07/2017 18:22:13 | 06/07/2017 18:22:39 | 26 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/07/2017 18:22:13 | 06/07/2017 18:22:48 | 35 | Voice | 210 |
| (985) 860-4199 | (6245000) 000-0202 | (6245000) 000-0202 | Routed_Call | 06/07/2017 18:22:13 | 06/07/2017 18:22:48 | 35 | Voice | 210 |
| (415) 287-6010 | (6245000) 000-0202 | (6245000) 000-0202 | Routed_Call | 06/07/2017 18:43:00 | 06/07/2017 18:43:39 | 39 | Voice | 210 |
| (415) 287-6010 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/07/2017 18:43:00 | 06/07/2017 18:43:39 | 39 | Voice | 210 |
| (415) 287-6010 | -732 | | Undetermined | 06/07/2017 18:43:01 | 06/07/2017 18:43:27 | 26 | Voice | 210 |
| (985) 851-2348 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/07/2017 18:54:06 | 06/07/2017 18:54:38 | 32 | Voice | 210 |
| (985) 851-2348 | (6245000) 000-0202 | (6245000) 000-0202 | Routed_Call | 06/07/2017 18:54:06 | 06/07/2017 18:54:38 | 32 | Voice | 210 |
| (985) 851-2348 | -440 | | Undetermined | 06/07/2017 18:54:07 | 06/07/2017 18:54:33 | 26 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/07/2017 18:58:53 | 06/07/2017 18:59:27 | 34 | Voice | 210 |
| (985) 860-4199 | -171 | | Undetermined | 06/07/2017 18:58:53 | 06/07/2017 18:59:19 | 26 | Voice | 210 |
| (985) 860-4199 | (6245000) 000-0202 | (6245000) 000-0202 | Routed_Call | 06/07/2017 18:58:53 | 06/07/2017 18:59:27 | 34 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/07/2017 19:17:18 | 06/07/2017 19:17:50 | 32 | Voice | 210 |
| (985) 860-4199 | -471 | | Undetermined | 06/07/2017 19:17:18 | 06/07/2017 19:17:45 | 27 | Voice | 210 |
| (985) 860-4199 | (985) 346-1990 | (985) 346-1990 | Routed_Call | 06/07/2017 19:17:18 | 06/07/2017 19:17:50 | 32 | Voice | 210 |
| (985) 851-2348 | -102 | (985) 346-1990 | Routed_Call | 06/07/2017 20:23:05 | 06/07/2017 20:34:13 | 668 | Voice | 210 |
| (985) 851-2348 | (985) 346-1990 | -102 | Inbound | 06/07/2017 20:23:05 | 06/07/2017 20:34:13 | 668 | Voice | 210 |
| (415) 287-6010 | -116 | (985) 346-1990 | Routed_Call | 06/07/2017 20:57:51 | 06/07/2017 20:58:48 | 57 | Voice | 210 |
| (415) 287-6010 | (985) 346-1990 | -116 | Inbound | 06/07/2017 20:57:51 | 06/07/2017 20:58:48 | 57 | Voice | 210 |
| (985) 346-1990 | (985) 360-8268 | (985) 360-8268 | Outbound | 06/07/2017 22:00:03 | 06/07/2017 22:00:19 | 16 | Voice | 210 |
| (985) 346-1990 | (985) 360-8268 | (985) 360-8268 | Outbound | 06/07/2017 22:38:52 | 06/07/2017 22:53:38 | 886 | Voice | 210 |
| (985) 360-8268 | (985) 346-1990 | (985) 346-1990 | Inbound | 06/07/2017 22:53:51 | 06/07/2017 23:00:53 | 422 | Voice | 210 |