UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY WILLIAMS, ET AL | CIVIL ACTION |
| VERSUS | NO. 18-2472  C/W 18-6113 |
| IQS INSURANCE RISK RETENTION GROUP, INC., ET AL | SECTION: "D" 3 |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed with prejudice. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

IT IS FURTHER ORDERED that all pending motions are now moot.

COUNSEL ARE REMINDED that, if witnesses have been subpoenaed, <u>EVERY WITNESS</u> MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 11th day of June 2019.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE